Regina Calcaterra
Janine L. Pollack
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com
   jpollack@calcaterrapollack.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Andrew Abramowitz
Donnell Much
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
   mdellangelo@bm.net
   aabramowitz@bm.net
   dmuch@bm.net

*Attorneys for Proposed Lead Plaintiffs*
*Movants Antonio Sierra Hernandez,*
*Jeremy Spears, and Christopher Wu*
*And Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEIL DARISH, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER,<br><br>       Defendants. | Case No. 1:20-cv-05917-ENV-RLM |

| | |
|---|---|
| CHARLES HYMOWITZ, Individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER,<br><br>                      Defendants. | Case No. 1:20-cv-06126-PKC-RLM |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the concurrently filed Declaration of Janine Pollack, Esq., the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court, proposed Lead Plaintiff Movants Antonio Sierra Hernandez, Jeremy Spears, and Christopher Wu ("Movants") hereby move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the actions; (ii) appointing Movants as Lead Plaintiff; (iii) approving Movants' selection of Berger Montague PC as Lead Counsel and Calcaterra Pollack LLP as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Dated: February 2, 2021

Respectfully submitted,

 /s/ *Janine L. Pollack*
Regina Calcaterra
Janine L. Pollack
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com
           jpollack@calcaterrapollack.com

Sherrie R. Savett
Michael Dell'Angelo
Andrew Abramowitz
Donnell Much
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
           mdellangelo@bm.net
           aabramowitz@bm.net
           dmuch@bm.net

*Attorneys for Lead Plaintiff Movants Antonio Sierra Hernandez, Jeremy Spears, and Christopher Wu and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                   */s/ Janine L. Pollack*
                                                  Janine L. Pollack