Regina Calcaterra
Janine L. Pollack
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com
        jpollack@calcaterrapollack.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Andrew Abramowitz
Donnell Much
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        aabramowitz@bm.net
        dmuch@bm.net

*Attorneys for Movants Antonio Sierra Hernandez,
Jeremy Spears, and Christopher Wu*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEIL DARISH, Individually and on behalf of all others similarly situated, <br><br>                    Plaintiff, <br><br>     v. <br><br> NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER, <br><br>                    Defendants. | Case No. 1:20-cv-05917-ENV-RLM |

CHARLES HYMOWITZ, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER,

Defendants.

Case No. 1:20-cv-06126-PKC-RLM

**DECLARATION OF JANINE L. POLLACK, ESQ. IN SUPPORT OF MOVANTS ANTONIO SIERRA HERNANDEZ, JEREMY SPEARS, AND CHRISTOPHER WU'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Janine L. Pollack, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner at the law firm of Calcaterra Pollack LLP ("Calcaterra Pollack") and submit this declaration in support of the motion filed by Movants Antonio Sierra Hernandez, Jeremy Spears, and Christopher Wu ("Movants") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Movants as Lead Plaintiff; (iii) approving Movants' selection of Berger Montague PC ("Berger Montague") as Lead Counsel and Calcaterra Pollack as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

2

EXHIBIT A:   Signed Certifications of Antonio Sierra Hernandez, Jeremy Spears, and Christopher Wu pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Notice of pendency of class action lawsuit against Northern Dynasty Minerals Ltd. ("Northern Dynasty"), published on December 4, 2020;

EXHIBIT C:   Chart reflecting calculation of financial losses sustained by Movants on Class Period transactions in Northern Dynasty securities;

EXHIBIT D:   Joint Declaration of Movants Antonio Sierra Hernandez, Jeremy Spears, and Christopher Wu in Support of Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel;

EXHIBIT E:   Firm resume of Berger Montague PC; and

EXHIBIT F:   Firm resume of Calcaterra Pollack LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of February, 2021.     _/s/ Janine L. Pollack_
                                              Janine L. Pollack

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Janine L. Pollack*
Janine L. Pollack