# EXHIBIT A

DocuSign Envelope ID: C3238994-A485-451D-80B6-76768FF7569D

**NORTHERN DYNASTY MINERALS LTD. (NYSE: NAK)**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Antonio Sierra Hernandez, make this declaration as to the claims asserted under the federal securities laws, that:

1.      I have reviewed a complaint filed against Northern Dynasty Minerals Ltd. and certain of its officers and/or directors, and I hereby authorize my selected counsel, Berger Montague PC, to file a complaint and/or a Lead Plaintiff motion on my behalf.

2.      I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3.      I am willing to serve as a representative party on behalf of the Class or to be a member of a group representing the Class, including providing testimony at deposition and trial, if necessary.

4.      My transactions in the common stock of Northern Dynasty Minerals Ltd. during the proposed Class Period of December 21, 2017 through and including November 25, 2020, are attached hereto as Exhibit A.

5.      I have not sought to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6.      I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

7.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  1/31/2021
_____

Executed at Barcelona, Spain

DocuSigned by:

*Antonio Sierra Hernández*
888C3A6446E645E...

Antonio Sierra Hernandez

DocuSign Envelope ID: C3238994-A485-451D-80B6-76768FF7569D

# EXHIBIT A

| Antonio Sierra Hernandez's ("A. Hernandez") Transactions in the Northern Dynasty Minerals, LTD. ("NAK") During the Class Period of December 21, 2017 Through and Including November 25, 2020 | | | | |
|---|---|---|---|---|
| **Common Stock:** | | | | |
| **Date** | **Transaction** | **Security** | **Shares** | **Price Per Share** |
| 01/19/18 | Purchase after Assignment | NAK | 4,000 | $2.0000 |
| 11/18/20 | Purchase after Assignment | NAK | 2,900 | $2.0000 |
| 11/20/20 | Purchase after Assignment | NAK | 45,100 | $2.0000 |
| 11/20/20 | Purchase after Assignment | NAK | 15,000 | $1.0000 |
| 11/25/20 | Sell | NAK | 74,000 | $0.3669 |
| **Options:** | | | | |
| **NAK 20NOV20 2.0 P:** | | | | |
| **Date** | **Transaction** | **Option** | **No. of Contracts** | **Price Per Share** |
| 08/21/20 | Sell | NAK 20NOV20 2.0 P | 480 | $0.8511 |
| **NAK 20NOV20 1.0 P:** | | | | |
| **Date** | **Transaction** | **Option** | **No. of Contracts** | **Price Per Share** |
| 09/18/20 | Sell | NAK 20NOV20 1.0 P | 150 | $0.2927 |

A. Hernandez

Page 1 of 1

**NORTHERN DYNASTY MINERALS LTD. (NYSE: NAK)**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Jeremy Spears, make this declaration as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Northern Dynasty Minerals Ltd. and certain of its officers and/or directors, and I hereby authorize my selected counsel, Berger Montague PC, to file a complaint and/or a Lead Plaintiff motion on my behalf.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the Class or to be a member of a group representing the Class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the common stock of Northern Dynasty Minerals Ltd. during the proposed Class Period of December 21, 2017 through and including November 25, 2020, are attached hereto as Exhibit A.

5. I have not sought to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6. I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1/29/2021
Date: January _____, 2021
Executed at Maryville, TN

DocuSigned by:

