# EXHIBIT C

Prepared by Berger | Montague

| The A. Hernandez, J. Spears and C. Wu Group Total Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Securities During The Class Period: 12/21/2017 Through 11/25/2020 | |
|---|---|
| A. Hernandez Total FIFO-LIFO Losses in NAK Securities (*): | ($47,988) |
| J. Spears Total FIFO-LIFO Losses in NAK Securities (**): | ($38,408) |
| C. Wu Total FIFO-LIFO Losses in NAK Securities (***): | ($23,103) |
| TOTAL A. HERNANDEZ, J. SPEARS AND C. WU GROUP'S FIFO-LIFO LOSSES IN NAK SECURITIES (****): | ($109,499) |

**Footnotes:**

[*] Indicates Mr. Hernandez's Total Losses in NAK Securities.

[**] Indicates Mr. Spears' Total Losses in NAK Securities.

[***] Indicates Mr. Wu's' Total Losses in NAK Securities.

[****] Indicates the Total Hernandez-Spears-Wu Group Losses in NAK Securities.

A. Hernandez, J. Spears and C. Wu Group's Total FIFO and LIFO Losses in NAK Securities          Page 1 of 1

Prepared by Berger | Montague

| A. Hernandez Total Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Securities During The Class Period: 12/21/2017 Through 11/25/2020 | |
|---|---|
| Loss on NAK Common Stock: | **($94,418)** |
| | |
| Gain on Options (NAK 20NOV20 2.0 P): | $40,853 |
| | |
| Gain on Options (NAK 20NOV20 1.0 P): | $4,391 |
| | |
| Gain on Options (NAK 19JAN18 2.0 P): | $1,186 |
| | |
| TOTAL A. HERNANDEZ FIFO-LIFO LOSSES IN NAK SECURITIES (*): | **($47,988)** |

Prepared by Berger | Montague

### Antonio Sierra Hernandez ("A. Hernandez") Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020

| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost | No. Shares Sold | Price Per Share | Sale Proceeds | Matched to Pre-Class Holdings | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|
| Preclass Period Holdings [1]: | | 7,000 | | | | | | | **7,000** |
| 01/19/18 | Purchase after Assignment | 4,000 | $2.0000 | $8,000 | | | | | 11,000 |
| 11/18/20 | Purchase after Assignment | 2,900 | $2.0000 | $5,800 | | | | | 13,900 |
| 11/20/20 | Purchase after Assignment | 45,100 | $2.0000 | $90,200 | | | | | 59,000 |
| 11/20/20 | Purchase after Assignment | 15,000 | $1.0000 | $15,000 | | | | | 74,000 |
| 11/25/20 | Sell (1 of 2) | | | | 7,000 | $0.3669 | $2,568 | **YES** | 67,000 |
| 11/25/20 | Sell (2 of 2) | | | | 67,000 | $0.3669 | $24,582 | **NO** | 0 |
| **Class Period Totals:** | | **67,000** | | **$119,000** | **74,000** | | **$27,150** | | |
| Less sale of shares matched to pre-class holdings: | | | | | **(7,000)** | | **($2,568)** | | |
| **Subtotal of Sales of Shrs. Purch. in Class Period:** | | | | | **67,000** | | **$24,582** | | |
| | | | | | | | | | |
| **Held Close of Trading 11/25/20:** | | **0** | | | | | | | |
| | | | | | | | | | |
| **CLASS PD. RETAINED [2]:** | | **0** | (No. of Shrs. Purch. in the CP & Still held at the End of the CP) | | | | | | |
| **CLASS PD. TOTALS:** | | **67,000** | | **$119,000** | **67,000** | | **$24,582** | | |
| | | | | | | | | | |
| | | **A. HERNANDEZ FIFO-LIFO NET LOSS:** | | | | | **($94,418)** | | |

A. Hernandez FIFO and LIFO Loss Calc. in NAK Common Stock

Prepared by Berger | Montague

| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost | No. Shares Sold | Price Per Share | Sale Proceeds | Matched to Pre-Class Holdings | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|
| **Antonio Sierra Hernandez ("A. Hernandez") Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020** | | | | | | | | | |
| **Footnotes:** | | | | | | | | | |
| [1] Mr. Hernandez held 7,000 shares of NAK common stock pre-class period. | | | | | | | | | |
| [2] Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosure(s) to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosure(s) if the shares were not sold in the 90-days after the end of the Class-Period. Post Class Period, Mr. Hernandez did not retain any shares of NAK common stock as he sold out of his position in NAK by the close of trading on 11/25/20. | | | | | | | | | |

Prepared by Berger | Montague

| Antonio Sierra Hernandez ("A. Hernandez") Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Put Options (NAK 20NOV20 2.0 P) During The Class Period: 12/21/2017 Through 11/25/2020 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | Option Type | No. of Contracts Bought | Number of Underlying Option Shs. Bought [2] | Price Per Share | Purchase Cost | No. of Contracts Sold | Number of Underlying Option Shs. Sold or Expired [2] | Price Per Share | Sale Proceeds |
| **Preclass Period Holdings [1]:** | | | **0** | | | | | | | |
| 08/21/20 | Sell | NAK 20NOV20 2.0 P | | | | | 480 | 48,000 | $0.8511 | $40,853 |
| 11/18/20 | Assignment of Option | NAK 20NOV20 2.0 P | 29 | 2,900 | $0 | $0 | | | | |
| 11/20/20 | Assignment of Option | NAK 20NOV20 2.0 P | 451 | 45,100 | $0 | $0 | | | | |
| **Class Period Sub-Totals:** | | | **480** | **48,000** | | **$0** | **480** | **48,000** | | **$40,853** |
| | | | | | | | | | | |
| **CLASS PD. RETAINED [3]:** | | | **0** | | | | | | | |
| **CLASS PD. TOTALS:** | | | **480** | **48,000** | | **$0** | **480** | **48,000** | | **$40,853** |
| | | | | | | | | | | |
| **A. HERNANDEZ FIFO/LIFO NET GAIN:** | | | | | | | | | | **$40,853** |

**Footnotes:**

[1] Mr. Hernandez did not hold NAK 20NOV20 2.0 P Options pre-class period.

[2] Underlying Option Shares = No. of Contracts x 100.

[3] 0 underlying shares were retained after the class-period by Mr. Hernandez. Pursuant to the PSLRA, 0 underlying shares are valued.

