# EXHIBIT D

CALCATERRA POLLACK LLP
Regina Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Andrew Abramowitz
Donnell Much
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        aabramowitz@bm.net
        dmuch@bm.net

*Attorneys for Proposed Lead Plaintiff*
*Antonio Sierra Hernandez, Jeremy Spears,*
*And Christopher Wu*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL DARISH, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:20-cv-05917-ENV-RLM |
| v. | |
| NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER, | |
| Defendants. | |

| | |
|---|---|
| CHARLES HYMOWITZ, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER,<br><br>                              Defendants. | Case No. 1:20-cv-06126-PKC-RLM |

### DECLARATION OF MOVANTS ANTONIO SIERRA HERNANDEZ, JEREMY SPEARS, AND CHRISTOPHER WU IN SUPPORT OF THEIR MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

We, Antonio Sierra Hernandez, Jeremy Spears, and Christopher Wu (collectively, "Movants"), declare as follows:

1.      Antonio Sierra Hernandez is a resident of Barcelona, Spain. Jeremy Spears is a resident of Maryville, Tennessee. Christopher Wu is a resident of Panama City Beach, Florida. We submit this joint declaration in support of the motion filed on our behalf for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Movants as Lead Plaintiff; (iii) approving Movants' selection of Berger Montague PC ("Berger Montague") as Lead Counsel and Calcaterra Pollack LLP ("Calcaterra Pollack") as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper (the "Motion"). We have personal knowledge of the information contained herein and, if called to testify, can and will competently testify that it is true and correct.

2.      We are jointly seeking appointment as Lead Plaintiff in this matter. We have retained the law firm of Berger Montague PC to represent us in connection with claims arising

2

from an alleged fraud by Northern Dynasty Minerals Ltd. ("Northern Dynasty"), its executive officers, and potentially others.

3.    In advance of filing this Motion, we each engaged in extensive communications with our counsel at Berger Montague via email and telephone, as well as joint email communications among the three of us and our counsel and a joint telephonic discussion. Those communications addressed, among other things, the lead plaintiff appointment process, the obligations of a lead plaintiff, issues related to the class nature of the action, the claims and likely defenses of the parties, the losses we suffered in our Northern Dynasty investment, the schedule for the litigation, counsel's experience, and a strategy for maximizing a recovery in an efficient, non-duplicative manner.

4.    We also discussed whether we should jointly move for appointment as Lead Plaintiff in this action. We discussed our role and responsibilities as the Lead Plaintiff and asked questions of our counsel regarding the case, its prosecution, and possible resolution. We devised and agreed upon mechanisms to coordinate and collaborate through regular communication and periodic reporting, development of strategy, decision-making, and oversight and stewardship of the litigation and counsel. For example, we have agreed to have at least quarterly calls or videoconferences with counsel to discuss the status of the litigation and ensure its proper prosecution. We will have additional communications as events and circumstances in the litigation may warrant.

5.    We decided that given our losses, and our respective backgrounds and experiences, we can fairly and adequately protect the interests of the Class together and should jointly seek appointment as Lead Plaintiff.

6.    We believe that the Court should appoint us as the Lead Plaintiff because we are

sophisticated investors with a significant interest in the outcome of the litigation, and we have the capability, competence, and resources to oversee this litigation to a successful conclusion. In sum, we have discussed and agreed upon a robust framework to supervise and direct the litigation if appointed as Lead Plaintiff.

7.    We understand that one of our primary responsibilities will be overseeing Lead Counsel to ensure that the litigation is efficiently prosecuted, and that any attorneys' fees and expenses to be borne by the Class are fair and reasonable, relative to the size, complexity, and risk of the litigation.

8.    We also understand that each of us could have chosen to pursue individual actions, made a motion for appointment as Lead Plaintiff individually, or taken no action and remained absent class members. However, based on our respective financial losses and desire to actively oversee this litigation and maximize the recovery on behalf of the Class, we affirmatively decided that it would benefit ourselves and the Class if we sought appointment as Lead Plaintiff together.

9.    We are informed of and understand the requirements and responsibilities of a lead plaintiff in a securities class action. We are committed to the zealous prosecution of this case and will remain actively involved in it, including through attendance at deposition and trial, if necessary, and I will fulfill my obligations as Lead Plaintiff in a way that avoids duplication wherever possible. We also understand that, as Lead Plaintiff, we are subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

10.    We further understand that as Lead Plaintiff, we owe a fiduciary duty to all members of the putative Class to provide fair and adequate representation and to work with Lead Counsel to obtain the best possible recovery for the Class consistent with good faith and vigorous advocacy.  We have selected Berger Montague to serve as Lead Counsel in this action, subject to

4

the Court's approval, based upon the experience and resources of the firm and its lawyers, and we are confident in our ability to work with our counsel to protect the interest of the Class.

11.    As Lead Plaintiff, we shall be responsible for directing the activities of our counsel for the duration of the litigation, who shall:

a.  Determine and present the position of Lead Plaintiff on all matters that may arise during litigation of the action;

b.  Coordinate the initiation of and conduct discovery on behalf of Lead Plaintiff, including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

c.  Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

d.  Retain expert consultants and witnesses;

e.  Make periodic status reports to the Lead Plaintiff;

f.  Maintain adequate time and disbursement records covering services as Lead Counsel;

g.  Conduct settlement negotiations on behalf of Lead Plaintiff and the Class; and

h.  Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

12.    We each individually fully understand and appreciate are duties and obligations to the Class, and we are committed to working together as a cohesive group and with our counsel at Berger Montague to secure the best recovery possible for the Class.

We declare, under penalty of perjury of the laws of the United States, that the foregoing is true and correct to the best of our knowledge.

Executed this 2nd day of February, 2021.    _____
                                            *Antonio Sierra Hernández*
                                            DocuSigned by:
                                            888C3A6446E645E...
                                            Antonio Sierra Hernandez

Executed this 2nd day of February, 2021.    _____
                                            Jeremy Spears

5

the Court's approval, based upon the experience and resources of the firm and its lawyers, and we are confident in our ability to work with our counsel to protect the interest of the Class.

11.    As Lead Plaintiff, we shall be responsible for directing the activities of our counsel for the duration of the litigation, who shall:

    a.  Determine and present the position of Lead Plaintiff on all matters that may arise during litigation of the action;

    b.  Coordinate the initiation of and conduct discovery on behalf of Lead Plaintiff, including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

    c.  Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

    d.  Retain expert consultants and witnesses;

    e.  Make periodic status reports to the Lead Plaintiff;

    f.  Maintain adequate time and disbursement records covering services as Lead Counsel;

    g.  Conduct settlement negotiations on behalf of Lead Plaintiff and the Class; and

    h.  Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

12.    We each individually fully understand and appreciate are duties and obligations to the Class, and we are committed to working together as a cohesive group and with our counsel at Berger Montague to secure the best recovery possible for the Class.

We declare, under penalty of perjury of the laws of the United States, that the foregoing is true and correct to the best of our knowledge.

Executed this 2nd day of February, 2021.    _____
                                      Antonio Sierra Hernandez

Executed this 2nd day of February, 2021.    _____
                                      Jeremy Spears

5

Executed this 2nd day of February, 2021.

DocuSigned by:

_____
15425C2C6AC240D...

Christopher Wu

6