UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL DARISH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER, <br><br> Defendants. | Case No. 1:20-cv-05917-ENV-RLM <br><br> **NOTICE OF MOTION AND MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT WILLIAM HACKNEY AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| CHARLES HYMOWITZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER, <br><br> Defendants. | Case No. 1:20-cv-06126-PKC-RLM |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Lead Plaintiff provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), class member William Hackney ("Mr. Hackney" or "Movant") hereby moves the Honorable Judge Eric N. Vitaliano and Magistrate Judge Roanne L. Mann, United States District Court for the Eastern District of New York, for entry of an Order: (1) consolidating the above-captioned actions (the "Related

- 1 -

Actions"); (2) appointing Mr. Hackney as Lead Plaintiff in this action against Northern Dynasty Minerals Ltd. ("Northern Dynasty" or the "Company"), and certain Northern Dynasty senior officers (referred to collectively as "Defendants"), (3) approving Mr. Hackney's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel in this action, and (4) granting such other and further relief as the Court may deem just and proper.[1]

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Lucas E. Gilmore in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.

Mr. Hackney makes this motion on the belief that Mr. Hackney is the most "adequate plaintiff" as defined in the PSLRA because:

1.      The actions involve common questions of law and fact;

2.      Mr. Hackney has the largest known financial interest in the relief sought by the Class. Mr. Hackney has incurred substantial losses as a result of his purchase and/or acquisition of shares of Northern Dynasty securities; and

3.      Mr. Hackney satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23.

---

[1] Movant has read and reviewed the Individual Motion Practice and Rules of Judge Eric N. Vitaliano, including those rules pertaining to Pre-Motion Conferences, Motion Scheduling, and "Bundling" of motion papers.  Pursuant to the PSLRA, however, if any class member desires to be appointed lead plaintiff, the class member must file a motion within a certain period of time. U.S.C. § 78u-4(a)(3).  Thus, Movant is presently unaware of the other entities or persons who plan to move for appointment as lead plaintiff and will not know their identities until after all the movants have filed their respective motions.  Under these circumstances, Movant respectfully requests that the Court waive any pre-motion conference, motion scheduling and bundling requirement.

010981-11/1430643 V1

WHEREFORE, Mr. Hackney respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint Mr. Hackney as the Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (3) approve Mr. Hackney's selection of Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED: February 2, 2021

Respectfully Submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By    */s/ Nathaniel A. Tarnor*
      NATHANIEL A. TARNOR

322 8th Avenue, Suite 802
New York, NY 10001
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
nathant@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff*

010981-11/1430643 V1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR

- 4 -

010981-11/1430643 V1