**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL DARISH, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, AND TOM COLLIER,<br><br>        Defendants. | **CASE No.: 1:20-cv-05917-ENV-RLM**<br><br>**NOTICE OF MOTION AND MOTION OF DARYL WHITMORE TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>**CLASS ACTION**</u> |
| CHARLES HYMOWITZ, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER,<br><br>        Defendants. | **CASE No.: 1:20-cv-06126-PKC-RLM**<br><br><u>**CLASS ACTION**</u> |

    **PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act

of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act

1

of 1995 (the "PSLRA"), movant Daryl Whitmore ("Movant") hereby moves this Court, the Honorable Eric N. Vitaliano, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

        (a)     consolidating the related actions;

        (b)     appointing Movant to serve as Lead Plaintiff in this action; and

        (c)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated February 2, 2021 (and exhibits); and (ii) a [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel.

Dated: February 2, 2021           Respectfully submitted,

                         **THE ROSEN LAW FIRM, P.A.**

                         /s/ Phillip Kim
                         Phillip Kim, Esq. (PK 9384)
                         Laurence M. Rosen, Esq. (LR 5733)
                         275 Madison Avenue, 40th Floor
                         New York, New York 10016
                         Telephone: (212) 686-1060
                         Fax: (212) 202-3827
                         Email: pkim@rosenlegal.com
                         Email: lrosen@rosenlegal.com

                         *[Proposed] Lead Counsel for Movant and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim