# Exhibit B

**Loss Analysis for William Hackney - Northern Dynasty Minerals Ltd. (NAK)**
**Class Period 12/21/17 - 11/25/20**

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 07/21/20 | 30,000 | $2.2700 | $68,100.00 | | | | | |
| Purchases | 07/27/20 | 20,000 | $1.7400 | $34,800.00 | | | | | |
| | 08/05/20 | 20,000 | $1.4400 | $28,800.00 | | | | | |
| | 08/24/20 | 15,000 | $0.6600 | $9,900.00 | | | | | |
| | 08/24/20 | 15,000 | $0.6600 | $9,900.00 | | | | | |
| | 09/17/20 | 100,000 | $1.0900 | $109,000.00 | | | | | |
| | 11/04/20 | 30,000 | $0.8200 | $24,600.00 | | | | | |
| Post Class | | | | | Post Class | 12/15/20 | 500 | $0.3203 | $160.15 |
| Purchases | | | | | Sales | 12/15/20 | 100 | $0.3205 | $32.05 |
| | | | | | | 12/15/20 | 100 | $0.3207 | $32.07 |
| | | | | | | 12/15/20 | 182,074 | $0.3200 | $58,263.68 |
| | | | | | | 12/15/20 | 5,800 | $0.3209 | $1,861.22 |
| | | | | | | 12/15/20 | 4,500 | $0.3208 | $1,443.60 |
| | | | | | | 12/15/20 | 560 | $0.3202 | $179.31 |
| | | | | | | 12/15/20 | 6,366 | $0.3201 | $2,037.76 |
| | | | | | | *12/16/2020 | 30,000 | $0.3500 | $10,500.00 |

* On 12/16/20 movant actually sold 49,600 shares at $0.3117.  However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of NAK between 11/27/20 and 12/16/20, $0.35.

| | | | |
|---|---|---|---|
| **Total Shares Acquired in CP** 230,000 | **Total Amt. Paid in CP** $285,100.00 | **Total Shares Sold in CP** 0 | **Total Amt. Sold in CP** $0.00 |
| | | **Post CP Shares Sold** 230,000 | **Post CP Amount Sold** $74,509.84 |
| | | **Total Shares Sold to Current** 230,000 | **Total Amt. Sold to Current** $74,509.84 **ALTERNATIVE** |

**Actual Net Shares Acquired in CP** 230,000 **(CP Retained Shares)**

**Net Amount Paid  in CP** $285,100.00
**Net Amount Paid in CP Minus Sold to Current Date** $210,590.16 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)** 230,000 **Automatically 0 if Negative**
**Net  Shares Acquired During Class Period Held to Current Date** 0 **Automatically 0 if Negative (ALTERNATIVE)**

**90-Day Mean Share Price after last Day of CP** $0.42

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $95,916.13
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $0.00 **ALTERNATIVE**
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $285,100.00 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $189,183.87
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $210,590.16 **ALTERNATIVE**