Jeremy Spears
715F1578D411473...
Jeremy Spears

# EXHIBIT A

| Jeremy Spear's Transactions in the Northern Dynasty Minerals, LTD. ("NAK") During the Class Period of December 21, 2017 Through and Including November 25, 2020 | | | | |
|---|---|---|---|---|
| **TD Ameritrade Account 1:** | | | | |
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 08/05/20 | Buy | NAK | 100 | $1.4600 |
| 08/05/20 | Buy | NAK | 400 | $1.4401 |
| 08/05/20 | Buy | NAK | 165 | $1.4000 |
| 08/19/20 | Buy | NAK | 655 | $1.5300 |
| 08/20/20 | Buy | NAK | 650 | $1.5300 |
| 08/20/20 | Buy | NAK | 600 | $1.5400 |
| 08/12/20 | Sell | NAK | 665 | $1.4901 |
| 08/19/20 | Sell | NAK | 650 | $1.5500 |
| 08/19/20 | Sell | NAK | 5 | $1.5500 |
| 08/20/20 | Sell | NAK | 650 | $1.5800 |
| 08/24/20 | Sell | NAK | 100 | $0.9600 |
| **TD Ameritrade Account 2:** | | | | |
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 10/23/20 | Buy | NAK | 5,000 | $1.0000 |
| 10/26/20 | Buy | NAK | 1,000 | $1.0000 |
| 10/27/20 | Buy | NAK | 500 | $0.9700 |
| 11/02/20 | Buy | NAK | 100 | $0.8750 |
| 11/02/20 | Buy | NAK | 500 | $0.8750 |
| 11/02/20 | Buy | NAK | 100 | $0.8890 |
| 11/03/20 | Buy | NAK | 100 | $0.9300 |
| 11/03/20 | Buy | NAK | 100 | $0.9150 |
| 11/04/20 | Buy | NAK | 2,500 | $0.8100 |
| 11/11/20 | Buy | NAK | 50 | $0.7800 |
| 11/11/20 | Buy | NAK | 50 | $0.7950 |
| 11/12/20 | Buy | NAK | 23 | $0.8150 |
| 11/13/20 | Buy | NAK | 100 | $0.8990 |
| 11/13/20 | Buy | NAK | 100 | $0.8936 |
| 11/13/20 | Buy | NAK | 50 | $0.8800 |
| 11/16/20 | Buy | NAK | 100 | $0.8469 |
| 11/16/20 | Buy | NAK | 100 | $0.8700 |
| 11/16/20 | Buy | NAK | 100 | $0.8640 |
| 11/16/20 | Buy | NAK | 100 | $0.8950 |
| 11/16/20 | Buy | NAK | 1 | $0.8950 |
| 11/16/20 | Buy | NAK | 5 | $0.8999 |

DocuSign Envelope ID: BEFFC22E-3C01-48F4-A1F7-1B9C9BD7830D

# EXHIBIT A

| **Jeremy Spear's Transactions in the Northern Dynasty Minerals, LTD.** |||||
|---|---|---|---|---|
| **("NAK") During the Class Period of December 21, 2017** |||||
| **Through and Including November 25, 2020** |||||
| 11/16/20 | Buy | NAK | 100 | $0.8800 |
| 11/16/20 | Buy | NAK | 500 | $0.8690 |
| 11/18/20 | Buy | NAK | 1,000 | $0.8750 |
| 11/18/20 | Buy | NAK | 100 | $0.8550 |
| 11/18/20 | Buy | NAK | 100 | $0.8510 |
| 11/18/20 | Buy | NAK | 1,000 | $0.8490 |
| 11/20/20 | Buy | NAK | 1,000 | $0.9000 |
| 11/20/20 | Buy | NAK | 1,000 | $0.8900 |
| 11/20/20 | Buy | NAK | 1,000 | $0.8800 |
| 11/23/20 | Buy | NAK | 100 | $0.8650 |
| 11/23/20 | Buy | NAK | 250 | $0.8650 |
| 11/23/20 | Buy | NAK | 100 | $0.8650 |
| 11/23/20 | Buy | NAK | 100 | $0.8600 |
| 11/23/20 | Buy | NAK | 50 | $0.8500 |
| 11/23/20 | Buy | NAK | 20 | $0.8450 |
| 11/23/20 | Buy | NAK | 50 | $0.8550 |
| 11/23/20 | Buy | NAK | 250 | $0.8450 |
| 11/25/20 | Buy | NAK | 10 | $0.8530 |
| 11/25/20 | Buy | NAK | 750 | $0.8050 |
| 11/25/20 | Buy | NAK | 100 | $0.7900 |
| 11/04/20 | Sell | NAK | 1,100 | $1.0400 |
| 11/04/20 | Sell | NAK | 3,900 | $1.0300 |
| 11/04/20 | Sell | NAK | 2,400 | $1.0200 |
| 11/04/20 | Sell | NAK | 2,500 | $0.7521 |
| 11/12/20 | Sell | NAK | 123 | $0.9200 |
| 11/20/20 | Sell | NAK | 3,400 | $0.9178 |
| 11/20/20 | Sell | NAK | 56 | $0.9152 |
| 11/25/20 | Sell | NAK | 100 | $0.4048 |
| 11/25/20 | Sell | NAK | 152 | $0.4008 |
| 11/25/20 | Sell | NAK | 4,528 | $0.4001 |
| **Webull Account:** |||||
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 08/05/20 | Buy | NAK | 650 | $1.5200 |
| 08/05/20 | Buy | NAK | 1 | $1.5400 |
| 08/10/20 | Buy | NAK | 2,657 | $1.4500 |