Prepared by Berger | Montague

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Antonio Sierra Hernandez ("A. Hernandez") Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Put Options (NAK 20NOV20 1.0 P) During The Class Period: 12/21/2017 Through 11/25/2020** | | | | | | | | | | |
| Trade Date | Trans. Type | Option Type | No. of Contracts Bought | Number of Underlying Option Shs. Bought [2] | Price Per Share | Purchase Cost | No. of Contracts Sold | Number of Underlying Option Shs. Sold or Expired [2] | Price Per Share | Sale Proceeds |
| **Preclass Period Holdings [1]:** | | | **0** | | | | | | | |
| 09/18/20 | Sell | NAK 20NOV20 1.0 P | | | | | 150 | 15,000 | $0.2927 | $4,391 |
| 11/20/20 | Assignment of Option | NAK 20NOV20 1.0 P | 150 | 15,000 | $0 | $0 | | | | |
| **Class Period Sub-Totals:** | | | **150** | **15,000** | | **$0** | **150** | **15,000** | | **$4,391** |
| | | | | | | | | | | |
| **CLASS PD. RETAINED [3]:** | | | **0** | | | | | | | |
| **CLASS PD. TOTALS:** | | | **150** | **15,000** | | **$0** | **150** | **15,000** | | **$4,391** |
| | | | | | | | | | | |
| | | | **A. HERNANDEZ FIFO/LIFO NET GAIN:** | | | | | | | **$4,391** |
| **Footnotes:** | | | | | | | | | | |
| [1] Mr. Hernandez did not hold NAK 20NOV20 1.0 P Options pre-class period. | | | | | | | | | | |
| [2] Underlying Option Shares = No. of Contracts x 100. | | | | | | | | | | |
| [3] 0 underlying shares were retained after the class-period by Mr. Hernandez. Pursuant to the PSLRA, 0 underlying shares are valued. | | | | | | | | | | |

Prepared by Berger | Montague

**Antonio Sierra Hernandez ("A. Hernandez") Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Put Options (NAK 19JAN18 2.0 P) During The Class Period: 12/21/2017 Through 11/25/2020**

| Trade Date | Trans. Type | Option Type | No. of Contracts Bought | Number of Underlying Option Shs. Bought [2] | Price Per Share | Purchase Cost | No. of Contracts Sold | Number of Underlying Option Shs. Sold or Expired [2] | Price Per Share | Sale Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-class Period Transactions [1]:** | | | | | | | | | | |
| 12/11/17 | Sell | NAK 19JAN18 2.0 P | | | | | 40 | 4,000 | $0.2966 | $1,186 |
| **Class Period Transactions [1]:** | | | | | | | | | | |
| 11/20/20 | Assignment of Option | NAK 19JAN18 2.0 P | 40 | 4,000 | $0 | $0 | | | | |
| **Class Period Sub-Totals:** | | | **40** | **4,000** | | **$0** | **40** | **4,000** | | **$1,186** |
| | | | | | | | | | | |
| **CLASS PD. RETAINED [3]:** | | | **0** | | | | | | | |
| **CLASS PD. TOTALS:** | | | **40** | **4,000** | | **$0** | **40** | **4,000** | | **$1,186** |
| | | | | | | | | | | |
| **A. HERNANDEZ FIFO/LIFO NET GAIN [4]:** | | | | | | | | | | **$1,186** |

**Footnotes:**

[1] Mr. Hernandez sold his NAK 19JAN18 2.0 Put Option on 12/11/2017, a pre-class period transaction. Later, on 11/20/2020, the option was assigned and he purchased NAK common stock shares at the strike price of each contract.

[2] Underlying Option Shares = No. of Contracts x 100.

[3] 0 underlying shares were retained after the class-period by Mr. Hernandez. Pursuant to the PSLRA, 0 underlying shares are valued.

[4] Mr. Hernandez's sale of the NAK 19JAN18 2.0 P Put Option did not fall within the class period and, therefore, it is not included in his FIFO/LIFO losses in NAK securities.

Prepared by Berger | Montague

| Jeremy Spears Total Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Securities During The Class Period: 12/21/2017 Through 11/25/2020 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Account No.** | **Account Name:** | | | | | | |
| **Account 1** | **TD Ameritrade** | | | | | **($542)** | |
| | | | | | | | |
| **Account 2** | **TD Ameritrade** | | | | | **($1,862)** | |
| | | | | | | | |
| **Account 3** | **Webull** | | | | | **($4,123)** | |
| | | | | | | | |
| **Account 4** | **E*Trade** | | | | | **($31,880)** | |
| | | | | | | | |
| **TOTAL J. SPEARS FIFO-LIFO LOSSES IN NAK SECURITIES (\*\*):** | | | | | | **($38,408)** | |

Prepared by Berger | Montague

| Jeremy Spears (TD Ameritrade - Account No. 1) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost (excl. fees & comms.) | No. Shares Sold | Price Per Share | Sale Proceeds (excl. fees & comms.) | Actual No. of Shares Held |
| Preclass Period Holdings [1]: | | 0 | | | | | | 0 |
| 08/05/20 | Buy | 100 | $1.4600 | $146 | | | | 100 |
| 08/05/20 | Buy | 400 | $1.4401 | $576 | | | | 500 |
| 08/05/20 | Buy | 165 | $1.4000 | $231 | | | | 665 |
| 08/12/20 | Sell | | | | 665 | $1.4901 | $991 | 0 |
| 08/19/20 | Buy | 655 | $1.5300 | $1,002 | | | | 655 |
| 08/19/20 | Sell | | | | 650 | $1.5500 | $1,008 | 5 |
| 08/19/20 | Sell | | | | 5 | $1.5500 | $8 | 0 |
| 08/20/20 | Buy | 650 | $1.5300 | $995 | | | | 650 |
| 08/20/20 | Sell | | | | 650 | $1.5800 | $1,027 | 0 |
| 08/20/20 | Buy | 600 | $1.5400 | $924 | | | | 600 |
| 08/24/20 | Sell | | | | 100 | $0.9600 | $96 | 500 |
| Class Period Totals: | | 2,570 | | $3,874 | 2,070 | | $3,129 | |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | $0 | |
| Subtotal of Sales of Shrs. Purch. in Class Period: | | | | | 2,070 | | $3,129 | |
| | | | | | | | | |
| Total Held 11/25/20: | | 500 | | | | | | |
| | | | | | | | | |
| CLASS PD. RETAINED | | 500 | (No. of Shrs. Purch. in the CP & Still held on 11/25/20) | | | | | |
| Retained Shares Valued at Average Closing Price from 11/25/2020 to 1/29/2021 [2] [3]: | | | | | | | | |
| | | | | | 500 | $0.4046 | $202 | |

J. Spears FIFO and LIFO Loss Calculation in NAK Common Stock

(Account No. 1)

Prepared by Berger | Montague

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Jeremy Spears (TD Ameritrade - Account No. 1) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020** | | | | | | | | |
| **Trade Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purchase Cost (excl. fees & comms.)** | **No. Shares Sold** | **Price Per Share** | **Sale Proceeds (excl. fees & comms.)** | **Actual No. of Shares Held** |
| **CLASS PD. TOTALS:** | | **2,570** | | **$3,874** | **2,570** | | **$3,331** | |
| | | **JEREMY SPEARS FIFO/LIFO NET LOSS:** | | | | | **($542)** | |
| **Footnotes:** | | | | | | | | |
| **[1]** J. Spears did not hold NAK pre-class period. | | | | | | | | |
| **[2]** Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosure(s) to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosure(s) if the shares were not sold in the 90-days after the end of the Class-Period. | | | | | | | | |
| **[3]** The average closing price from 11/25/2020 (the date of the corrective disclosure) through 1/29/2021 is $.4046. 500 shares were retained after the class-period by Mr. Spears. Pursuant to the PSLRA, the 500 retained shares are valued at $.4046. | | | | | | | | |