DocuSign Envelope ID: BEFFC22E-3C01-48F4-A1F7-1B9C9BD7830D

# EXHIBIT A

| Jeremy Spear's Transactions in the Northern Dynasty Minerals, LTD. ("NAK") During the Class Period of December 21, 2017 Through and Including November 25, 2020 | | | | |
|---|---|---|---|---|
| 08/11/20 | Buy | NAK | 2,000 | $1.4400 |
| 08/18/20 | Buy | NAK | 10 | $1.7300 |
| 08/19/20 | Buy | NAK | 1,200 | $1.5300 |
| 08/20/20 | Buy | NAK | 5,000 | $1.5400 |
| 08/20/20 | Buy | NAK | 5,528 | $1.5500 |
| 08/21/20 | Buy | NAK | 157 | $1.4900 |
| 08/21/20 | Buy | NAK | 477 | $1.4900 |
| 08/21/20 | Buy | NAK | 900 | $1.5000 |
| 08/21/20 | Buy | NAK | 912 | $1.5100 |
| 09/01/20 | Buy | NAK | 100 | $1.1400 |
| 08/06/20 | Sell | NAK | 651 | $1.5500 |
| 08/12/20 | Sell | NAK | 4,657 | $1.4900 |
| 08/19/20 | Sell | NAK | 1,210 | $1.5500 |
| 08/20/20 | Sell | NAK | 5,528 | $1.5800 |
| 08/24/20 | Sell | NAK | 5,697 | $0.9023 |
| 08/24/20 | Sell | NAK | 1,749 | $0.9686 |
| 09/01/20 | Sell | NAK | 100 | $1.1400 |

**E*TRADE Account:**

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| 07/17/20 | Buy | NAK | 100 | $1.5500 |
| 07/17/20 | Buy | NAK | 200 | $1.6077 |
| 07/17/20 | Buy | NAK | 100 | $1.5800 |
| 07/20/20 | Buy | NAK | 526 | $1.9485 |
| 07/20/20 | Buy | NAK | 474 | $1.9459 |
| 07/20/20 | Buy | NAK | 100 | $2.0300 |
| 07/20/20 | Buy | NAK | 62 | $2.0300 |
| 07/20/20 | Buy | NAK | 238 | $2.0299 |
| 07/20/20 | Buy | NAK | 200 | $1.8650 |
| 07/20/20 | Buy | NAK | 200 | $1.9500 |
| 07/20/20 | Buy | NAK | 250 | $1.9100 |
| 07/20/20 | Buy | NAK | 200 | $1.9400 |
| 07/20/20 | Buy | NAK | 500 | $1.9699 |
| 07/20/20 | Buy | NAK | 500 | $1.9400 |
| 07/20/20 | Buy | NAK | 300 | $1.8750 |
| 07/20/20 | Buy | NAK | 200 | $1.8058 |
| 07/20/20 | Buy | NAK | 200 | $1.8635 |