Prepared by Berger | Montague

**Jeremy Spears (TD Ameritrade - Account No. 2) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020**

| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost (excl. fees & comms.) | No. Shares Sold | Price Per Share | Sale Proceeds (excl. fees & comms.) | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|
| Preclass Period Holdings [1]: | | 0 | | | | | | 0 |
| 10/23/20 | Buy | 5,000 | $1.0000 | $5,000 | | | | 5,000 |
| 10/26/20 | Buy | 1,000 | $1.0000 | $1,000 | | | | 6,000 |
| 10/27/20 | Buy | 500 | $0.9700 | $485 | | | | 6,500 |
| 11/02/20 | Buy | 100 | $0.8750 | $88 | | | | 6,600 |
| 11/02/20 | Buy | 500 | $0.8750 | $438 | | | | 7,100 |
| 11/02/20 | Buy | 100 | $0.8890 | $89 | | | | 7,200 |
| 11/03/20 | Buy | 100 | $0.9300 | $93 | | | | 7,300 |
| 11/03/20 | Buy | 100 | $0.9150 | $92 | | | | 7,400 |
| 11/04/20 | Sell | | | | 1,100 | $1.0400 | $1,144 | 6,300 |
| 11/04/20 | Sell | | | | 3,900 | $1.0300 | $4,017 | 2,400 |
| 11/04/20 | Sell | | | | 2,400 | $1.0200 | $2,448 | 0 |
| 11/04/20 | Buy | 2,500 | $0.8100 | $2,025 | | | | 2,500 |
| 11/04/20 | Sell | | | | 2,500 | $0.7521 | $1,880 | 0 |
| 11/11/20 | Buy | 50 | $0.7800 | $39 | | | | 50 |
| 11/11/20 | Buy | 50 | $0.7950 | $40 | | | | 100 |
| 11/12/20 | Buy | 23 | $0.8150 | $19 | | | | 123 |
| 11/12/20 | Sell | | | | 123 | $0.9200 | $113 | 0 |
| 11/13/20 | Buy | 100 | $0.8990 | $90 | | | | 100 |
| 11/13/20 | Buy | 100 | $0.8936 | $89 | | | | 200 |
| 11/13/20 | Buy | 50 | $0.8800 | $44 | | | | 250 |
| 11/16/20 | Buy | 100 | $0.8469 | $85 | | | | 350 |

J. Spears FIFO and LIFO Loss Calculation in NAK Common Stock
(Account No. 2)

Prepared by Berger | Montague

| | | | | **Jeremy Spears (TD Ameritrade - Account No. 2) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020** | | | | |
|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost (excl. fees & comms.) | No. Shares Sold | Price Per Share | Sale Proceeds (excl. fees & comms.) | Actual No. of Shares Held |
| 11/16/20 | Buy | 100 | $0.8700 | $87 | | | | 450 |
| 11/16/20 | Buy | 100 | $0.8640 | $86 | | | | 550 |
| 11/16/20 | Buy | 100 | $0.8950 | $90 | | | | 650 |
| 11/16/20 | Buy | 1 | $0.8950 | $1 | | | | 651 |
| 11/16/20 | Buy | 5 | $0.8999 | $4 | | | | 656 |
| 11/16/20 | Buy | 100 | $0.8800 | $88 | | | | 756 |
| 11/16/20 | Buy | 500 | $0.8690 | $435 | | | | 1,256 |
| 11/18/20 | Buy | 1,000 | $0.8750 | $875 | | | | 2,256 |
| 11/18/20 | Buy | 100 | $0.8550 | $86 | | | | 2,356 |
| 11/18/20 | Buy | 100 | $0.8510 | $85 | | | | 2,456 |
| 11/18/20 | Buy | 1,000 | $0.8490 | $849 | | | | 3,456 |
| 11/20/20 | Sell | | | | 3,400 | $0.9178 | $3,121 | 56 |
| 11/20/20 | Sell | | | | 56 | $0.9152 | $51 | 0 |
| 11/20/20 | Buy | 1,000 | $0.9000 | $900 | | | | 1,000 |
| 11/20/20 | Buy | 1,000 | $0.8900 | $890 | | | | 2,000 |
| 11/20/20 | Buy | 1,000 | $0.8800 | $880 | | | | 3,000 |
| 11/23/20 | Buy | 100 | $0.8650 | $87 | | | | 3,100 |
| 11/23/20 | Buy | 250 | $0.8650 | $216 | | | | 3,350 |
| 11/23/20 | Buy | 100 | $0.8650 | $87 | | | | 3,450 |
| 11/23/20 | Buy | 100 | $0.8600 | $86 | | | | 3,550 |
| 11/23/20 | Buy | 50 | $0.8500 | $43 | | | | 3,600 |
| 11/23/20 | Buy | 20 | $0.8450 | $17 | | | | 3,620 |
| 11/23/20 | Buy | 50 | $0.8550 | $43 | | | | 3,670 |

J. Spears FIFO and LIFO Loss Calculation in NAK Common Stock

(Account No. 2)

Prepared by Berger | Montague

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **Jeremy Spears (TD Ameritrade - Account No. 2) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020** |
| **Trade Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purchase Cost (excl. fees & comms.)** | **No. Shares Sold** | **Price Per Share** | **Sale Proceeds (excl. fees & comms.)** | **Actual No. of Shares Held** |
| 11/23/20 | Buy | 250 | $0.8450 | $211 | | | | 3,920 |
| 11/25/20 | Buy | 10 | $0.8530 | $9 | | | | 3,930 |
| 11/25/20 | Buy | 750 | $0.8050 | $604 | | | | 4,680 |
| 11/25/20 | Buy | 100 | $0.7900 | $79 | | | | 4,780 |
| 11/25/20 | Sell | | | | 100 | $0.4048 | $40 | 4,680 |
| 11/25/20 | Sell | | | | 152 | $0.4008 | $61 | 4,528 |
| 11/25/20 | Sell | | | | 4,528 | $0.4001 | $1,812 | 0 |
| **Class Period Totals:** | | **18,259** | | **$16,549** | **18,259** | | **$14,687** | |
| Less sale of shares matched to pre-class holdings: | | | | | **0** | | **$0** | |
| **Subtotal of Sales of Shrs. Purch. in Class Period:** | | | | | **18,259** | | **$14,687** | |
| | | | | | | | | |
| **Total Held 11/25/20:** | | **0** | | | | | | |
| | | | | | | | | |
| **CLASS PD. RETAINED** | | **0** |  | (No. of Shrs. Purch. in the CP & Still held on 11/25/20) | | |
| Retained Shares Valued at Average Closing Price from 11/25/2020 to 1/29/2021 **[2] [3]**: | | | | | | | | |
| | | | | | 0 | $0.4046 | **$0** | |
| **CLASS PD. TOTALS:** | | **18,259** | | **$16,549** | **18,259** | | **$14,687** | |
| | | | colspan="4" | **JEREMY SPEARS FIFO/LIFO NET LOSS:** | | **($1,862)** | |
| **Footnotes:** | | | | | | | | |
|  | **[1]** J. Spears did not hold NAK pre-class period. |

Prepared by Berger | Montague

| Jeremy Spears (TD Ameritrade - Account No. 2) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost (excl. fees & comms.) | No. Shares Sold | Price Per Share | Sale Proceeds (excl. fees & comms.) | Actual No. of Shares Held |
| [2] Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosure(s) to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosure(s) if the shares were not sold in the 90-days after the end of the Class-Period. | | | | | | | | |
| [3] The average closing price from 11/25/2020 (the date of the corrective disclosure) through 1/29/2021 is $.4046. 0 shares were retained after the class-period by Mr. Spears. Pursuant to the PSLRA, 0 shares are valued. | | | | | | | | |