J. Spears

DocuSign Envelope ID: BEFFC22E-3C01-48F4-A1F7-1B9C9BD7830D

# EXHIBIT A

| Jeremy Spear's Transactions in the Northern Dynasty Minerals, LTD. ("NAK") During the Class Period of December 21, 2017 Through and Including November 25, 2020 | | | | |
|---|---|---|---|---|
| 07/20/20 | Buy | NAK | 300 | $1.8639 |
| 07/20/20 | Buy | NAK | 200 | $1.8499 |
| 07/20/20 | Buy | NAK | 200 | $1.9077 |
| 07/21/20 | Buy | NAK | 10 | $2.1900 |
| 07/21/20 | Buy | NAK | 10 | $2.2100 |
| 07/21/20 | Buy | NAK | 10 | $2.1900 |
| 07/21/20 | Buy | NAK | 10 | $2.1200 |
| 07/21/20 | Buy | NAK | 12 | $2.1650 |
| 07/21/20 | Buy | NAK | 1,000 | $2.0950 |
| 07/21/20 | Buy | NAK | 100 | $2.0688 |
| 07/21/20 | Buy | NAK | 1,000 | $2.0633 |
| 07/22/20 | Buy | NAK | 100 | $2.0700 |
| 07/22/20 | Buy | NAK | 100 | $2.1200 |
| 07/27/20 | Buy | NAK | 300 | $1.6450 |
| 07/27/20 | Buy | NAK | 300 | $1.6750 |
| 07/30/20 | Buy | NAK | 5,000 | $1.5800 |
| 07/30/20 | Buy | NAK | 100 | $1.6000 |
| 08/03/20 | Buy | NAK | 3,082 | $1.5600 |
| 08/03/20 | Buy | NAK | 5,000 | $1.5500 |
| 08/03/20 | Buy | NAK | 3,000 | $1.5300 |
| 08/04/20 | Buy | NAK | 3,000 | $1.5500 |
| 08/05/20 | Buy | NAK | 1,000 | $1.5400 |
| 08/05/20 | Buy | NAK | 2,000 | $1.5200 |
| 08/05/20 | Buy | NAK | 1,000 | $1.5050 |
| 08/05/20 | Buy | NAK | 1,000 | $1.5000 |
| 08/05/20 | Buy | NAK | 300 | $1.4300 |
| 08/05/20 | Buy | NAK | 1,000 | $1.4850 |
| 08/05/20 | Buy | NAK | 1,000 | $1.4500 |
| 08/05/20 | Buy | NAK | 500 | $1.4750 |
| 08/05/20 | Buy | NAK | 10 | $1.4650 |
| 08/05/20 | Buy | NAK | 1,000 | $1.4400 |
| 08/05/20 | Buy | NAK | 500 | $1.4450 |
| 08/14/20 | Buy | NAK | 2,500 | $1.4700 |
| 08/18/20 | Buy | NAK | 5,000 | $1.6200 |
| 08/18/20 | Buy | NAK | 5,000 | $1.6100 |