J. Spears FIFO and LIFO Loss Calculation in NAK Common Stock
(Account No. 2)

Prepared by Berger | Montague

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Jeremy Spears (Webull - Account No. 3) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020** | | | | | | | | |
| **Trade Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purchase Cost (excl. fees & comms.)** | **No. Shares Sold** | **Price Per Share** | **Sale Proceeds (excl. fees & comms.)** | **Actual No. of Shares Held** |
| **Preclass Period Holdings [1]:** | | **0** | | | | | | **0** |
| 08/05/20 | Buy | 650 | $1.5200 | $988 | | | | 650 |
| 08/05/20 | Buy | 1 | $1.5400 | $2 | | | | 651 |
| 08/06/20 | Sell | | | | 651 | $1.5500 | $1,009 | 0 |
| 08/10/20 | Buy | 2,657 | $1.4500 | $3,853 | | | | 2,657 |
| 08/11/20 | Buy | 2,000 | $1.4400 | $2,880 | | | | 4,657 |
| 08/12/20 | Sell | | | | 4,657 | $1.4900 | $6,939 | 0 |
| 08/18/20 | Buy | 10 | $1.7300 | $17 | | | | 10 |
| 08/19/20 | Buy | 1,200 | $1.5300 | $1,836 | | | | 1,210 |
| 08/19/20 | Sell | | | | 1,210 | $1.5500 | $1,876 | 0 |
| 08/20/20 | Buy | 5,000 | $1.5400 | $7,700 | | | | 5,000 |
| 08/20/20 | Buy | 5,528 | $1.5500 | $8,568 | | | | 10,528 |
| 08/20/20 | Sell | | | | 5,528 | $1.5800 | $8,734 | 5,000 |
| 08/21/20 | Buy | 157 | $1.4900 | $234 | | | | 5,157 |
| 08/21/20 | Buy | 477 | $1.4900 | $711 | | | | 5,634 |
| 08/21/20 | Buy | 900 | $1.5000 | $1,350 | | | | 6,534 |
| 08/21/20 | Buy | 912 | $1.5100 | $1,377 | | | | 7,446 |
| 08/24/20 | Sell | | | | 5,697 | $0.9023 | $5,140 | 1,749 |
| 08/24/20 | Sell | | | | 1,749 | $0.9686 | $1,694 | 0 |
| 09/01/20 | Buy | 100 | $1.1400 | $114 | | | | 100 |
| 09/01/20 | Sell | | | | 100 | $1.1400 | $114 | 0 |
| **Class Period Totals:** | | **19,592** | | **$29,630** | **19,592** | | **$25,506** | |

Prepared by Berger | Montague

| Jeremy Spears (Webull - Account No. 3) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020 | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost (excl. fees & comms.) | No. Shares Sold | Price Per Share | Sale Proceeds (excl. fees & comms.) | Actual No. of Shares Held |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | $0 | |
| Subtotal of Sales of Shrs. Purch. in Class Period: | | | | | 19,592 | | $25,506 | |
| | | | | | | | | |
| Total Held 11/25/20: | 0 | | | | | | | |
| | | | | | | | | |
| CLASS PD. RETAINED | 0 | (No. of Shrs. Purch. in the CP & Still held on 11/25/20) | | | | | | |
| Retained Shares Valued at Average Closing Price from 11/25/2020 to 1/29/2021 [2] [3]: | | | | | | | | |
| | | | | | 0 | $0.4046 | $0 | |
| CLASS PD. TOTALS: | 19,592 | | | $29,630 | 19,592 | | $25,506 | |
| | | | | | | | | |
| | | JEREMY SPEARS FIFO/LIFO NET LOSS: | | | | ($4,123) | | |
| **Footnotes:** | | | | | | | | |
| [1] J. Spears did not hold NAK pre-class period. | | | | | | | | |
| [2] Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosure(s) to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosure(s) if the shares were not sold in the 90-days after the end of the Class-Period. | | | | | | | | |
| [3] The average closing price from 11/25/2020 (the date of the corrective disclosure) through 1/29/2021 is $.4046. 0 shares were retained after the class-period by Mr. Spears. Pursuant to the PSLRA, 0 shares are valued. | | | | | | | | |

Prepared by Berger | Montague

| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost (excl. fees & comms.) | No. Shares Sold | Price Per Share | Sale Proceeds (excl. fees & comms.) | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|
| **Jeremy Spears (E*Trade - Account No. 4) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020** | | | | | | | | |
| Preclass Period Holdings [1]: | | 0 | | | | | | 0 |
| 07/17/20 | Buy | 100 | $1.5500 | $155 | | | | 100 |
| 07/17/20 | Buy | 200 | $1.6077 | $322 | | | | 300 |
| 07/17/20 | Buy | 100 | $1.5800 | $158 | | | | 400 |
| 07/20/20 | Buy | 526 | $1.9485 | $1,025 | | | | 926 |
| 07/20/20 | Buy | 474 | $1.9459 | $922 | | | | 1,400 |
| 07/20/20 | Buy | 100 | $2.0300 | $203 | | | | 1,500 |
| 07/20/20 | Buy | 62 | $2.0300 | $126 | | | | 1,562 |
| 07/20/20 | Buy | 238 | $2.0299 | $483 | | | | 1,800 |
| 07/20/20 | Buy | 200 | $1.8650 | $373 | | | | 2,000 |
| 07/20/20 | Buy | 200 | $1.9500 | $390 | | | | 2,200 |
| 07/20/20 | Buy | 250 | $1.9100 | $478 | | | | 2,450 |
| 07/20/20 | Buy | 200 | $1.9400 | $388 | | | | 2,650 |
| 07/20/20 | Buy | 500 | $1.9699 | $985 | | | | 3,150 |
| 07/20/20 | Buy | 500 | $1.9400 | $970 | | | | 3,650 |
| 07/20/20 | Buy | 300 | $1.8750 | $563 | | | | 3,950 |
| 07/20/20 | Buy | 200 | $1.8058 | $361 | | | | 4,150 |
| 07/20/20 | Buy | 200 | $1.8635 | $373 | | | | 4,350 |
| 07/20/20 | Buy | 300 | $1.8639 | $559 | | | | 4,650 |
| 07/20/20 | Buy | 200 | $1.8499 | $370 | | | | 4,850 |
| 07/20/20 | Buy | 200 | $1.9077 | $382 | | | | 5,050 |

J. Spears FIFO and LIFO Loss Calculation in NAK Common Stock

(Account No. 4)