DocuSign Envelope ID: BEFFC22E-3C01-48F4-A157-1B9C9BD7830D

# EXHIBIT A

| Jeremy Spear's Transactions in the Northern Dynasty Minerals, LTD. ("NAK") During the Class Period of December 21, 2017 Through and Including November 25, 2020 | | | | |
|---|---|---|---|---|
| 08/18/20 | Buy | NAK | 4,000 | $1.6000 |
| 08/18/20 | Buy | NAK | 5,000 | $1.6000 |
| 08/18/20 | Buy | NAK | 10 | $1.6600 |
| 08/18/20 | Buy | NAK | 10 | $1.6800 |
| 08/18/20 | Buy | NAK | 10 | $1.6700 |
| 08/18/20 | Buy | NAK | 1,000 | $1.6400 |
| 08/18/20 | Buy | NAK | 1,000 | $1.6000 |
| 08/18/20 | Buy | NAK | 3,000 | $1.5800 |
| 08/19/20 | Buy | NAK | 5,000 | $1.5900 |
| 08/19/20 | Buy | NAK | 8,000 | $1.5600 |
| 08/20/20 | Buy | NAK | 1,704 | $1.5300 |
| 08/20/20 | Buy | NAK | 3,296 | $1.5400 |
| 08/21/20 | Buy | NAK | 200 | $1.4800 |
| 08/21/20 | Buy | NAK | 5,000 | $1.5200 |
| 08/21/20 | Buy | NAK | 5,000 | $1.5100 |
| 08/21/20 | Buy | NAK | 30 | $1.4900 |
| 08/21/20 | Buy | NAK | 2,700 | $1.5000 |
| 08/21/20 | Buy | NAK | 18 | $1.4900 |
| 08/24/20 | Buy | NAK | 948 | $0.9586 |
| 08/26/20 | Buy | NAK | 2,000 | $0.7647 |
| 08/26/20 | Buy | NAK | 1,300 | $0.7090 |
| 08/26/20 | Buy | NAK | 3,700 | $0.7084 |
| 08/26/20 | Buy | NAK | 5,000 | $0.7360 |
| 08/26/20 | Buy | NAK | 3,000 | $0.8510 |
| 08/26/20 | Buy | NAK | 5,000 | $0.8593 |
| 08/26/20 | Buy | NAK | 3,000 | $0.8205 |
| 08/31/20 | Buy | NAK | 10,000 | $0.9845 |
| 08/31/20 | Buy | NAK | 100 | $1.0300 |
| 08/31/20 | Buy | NAK | 1,000 | $1.0800 |
| 09/01/20 | Buy | NAK | 5,000 | $1.1968 |
| 09/01/20 | Buy | NAK | 5,000 | $1.2100 |
| 09/01/20 | Buy | NAK | 10,000 | $1.2100 |
| 09/02/20 | Buy | NAK | 5,000 | $1.1600 |
| 09/17/20 | Buy | NAK | 5,000 | $1.1700 |
| 10/06/20 | Buy | NAK | 3,950 | $1.1100 |

# EXHIBIT A

| **Jeremy Spear's Transactions in the Northern Dynasty Minerals, LTD.** | | | | |
|---|---|---|---|---|
| **("NAK") During the Class Period of December 21, 2017** | | | | |
| **Through and Including November 25, 2020** | | | | |
| 10/13/20 | Buy | NAK | 1,821 | $1.1900 |
| 10/13/20 | Buy | NAK | 15,481 | $1.1900 |
| 10/13/20 | Buy | NAK | 1,698 | $1.2100 |
| 10/13/20 | Buy | NAK | 2,275 | $1.2100 |
| 07/24/20 | Sell | NAK | 7,402 | $2.2000 |
| 07/29/20 | Sell | NAK | 600 | $1.7500 |
| 08/12/20 | Sell | NAK | 5,016 | $1.5300 |
| 08/17/20 | Sell | NAK | 6,000 | $1.6900 |
| 08/17/20 | Sell | NAK | 5,000 | $1.6000 |
| 08/17/20 | Sell | NAK | 3,000 | $1.6421 |
| 08/17/20 | Sell | NAK | 6,900 | $1.6800 |
| 08/17/20 | Sell | NAK | 3,000 | $1.6821 |
| 08/17/20 | Sell | NAK | 2,000 | $1.6800 |
| 08/18/20 | Sell | NAK | 106 | $1.6400 |
| 08/18/20 | Sell | NAK | 3,000 | $1.5900 |
| 08/18/20 | Sell | NAK | 10,000 | $1.6200 |
| 08/18/20 | Sell | NAK | 9,000 | $1.6100 |
| 08/18/20 | Sell | NAK | 2,000 | $1.6400 |
| 08/24/20 | Sell | NAK | 8,200 | $0.9500 |
| 08/24/20 | Sell | NAK | 1,800 | $0.9510 |
| 08/24/20 | Sell | NAK | 6,000 | $0.9500 |
| 08/24/20 | Sell | NAK | 4,000 | $0.9508 |
| 08/24/20 | Sell | NAK | 10,000 | $0.9550 |
| 08/26/20 | Sell | NAK | 8,000 | $0.8425 |
| 08/26/20 | Sell | NAK | 5,000 | $0.8427 |
| 08/26/20 | Sell | NAK | 10,000 | $0.7250 |
| 08/26/20 | Sell | NAK | 1,896 | $0.7300 |
| 08/31/20 | Sell | NAK | 100 | $1.0400 |
| 08/31/20 | Sell | NAK | 10,000 | $1.0200 |
| 08/31/20 | Sell | NAK | 1,000 | $1.0800 |
| 09/01/20 | Sell | NAK | 10,000 | $1.2100 |
| 09/09/20 | Sell | NAK | 5,000 | $1.1700 |
| 10/05/20 | Sell | NAK | 5,000 | $1.1700 |
| 10/05/20 | Sell | NAK | 10,000 | $1.2300 |