Prepared by Berger | Montague

| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost (excl. fees & comms.) | No. Shares Sold | Price Per Share | Sale Proceeds (excl. fees & comms.) | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|
| 07/21/20 | Buy | 10 | $2.1900 | $22 | | | | 5,060 |
| 07/21/20 | Buy | 10 | $2.2100 | $22 | | | | 5,070 |
| 07/21/20 | Buy | 10 | $2.1900 | $22 | | | | 5,080 |
| 07/21/20 | Buy | 10 | $2.1200 | $21 | | | | 5,090 |
| 07/21/20 | Buy | 12 | $2.1650 | $26 | | | | 5,102 |
| 07/21/20 | Buy | 1,000 | $2.0950 | $2,095 | | | | 6,102 |
| 07/21/20 | Buy | 100 | $2.0688 | $207 | | | | 6,202 |
| 07/21/20 | Buy | 1,000 | $2.0633 | $2,063 | | | | 7,202 |
| 07/22/20 | Buy | 100 | $2.0700 | $207 | | | | 7,302 |
| 07/22/20 | Buy | 100 | $2.1200 | $212 | | | | 7,402 |
| 07/24/20 | Sell | | | | 7,402 | $2.2000 | $16,284 | 0 |
| 07/27/20 | Buy | 300 | $1.6450 | $494 | | | | 300 |
| 07/27/20 | Buy | 300 | $1.6750 | $503 | | | | 600 |
| 07/29/20 | Sell | | | | 600 | $1.7500 | $1,050 | 0 |
| 07/30/20 | Buy | 5,000 | $1.5800 | $7,900 | | | | 5,000 |
| 07/30/20 | Buy | 100 | $1.6000 | $160 | | | | 5,100 |
| 08/03/20 | Buy | 3,082 | $1.5600 | $4,808 | | | | 8,182 |
| 08/03/20 | Buy | 5,000 | $1.5500 | $7,750 | | | | 13,182 |
| 08/03/20 | Buy | 3,000 | $1.5300 | $4,590 | | | | 16,182 |
| 08/04/20 | Buy | 3,000 | $1.5500 | $4,650 | | | | 19,182 |
| 08/05/20 | Buy | 1,000 | $1.5400 | $1,540 | | | | 20,182 |
| 08/05/20 | Buy | 2,000 | $1.5200 | $3,040 | | | | 22,182 |

**Jeremy Spears (E*Trade - Account No. 4) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020**

J. Spears FIFO and LIFO Loss Calculation in NAK Common Stock
(Account No. 4)

Prepared by Berger | Montague

| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost (excl. fees & comms.) | No. Shares Sold | Price Per Share | Sale Proceeds (excl. fees & comms.) | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|
| 08/05/20 | Buy | 1,000 | $1.5050 | $1,505 | | | | 23,182 |
| 08/05/20 | Buy | 1,000 | $1.5000 | $1,500 | | | | 24,182 |
| 08/05/20 | Buy | 300 | $1.4300 | $429 | | | | 24,482 |
| 08/05/20 | Buy | 1,000 | $1.4850 | $1,485 | | | | 25,482 |
| 08/05/20 | Buy | 1,000 | $1.4500 | $1,450 | | | | 26,482 |
| 08/05/20 | Buy | 500 | $1.4750 | $738 | | | | 26,982 |
| 08/05/20 | Buy | 10 | $1.4650 | $15 | | | | 26,992 |
| 08/05/20 | Buy | 1,000 | $1.4400 | $1,440 | | | | 27,992 |
| 08/05/20 | Buy | 500 | $1.4450 | $723 | | | | 28,492 |
| 08/12/20 | Sell | | | | 5,016 | $1.5300 | $7,674 | 23,476 |
| 08/14/20 | Buy | 2,500 | $1.4700 | $3,675 | | | | 25,976 |
| 08/17/20 | Sell | | | | 6,000 | $1.6900 | $10,140 | 19,976 |
| 08/17/20 | Sell | | | | 5,000 | $1.6000 | $8,000 | 14,976 |
| 08/17/20 | Sell | | | | 3,000 | $1.6421 | $4,926 | 11,976 |
| 08/17/20 | Sell | | | | 6,900 | $1.6800 | $11,592 | 5,076 |
| 08/17/20 | Sell | | | | 3,000 | $1.6821 | $5,046 | 2,076 |
| 08/17/20 | Sell | | | | 2,000 | $1.6800 | $3,360 | 76 |
| 08/18/20 | Buy | 5,000 | $1.6200 | $8,100 | | | | 5,076 |
| 08/18/20 | Buy | 5,000 | $1.6100 | $8,050 | | | | 10,076 |
| 08/18/20 | Buy | 4,000 | $1.6000 | $6,400 | | | | 14,076 |
| 08/18/20 | Buy | 5,000 | $1.6000 | $8,000 | | | | 19,076 |
| 08/18/20 | Buy | 10 | $1.6600 | $17 | | | | 19,086 |

**Jeremy Spears (E*Trade - Account No. 4) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020**

J. Spears FIFO and LIFO Loss Calculation in NAK Common Stock
(Account No. 4)

Prepared by Berger | Montague

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Jeremy Spears (E*Trade - Account No. 4) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020** | | | | | | | | |
| **Trade Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purchase Cost (excl. fees & comms.)** | **No. Shares Sold** | **Price Per Share** | **Sale Proceeds (excl. fees & comms.)** | **Actual No. of Shares Held** |
| 08/18/20 | Buy | 10 | $1.6800 | $17 | | | | 19,096 |
| 08/18/20 | Buy | 10 | $1.6700 | $17 | | | | 19,106 |
| 08/18/20 | Buy | 1,000 | $1.6400 | $1,640 | | | | 20,106 |
| 08/18/20 | Buy | 1,000 | $1.6000 | $1,600 | | | | 21,106 |
| 08/18/20 | Buy | 3,000 | $1.5800 | $4,740 | | | | 24,106 |
| 08/18/20 | Sell | | | | 106 | $1.6400 | $174 | 24,000 |
| 08/18/20 | Sell | | | | 3,000 | $1.5900 | $4,770 | 21,000 |
| 08/18/20 | Sell | | | | 10,000 | $1.6200 | $16,200 | 11,000 |
| 08/18/20 | Sell | | | | 9,000 | $1.6100 | $14,490 | 2,000 |
| 08/18/20 | Sell | | | | 2,000 | $1.6400 | $3,280 | 0 |
| 08/19/20 | Buy | 5,000 | $1.5900 | $7,950 | | | | 5,000 |
| 08/19/20 | Buy | 8,000 | $1.5600 | $12,480 | | | | 13,000 |
| 08/20/20 | Buy | 1,704 | $1.5300 | $2,607 | | | | 14,704 |
| 08/20/20 | Buy | 3,296 | $1.5400 | $5,076 | | | | 18,000 |
| 08/21/20 | Buy | 200 | $1.4800 | $296 | | | | 18,200 |
| 08/21/20 | Buy | 5,000 | $1.5200 | $7,600 | | | | 23,200 |
| 08/21/20 | Buy | 5,000 | $1.5100 | $7,550 | | | | 28,200 |
| 08/21/20 | Buy | 30 | $1.4900 | $45 | | | | 28,230 |
| 08/21/20 | Buy | 2,700 | $1.5000 | $4,050 | | | | 30,930 |
| 08/21/20 | Buy | 18 | $1.4900 | $27 | | | | 30,948 |
| 08/24/20 | Buy | 948 | $0.9586 | $909 | | | | 31,896 |
| 08/24/20 | Sell | | | | 8,200 | $0.9500 | $7,790 | 23,696 |

J. Spears FIFO and LIFO Loss Calculation in NAK Common Stock

(Account No. 4)