**NORTHERN DYNASTY MINERALS LTD. (NYSE: NAK)**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Christopher Wu, make this declaration as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Northern Dynasty Minerals Ltd. and certain of its officers and/or directors, and I hereby authorize my selected counsel, Berger Montague PC, to file a complaint and/or a Lead Plaintiff motion on my behalf.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the Class or to be a member of a group representing the Class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the common stock of Northern Dynasty Minerals Ltd. during the proposed Class Period of December 21, 2017 through and including November 25, 2020, are attached hereto as Exhibit A.

5. I have not sought to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6. I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1/27/2021

Date: January ____, 2021

Executed at Panama City Beach, FL

DocuSigned by:

15425C2C6AC240D...

Christopher Wu

DocuSign Envelope ID: 7245B160-E3B3-4329-A933-A2EFCC6DD5BF

# EXHIBIT A

| Christopher Wu's Transactions in the Northern Dynasty Minerals, LTD. ("NAK") During the Class Period of December 21, 2017 Through and Including November 25, 2020 | | | | |
|---|---|---|---|---|
| **Common Stock:** | | | | |
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 9/1/2020 | Buy | NAK | 600 | $1.1600 |
| 9/2/2020 | Buy | NAK | 1,400 | $1.0600 |
| 9/3/2020 | Buy | NAK | 300 | $0.9800 |
| 9/3/2020 | Buy | NAK | 200 | $0.9800 |
| 9/3/2020 | Buy | NAK | 400 | $0.9800 |
| 9/3/2020 | Buy | NAK | 800 | $0.9800 |
| 9/3/2020 | Buy | NAK | 200 | $0.9800 |
| 9/3/2020 | Buy | NAK | 200 | $0.9800 |
| 9/3/2020 | Buy | NAK | 1,200 | $0.9800 |
| 9/3/2020 | Buy | NAK | 200 | $0.9800 |
| 9/3/2020 | Buy | NAK | 1,802 | $1.0100 |
| 9/3/2020 | Buy | NAK | 198 | $1.0100 |
| 9/8/2020 | Buy | NAK | 3,250 | $0.9800 |
| 9/8/2020 | Buy | NAK | 2,750 | $0.9900 |
| 9/23/2020 | Buy | NAK | 6,177 | $1.0500 |
| 9/23/2020 | Buy | NAK | 300 | $1.0500 |
| 9/23/2020 | Buy | NAK | 200 | $1.0500 |
| 9/23/2020 | Buy | NAK | 100 | $1.0500 |
| 9/23/2020 | Buy | NAK | 100 | $1.0500 |
| 9/23/2020 | Buy | NAK | 500 | $1.0500 |
| 9/23/2020 | Buy | NAK | 21 | $1.0500 |
| 9/23/2020 | Buy | NAK | 500 | $1.0500 |
| 9/23/2020 | Buy | NAK | 400 | $1.0500 |
| 9/23/2020 | Buy | NAK | 500 | $1.0500 |
| 9/23/2020 | Buy | NAK | 100 | $1.0500 |
| 9/23/2020 | Buy | NAK | 200 | $1.0500 |
| 9/23/2020 | Buy | NAK | 100 | $1.0500 |
| 9/23/2020 | Buy | NAK | 100 | $1.0500 |
| 9/23/2020 | Buy | NAK | 100 | $1.0500 |
| 9/23/2020 | Buy | NAK | 300 | $1.0500 |
| 9/23/2020 | Buy | NAK | 200 | $1.0500 |
| 9/23/2020 | Buy | NAK | 200 | $1.0500 |
| 9/23/2020 | Buy | NAK | 500 | $1.0500 |
| 9/23/2020 | Buy | NAK | 400 | $1.0500 |
| 9/23/2020 | Buy | NAK | 456 | $1.0500 |
| 9/23/2020 | Buy | NAK | 541 | $1.0500 |