Prepared by Berger | Montague

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Jeremy Spears (E*Trade - Account No. 4) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020** | | | | | | | | |
| **Trade Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purchase Cost (excl. fees & comms.)** | **No. Shares Sold** | **Price Per Share** | **Sale Proceeds (excl. fees & comms.)** | **Actual No. of Shares Held** |
| 08/24/20 | Sell | | | | 1,800 | $0.9510 | $1,712 | 21,896 |
| 08/24/20 | Sell | | | | 6,000 | $0.9500 | $5,700 | 15,896 |
| 08/24/20 | Sell | | | | 4,000 | $0.9508 | $3,803 | 11,896 |
| 08/24/20 | Sell | | | | 10,000 | $0.9550 | $9,550 | 1,896 |
| 08/26/20 | Buy | 2,000 | $0.7647 | $1,529 | | | | 3,896 |
| 08/26/20 | Buy | 1,300 | $0.7090 | $922 | | | | 5,196 |
| 08/26/20 | Buy | 3,700 | $0.7084 | $2,621 | | | | 8,896 |
| 08/26/20 | Buy | 5,000 | $0.7360 | $3,680 | | | | 13,896 |
| 08/26/20 | Buy | 3,000 | $0.8510 | $2,553 | | | | 16,896 |
| 08/26/20 | Buy | 5,000 | $0.8593 | $4,297 | | | | 21,896 |
| 08/26/20 | Buy | 3,000 | $0.8205 | $2,462 | | | | 24,896 |
| 08/26/20 | Sell | | | | 8,000 | $0.8425 | $6,740 | 16,896 |
| 08/26/20 | Sell | | | | 5,000 | $0.8427 | $4,214 | 11,896 |
| 08/26/20 | Sell | | | | 10,000 | $0.7250 | $7,250 | 1,896 |
| 08/26/20 | Sell | | | | 1,896 | $0.7300 | $1,384 | 0 |
| 08/31/20 | Buy | 10,000 | $0.9845 | $9,845 | | | | 10,000 |
| 08/31/20 | Buy | 100 | $1.0300 | $103 | | | | 10,100 |
| 08/31/20 | Buy | 1,000 | $1.0800 | $1,080 | | | | 11,100 |
| 08/31/20 | Sell | | | | 100 | $1.0400 | $104 | 11,000 |
| 08/31/20 | Sell | | | | 10,000 | $1.0200 | $10,200 | 1,000 |
| 08/31/20 | Sell | | | | 1,000 | $1.0800 | $1,080 | 0 |
| 09/01/20 | Buy | 5,000 | $1.1968 | $5,984 | | | | 5,000 |

J. Spears FIFO and LIFO Loss Calculation in NAK Common Stock

(Account No. 4)

Prepared by Berger | Montague

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Jeremy Spears (E*Trade - Account No. 4) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020** | | | | | | | | |
| **Trade Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purchase Cost (excl. fees & comms.)** | **No. Shares Sold** | **Price Per Share** | **Sale Proceeds (excl. fees & comms.)** | **Actual No. of Shares Held** |
| 09/01/20 | Buy | 5,000 | $1.2100 | $6,050 | | | | 10,000 |
| 09/01/20 | Buy | 10,000 | $1.2100 | $12,100 | | | | 20,000 |
| 09/01/20 | Sell | | | | 10,000 | $1.2100 | $12,100 | 10,000 |
| 09/02/20 | Buy | 5,000 | $1.1600 | $5,800 | | | | 15,000 |
| 09/09/20 | Sell | | | | 5,000 | $1.1700 | $5,850 | 10,000 |
| 09/17/20 | Buy | 5,000 | $1.1700 | $5,850 | | | | 15,000 |
| 10/05/20 | Sell | | | | 5,000 | $1.1700 | $5,850 | 10,000 |
| 10/05/20 | Sell | | | | 10,000 | $1.2300 | $12,300 | 0 |
| 10/06/20 | Buy | 3,950 | $1.1100 | $4,385 | | | | 3,950 |
| 10/13/20 | Buy | 1,821 | $1.1900 | $2,167 | | | | 5,771 |
| 10/13/20 | Buy | 15,481 | $1.1900 | $18,422 | | | | 21,252 |
| 10/13/20 | Buy | 1,698 | $1.2100 | $2,055 | | | | 22,950 |
| 10/13/20 | Buy | 2,275 | $1.2100 | $2,753 | | | | 25,225 |
| **Class Period Totals:** | | **184,245** | | **$244,700** | **159,020** | | **$202,614** | |
| Less sale of shares matched to pre-class holdings: | | | | | **0** | | **$0** | |
| **Subtotal of Sales of Shrs. Purch. in Class Period:** | | | | | **159,020** | | **$202,614** | |
| | | | | | | | | |
| **Total Held 11/25/20:** | | **25,225** | | | | | | |
| | | | | | | | | |
| **CLASS PD. RETAINED** | | **25,225** | (No. of Shrs. Purch. in the CP & Still held on 11/25/20) | | | | | |
| Retained Shares Valued at Average Closing Price from 11/25/2020 to 1/29/2021 [2] [3]: | | | | | | | | |

J. Spears FIFO and LIFO Loss Calculation in NAK Common Stock
(Account No. 4)                                                                                          Page 6 of 7

Prepared by Berger | Montague

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Jeremy Spears (E*Trade - Account No. 4) Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020** | | | | | | | | |
| **Trade Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purchase Cost (excl. fees & comms.)** | **No. Shares Sold** | **Price Per Share** | **Sale Proceeds (excl. fees & comms.)** | **Actual No. of Shares Held** |
| | | | | | 25,225 | $0.4046 | **$10,206** | |
| **CLASS PD. TOTALS:** | | **184,245** | | **$244,700** | **184,245** | | **$212,820** | |
| | | | | | | | | |
| | | **JEREMY SPEARS FIFO/LIFO NET LOSS:** | | | | | **($31,880)** | |
| **Footnotes:** | | | | | | | | |
| **[1]** J. Spears did not hold NAK pre-class period. | | | | | | | | |
| **[2]** Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosure(s) to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosure(s) if the shares were not sold in the 90-days after the end of the Class-Period. | | | | | | | | |
| **[3]** The average closing price from 11/25/2020 (the date of the corrective disclosure) through 1/29/2021 is $.4046. 25,225 shares were retained after the class-period by Mr. Spears. Pursuant to the PSLRA, 25,225 shares are valued at $.4046 | | | | | | | | |

Prepared by Berger | Montague

| Christopher Wu Total Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Securities During The Class Period: 12/21/2017 Through 11/25/2020 | |
|---|---:|
| Loss on NAK Common Stock: | ($22,401) |
| Loss on NAK Call Option (NAK 11/20/2020 EST Call $2.00): | ($221) |
| Loss on NAK Call Option (NAK 02/19/2021 Call $1.00): | ($481) |
| TOTAL CHRISTOPHER WU FIFO-LIFO LOSSES IN NAK SECURITIES (***): | ($23,103) |