C. Wu

# EXHIBIT A

| Christopher Wu's Transactions in the Northern Dynasty Minerals, LTD. ("NAK") During the Class Period of December 21, 2017 Through and Including November 25, 2020 | | | | |
|---|---|---|---|---|
| **Common Stock Continued:** | | | | |
| 9/23/2020 | Buy | NAK | 100 | $1.0500 |
| 9/23/2020 | Buy | NAK | 100 | $1.0500 |
| 9/23/2020 | Buy | NAK | 100 | $1.0500 |
| 9/23/2020 | Buy | NAK | 200 | $1.0500 |
| 9/23/2020 | Buy | NAK | 205 | $1.0500 |
| 9/23/2020 | Buy | NAK | 100 | $1.0500 |
| 9/23/2020 | Buy | NAK | 300 | $1.0500 |
| 9/23/2020 | Buy | NAK | 300 | $1.0500 |
| 9/23/2020 | Buy | NAK | 200 | $1.0500 |
| 9/23/2020 | Buy | NAK | 300 | $1.0500 |
| 9/23/2020 | Buy | NAK | 100 | $1.0500 |
| 9/29/2020 | Buy | NAK | 1,000 | $0.9900 |
| 10/13/2020 | Buy | NAK | 2,500 | $1.1900 |
| 10/15/2020 | Buy | NAK | 7,500 | $1.0800 |
| 10/22/2020 | Buy | NAK | 2,500 | $1.0200 |
| 10/28/2020 | Buy | NAK | 2,500 | $0.8945 |
| 11/4/2020 | Buy | NAK | 7,500 | $0.7820 |
| 11/6/2020 | Buy | NAK | 2,500 | $0.7699 |
| 9/23/2020 | Sell | NAK | 13,500 | $1.0900 |
| 11/25/2020 | Sell | NAK | 10,000 | $0.3994 |
| 11/25/2020 | Sell | NAK | 17,500 | $0.3947 |
| **Options:** | | | | |
| **NAK 11/20/2020 Call $2.00:** | | | | |
| **Date** | **Transaction** | **Option** | **No. of Contracts** | **Price** |
| 10/14/20 | Buy | NAK 11/20/2020 Call $2.00 | 17 | $0.1300 |
| 11/20/20 | Expired | NAK 11/20/2020 Call $2.00 | 17 | $0.0000 |
| **NAK 02/19/2021 Call $1.00:** | | | | |
| **Date** | **Transaction** | **Option** | **No. of Contracts** | **Price** |
| 10/12/20 | Buy | NAK 02/19/2021 Call $1.00 | 8 | $0.6500 |

C. Wu