Prepared by Berger | Montague

| Christopher Wu Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost | No. Shares Sold | Price Per Share | Sale Proceeds | Actual No. of Shares Held | |
| Preclass Period Holdings [1]: | | 0 | | | | | | 0 | |
| 09/01/20 | Buy | 600 | $1.1600 | $696 | | | | 600 | |
| 09/02/20 | Buy | 1,400 | $1.0600 | $1,484 | | | | 2,000 | |
| 09/03/20 | Buy | 300 | $0.9800 | $294 | | | | 2,300 | |
| 09/03/20 | Buy | 200 | $0.9800 | $196 | | | | 2,500 | |
| 09/03/20 | Buy | 400 | $0.9800 | $392 | | | | 2,900 | |
| 09/03/20 | Buy | 800 | $0.9800 | $784 | | | | 3,700 | |
| 09/03/20 | Buy | 200 | $0.9800 | $196 | | | | 3,900 | |
| 09/03/20 | Buy | 200 | $0.9800 | $196 | | | | 4,100 | |
| 09/03/20 | Buy | 1,200 | $0.9800 | $1,176 | | | | 5,300 | |
| 09/03/20 | Buy | 200 | $0.9800 | $196 | | | | 5,500 | |
| 09/03/20 | Buy | 1,802 | $1.0100 | $1,820 | | | | 7,302 | |
| 09/03/20 | Buy | 198 | $1.0100 | $200 | | | | 7,500 | |
| 09/08/20 | Buy | 3,250 | $0.9800 | $3,185 | | | | 10,750 | |
| 09/08/20 | Buy | 2,750 | $0.9900 | $2,723 | | | | 13,500 | |
| 09/23/20 | Buy | 6,177 | $1.0500 | $6,486 | | | | 19,677 | |
| 09/23/20 | Buy | 300 | $1.0500 | $315 | | | | 19,977 | |
| 09/23/20 | Buy | 200 | $1.0500 | $210 | | | | 20,177 | |
| 09/23/20 | Buy | 100 | $1.0500 | $105 | | | | 20,277 | |
| 09/23/20 | Buy | 100 | $1.0500 | $105 | | | | 20,377 | |
| 09/23/20 | Buy | 500 | $1.0500 | $525 | | | | 20,877 | |
| 09/23/20 | Buy | 21 | $1.0500 | $22 | | | | 20,898 | |
| 09/23/20 | Buy | 500 | $1.0500 | $525 | | | | 21,398 | |
| 09/23/20 | Buy | 400 | $1.0500 | $420 | | | | 21,798 | |

Prepared by Berger | Montague

| Christopher Wu Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost | No. Shares Sold | Price Per Share | Sale Proceeds | Actual No. of Shares Held | |
| 09/23/20 | Buy | 500 | $1.0500 | $525 | | | | 22,298 | |
| 09/23/20 | Buy | 100 | $1.0500 | $105 | | | | 22,398 | |
| 09/23/20 | Buy | 200 | $1.0500 | $210 | | | | 22,598 | |
| 09/23/20 | Buy | 100 | $1.0500 | $105 | | | | 22,698 | |
| 09/23/20 | Buy | 100 | $1.0500 | $105 | | | | 22,798 | |
| 09/23/20 | Buy | 100 | $1.0500 | $105 | | | | 22,898 | |
| 09/23/20 | Buy | 300 | $1.0500 | $315 | | | | 23,198 | |
| 09/23/20 | Buy | 200 | $1.0500 | $210 | | | | 23,398 | |
| 09/23/20 | Buy | 200 | $1.0500 | $210 | | | | 23,598 | |
| 09/23/20 | Buy | 500 | $1.0500 | $525 | | | | 24,098 | |
| 09/23/20 | Buy | 400 | $1.0500 | $420 | | | | 24,498 | |
| 09/23/20 | Buy | 456 | $1.0500 | $479 | | | | 24,954 | |
| 09/23/20 | Buy | 541 | $1.0500 | $568 | | | | 25,495 | |
| 09/23/20 | Buy | 100 | $1.0500 | $105 | | | | 25,595 | |
| 09/23/20 | Buy | 100 | $1.0500 | $105 | | | | 25,695 | |
| 09/23/20 | Buy | 100 | $1.0500 | $105 | | | | 25,795 | |
| 09/23/20 | Buy | 200 | $1.0500 | $210 | | | | 25,995 | |
| 09/23/20 | Buy | 205 | $1.0500 | $215 | | | | 26,200 | |
| 09/23/20 | Buy | 100 | $1.0500 | $105 | | | | 26,300 | |
| 09/23/20 | Buy | 300 | $1.0500 | $315 | | | | 26,600 | |
| 09/23/20 | Buy | 300 | $1.0500 | $315 | | | | 26,900 | |
| 09/23/20 | Buy | 200 | $1.0500 | $210 | | | | 27,100 | |
| 09/23/20 | Buy | 300 | $1.0500 | $315 | | | | 27,400 | |
| 09/23/20 | Buy | 100 | $1.0500 | $105 | | | | 27,500 | |
| 09/23/20 | Sell | | | | 13,500 | $1.0900 | $14,715 | 14,000 | |

C. Wu FIFO and LIFO Loss Calculation in NAK Common Stock

Prepared by Berger | Montague

| | Christopher Wu Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost | No. Shares Sold | Price Per Share | Sale Proceeds | Actual No. of Shares Held | |
| 09/29/20 | Buy | 1,000 | $0.9900 | $990 | | | | 15,000 | |
| 10/13/20 | Buy | 2,500 | $1.1900 | $2,975 | | | | 17,500 | |
| 10/15/20 | Buy | 7,500 | $1.0800 | $8,100 | | | | 25,000 | |
| 10/22/20 | Buy | 2,500 | $1.0200 | $2,550 | | | | 27,500 | |
| 10/28/20 | Buy | 2,500 | $0.8945 | $2,236 | | | | 30,000 | |
| 11/04/20 | Buy | 7,500 | $0.7820 | $5,865 | | | | 37,500 | |
| 11/06/20 | Buy | 2,500 | $0.7699 | $1,925 | | | | 40,000 | |
| 11/25/20 | Sell | | | | 10,000 | $0.3994 | $3,994 | 30,000 | |
| 11/25/20 | Sell | | | | 17,500 | $0.3947 | $6,907 | 12,500 | |
| Class Period Totals: | | 53,500 | | $52,879 | 41,000 | | $25,616 | | |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | $0 | | |
| Subtotal of Sales of Shrs. Purch. in Class Period: | | | | | 41,000 | | $25,616 | | |
| | | | | | | | | | |
| Total Held 11/25/20: | | 12,500 | | | | | | | |
| | | | | | | | | | |
| CLASS PD. RETAINED: | | 12,500 | (No. of Shrs. Purch. in the CP & Still held on 11/25/20) | | | | | | |

| Post Class-Period Transactions: | | No. Shares Bought | Price Per Share | Purchase Cost | No. Shares Sold | Actual Sale Price [2] | Avg. Closing Price from 11/25/20 (the Date of Disclosure) to Day of Sale [2] | Sale Proceeds | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|
| 11/27/20 | Sell | | | | 12,500 | $0.3751 | $0.3889 | $4,861.25 | 0 |
| Subtotal of Post-Class Period Trades: | | 0 | | $0.00 | 12,500 | | | $4,861.25 | |

C. Wu FIFO and LIFO Loss Calculation in NAK Common Stock

Prepared by Berger | Montague

| **Christopher Wu Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Common Stock During The Class Period: 12/21/2017 Through 11/25/2020** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | No. Shares Bought | Price Per Share | Purchase Cost | No. Shares Sold | Price Per Share | Sale Proceeds | Actual No. of Shares Held | |
| Exclude post Class Buys & Sales Matched to Post-Class Period Buys: | | 0 | | $0.00 | 0 | | | $0.00 | |
| Net Post Class Pd Transactions Impacting Class Pd. Losses: | | 0 | | $0.00 | 12,500 | | | $4,861.25 | |
| CLASS PD. TOTALS: | | 53,500 | | $52,879 | 53,500 | | $30,478 | | |
| | | | | | | | | | |
| **Christopher Wu FIFO/LIFO NET LOSS:** | | | | | | | **($22,401)** | | |
| **Footnotes:** | | | | | | | | | |
| [1] Mr. Wu did not hold any NAK common stock pre-class period. | | | | | | | | | |
| [2] Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosure(s) to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosure(s) if the shares were not sold in the 90-days after the end of the Class-Period. The average closing price from the day of the corrective disclosure (11/25/2020) to the date of sale (11/27/2020) is higher than the actual sale price (on 11/27/2020) and, therefore, the 12,500 share sell transaction on 11/27/2020 will be valued at $.3889. | | | | | | | | | |

Prepared by Berger | Montague

| | | | | | | | | | | | | Actual No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Trans. Type | Option Type | No. of Contracts Bought | Number of Underlying Option Shs. Bought [2] | Price Per Share | Purchase Cost | No. of Contracts Sold | Number of Underlying Option Shs. Sold or Expired [2] | Price Per Share | Sale Proceeds | Actual No. of Contracts Held | of Underlying Option Shs. Held |

**Christopher Wu Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Call Options (NAK 11/20/2020 Call $2.00) During The Class Period: 12/21/2017 Through 11/25/2020**

| Trade Date | Trans. Type | Option Type | No. of Contracts Bought | Number of Underlying Option Shs. Bought [2] | Price Per Share | Purchase Cost | No. of Contracts Sold | Number of Underlying Option Shs. Sold or Expired [2] | Price Per Share | Sale Proceeds | Actual No. of Contracts Held | Actual No. of Underlying Option Shs. Held |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Preclass Period Holdings [1]:** | | | **0** | | | | | | | | **0** | **0** |
| 10/14/20 | Buy | NAK 11/20/2020 Call $2.00 **[3]** | 17 | 1,700 | $0.1300 | $221 | | | | | 17 | 1,700 |
| 11/20/20 | Expired | NAK 11/20/2020 Call $2.00 **[3]** | | | | | 17 | 1,700 | $0.0000 | $0 | 0 | 0 |
| **Class Period Sub-Totals:** | | | **17** | **1,700** | | **$221** | **17** | **1,700** | | **$0** | | |
| **CLASS PD. RETAINED** | | | **0** | (No. of Call Option Contracts Purch. in the CP & Still held on 11/25/20) | | | | | | | | |
| Retained Call Option Shrs./Contracts Valued at Average Closing Price from 11/25/2020 to 1/29/2021 [4]: | | | | | | | | | | | | |
| | | | | | | | 0 | 0 | $0.0000 | $0 | | |
| **CLASS PD. TOTALS [3] [4]:** | | | **17** | **1,700** | | **$221** | **17** | **1,700** | | **$0** | | |
| | | | | | | | | | | | | |
| | | | **Christopher Wu FIFO/LIFO NET LOSS ON OPTION:** | | | | | | | **($221)** | | |
| **Footnotes:** | | | | | | | | | | | | |
| [1] Mr. Wu did not hold NAK 11/20/2020 Call $2.00 Options pre-class period. | | | | | | | | | | | | |
| [2] Underlying Option Shares = No. of Calls (contracts) x 100. | | | | | | | | | | | | |

Prepared by Berger | Montague

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Christopher Wu Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Call Options** <br> **(NAK 11/20/2020 Call $2.00) During The Class Period: 12/21/2017 Through 11/25/2020** | | | | | | | | | | | | | |
| **Trade Date** | **Trans. Type** | **Option Type** | **No. of Contracts Bought** | **Number of Underlying Option Shs. Bought [2]** | **Price Per Share** | **Purchase Cost** | **No. of Contracts Sold** | **Number of Underlying Option Shs. Sold or Expired [2]** | **Price Per Share** | **Sale Proceeds** | **Actual No. of Contracts Held** | **Actual No. of Underlying Option Shs. Held** | |
| **[3]** Mr. Wu's purchase of 17 NAK 11/20/2020 $2.00 Call Option Contracts on 10/14/2020 expired on 11/20/20 at a loss of $221.00. | | | | | | | | | | | | | |
| **[4]** Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosure(s) to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosure(s) if the shares were not sold in the 90-days after the end of the Class-Period. Here, the Call Option in question (NAK 11/20/2020 Call $2.00) was not retained after the class period, as it expired. | | | | | | | | | | | | | |

Prepared by Berger | Montague

### Christopher Wu Losses From Trading In Northern Dynasty Minerals, LTD. ("NAK") Call Options (NAK 02/19/2021 Call $1.00) During The Class Period: 12/21/2017 Through 11/25/2020

| Trade Date | Trans. Type | Option Type | No. of Contracts Bought | Number of Underlying Option Shs. Bought [2] | Price Per Share | Purchase Cost | No. of Contracts Sold | Number of Underlying Option Shs. Sold [2] | Price Per Share | Sale Proceeds | Actual No. of Contracts Held | Actual No. of Underlying Option Shs. Held |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Preclass Period Holdings [1]: | | | 0 | | | | | | | | 0 | 0 |
| 10/12/20 | Buy | NAK 02/19/2021 Call $1.00 | 8 | 800 | $0.65 | $520 | | | | | 8 | 800 |
| **Class Period Sub-Totals:** | | | **8** | **800** | | **$520** | **0** | | | **$0** | | |
| | | | | | | | | | | | | |
| **CLASS PD. RETAINED** | | | **8** | (No. of Call Option Contracts Purch. in the CP & Still held on 11/25/20) | | | | | | | | |
| Retained Call Option Shs./Contracts Valued at Average Closing Price from 11/25/2020 to 1/29/2021 [3] [4]: | | | | | | | | | | | | |
| | | | | | | | 8 | 800 | $0.0488 | $39.0400 | | |
| **CLASS PD. TOTALS:** | | | **8** | **800** | | **$520** | **8** | **800** | | **$39** | | |
| | | | | | | | | | | | | |
| | | | | **Christopher Wu FIFO/LIFO NET LOSS ON OPTION:** | | | | | | **($481)** | | |

**Footnotes:**

[1] Mr. Wu did not hold NAK 02/19/2021 Call $1.00 Options pre-class period.

[2] Underlying Option Shares = No. of Calls (contracts) x 100.

[3] Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosure(s) to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosure(s) if the shares were not sold in the 90-days after the end of the Class-Period.

[4] The average closing price from 11/25/2020 through 1/29/2021 is $.0488. 800 underlying options shares were retained after the class-period by Mr. Wu. Pursuant to the PSLRA, 800 underlying options shares are valued at $.0488.