# Exhibit 2

# CERTIFICATION

Daryl Whitmore ("Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Northern Dynasty Minerals Ltd. ("NAK") and its current and/or former officers.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against NAK and retained The Rosen Law Firm, P.A. and authorizes it to file a Lead Plaintiff motion on his behalf.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in NAK securities during the Class Period set forth in the complaint. Plaintiff has made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth here:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond his pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___2/1/2021_____

DocuSigned by:

*Daryl Whitmore*
8D966C00898C4F4...
Daryl Whitmore

## SCHEDULE A

### DARYL WHITMORE
CLASS PERIOD TRANSACTIONS

**Account 1:**

| | PURCHASES | | | SALES | |
|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE** | **DATE** | **SHARES** | **PRICE** |
| 1/13/2020 | 3,213 | ($0.4147) | 2/3/2020 | 19,971 | $0.4256 |
| 1/13/2020 | 70,887 | ($0.4090) | 2/3/2020 | 7,600 | $0.4256 |
| 1/17/2020 | 100 | ($0.4090) | 2/3/2020 | 615 | $0.4298 |
| 1/17/2020 | 20 | ($0.4090) | 2/3/2020 | 11,600 | $0.4259 |
| 1/17/2020 | 26,887 | ($0.4050) | 2/3/2020 | 1,200 | $0.4261 |
| 1/21/2020 | 67 | ($0.4050) | 2/3/2020 | 4 | $0.4237 |
| 1/31/2020 | 3,600 | ($0.4367) | 2/3/2020 | 20 | $0.4237 |
| 1/31/2020 | 1,770 | ($0.4420) | 2/3/2020 | 2 | $0.4237 |
| 1/31/2020 | 6,000 | ($0.4420) | 2/3/2020 | 1 | $0.4237 |
| 1/31/2020 | 200 | ($0.4420) | 2/3/2020 | 2,342 | $0.4237 |
| 1/31/2020 | 52,863 | ($0.4402) | 2/3/2020 | 21,003 | $0.4237 |
| 1/31/2020 | 38,235 | ($0.4402) | 2/3/2020 | 15,410 | $0.4237 |
| 2/13/2020 | 6,000 | ($0.5730) | 2/3/2020 | 21,406 | $0.4237 |
| 2/14/2020 | 1,842 | ($0.5800) | 3/6/2020 | 13,856 | $0.5290 |
| 2/20/2020 | 3 | ($0.6365) | 3/6/2020 | 300 | $0.5296 |
| 2/21/2020 | 4,506 | ($0.6440) | 3/6/2020 | 14,249 | $0.5300 |
| 2/21/2020 | 1,000 | ($0.6339) | 3/6/2020 | 2,601 | $0.5337 |
| 2/21/2020 | 212 | ($0.6336) | 3/6/2020 | 17,194 | $0.5351 |
| 2/21/2020 | 23,300 | ($0.6340) | 3/6/2020 | 900 | $0.5351 |
| 2/21/2020 | 100 | ($0.6336) | 3/6/2020 | 900 | $0.5351 |
| 2/21/2020 | 200 | ($0.6354) | 3/6/2020 | 30,365 | $0.5351 |
| 2/21/2020 | 400 | ($0.6398) | 3/6/2020 | 1,300 | $0.5352 |
| 2/21/2020 | 18160 | ($0.6400) | 3/6/2020 | 104 | $0.5352 |
| 2/24/2020 | 7,157 | ($0.6560) | 3/6/2020 | 18,150 | $0.5352 |
| 2/24/2020 | 100 | ($0.6560) | 3/6/2020 | 81 | $0.5360 |
| 2/24/2020 | 100 | ($0.6569) | 3/6/2020 | 30,695 | $0.5428 |
| 2/24/2020 | 1,699 | ($0.6569) | 3/6/2020 | 15 | $0.5470 |
| 2/24/2020 | 100 | ($0.6569) | 3/6/2020 | 1600 | $0.5474 |
| 2/24/2020 | 101 | ($0.6569) | 3/6/2020 | 17690 | $0.5500 |
| 2/24/2020 | 100 | ($0.6569) | 3/6/2020 | 22000 | $0.5500 |
| 2/24/2020 | 100 | ($0.6569) | 3/6/2020 | 13418 | $0.5505 |
| 2/24/2020 | 929 | ($0.6940) | 3/6/2020 | 1765 | $0.5500 |

1

DocuSign Envelope ID: 37851759-A254-4996-BD93-69D0D25B93DA

| Date | Quantity | Price | | Date | Quantity | Price |
|---|---|---|---|---|---|---|
| 2/24/2020 | 1,328 | ($0.6980) | | 3/6/2020 | 2,500 | $0.5507 |
| 2/24/2020 | 100 | ($0.6980) | | 3/6/2020 | 4,000 | $0.5515 |
| 2/24/2020 | 1,219 | ($0.6980) | | 3/6/2020 | 1,792 | $0.5516 |
| 2/24/2020 | 35,283 | ($0.6980) | | 3/6/2020 | 125 | $0.5520 |
| 2/24/2020 | 7,400 | ($0.6980) | | 3/6/2020 | 4,400 | $0.5525 |
| 2/24/2020 | 14,600 | ($0.6981) | | 3/6/2020 | 24,046 | $0.5601 |
| 2/24/2020 | 600 | ($0.6978) | | 3/6/2020 | 1 | $0.5660 |
| 2/24/2020 | 22,140 | ($0.6977) | | 3/6/2020 | 3 | $0.5660 |
| 3/2/2020 | 1,999 | ($0.5700) | | 3/6/2020 | 2,250 | $0.5660 |
| 3/2/2020 | 6,784 | ($0.5700) | | 3/6/2020 | 31,300 | $0.5682 |
| 5/28/2020 | 3 | ($0.9400) | | 3/6/2020 | 2,700 | $0.5682 |
| 6/1/2020 | 4 | ($1.2800) | | 7/9/2020 | 100 | $1.7550 |
| 7/7/2020 | 47,601 | ($1.8900) | | 7/9/2020 | 42854 | $1.7500 |
| 7/7/2020 | 8,800 | ($1.8900) | | 7/9/2020 | 13454 | $1.7600 |
| 7/23/2020 | 850 | ($2.1300) | | 7/31/2020 | 3,348 | $1.6300 |
| 7/23/2020 | 92270 | ($2.1700) | | 7/31/2020 | 67,000 | $1.6200 |
| 7/23/2020 | 730 | ($2.1700) | | 7/31/2020 | 3,000 | $1.6300 |
| 7/24/2020 | 532 | ($2.0366) | | 7/31/2020 | 25,000 | $1.6300 |
| 7/24/2020 | 94866 | ($2.0300) | | 9/16/2020 | 12,400 | $0.9800 |
| 7/24/2020 | 9100 | ($2.0250) | | 9/16/2020 | 200 | $0.9803 |
| 8/17/2020 | 11 | ($1.5300) | | 9/16/2020 | 162 | $0.9814 |
| 8/17/2020 | 5 | ($1.5300) | | 9/16/2020 | 700 | $0.9801 |
| 8/24/2020 | 3,386 | ($0.7900) | | 9/16/2020 | 200 | $0.9803 |
| 8/24/2020 | 89,175 | ($0.6600) | | 9/16/2020 | 500 | $0.9814 |
| 8/24/2020 | 25,000 | ($0.8900) | | 9/16/2020 | 1,100 | $0.9802 |
| 8/24/2020 | 21,370 | ($0.9500) | | 9/16/2020 | 2,295 | $0.9804 |
| 8/24/2020 | 1,600 | ($0.9500) | | 9/23/2020 | 25,000 | $1.0203 |
| 8/24/2020 | 2,030 | ($0.9500) | | 9/23/2020 | 15,009 | $1.0101 |
| 8/24/2020 | 16,339 | ($0.9800) | | 9/23/2020 | 9,991 | $1.0100 |
| 8/24/2020 | 8,661 | ($0.9800) | | 9/23/2020 | 1,415 | $1.0100 |
| 10/5/2020 | 7 | ($1.0850) | | 9/23/2020 | 55 | $1.0300 |
| 10/5/2020 | 61,225 | ($1.0900) | | 9/23/2020 | 597 | $1.0300 |
| 10/5/2020 | 11,492 | ($1.0895) | | 9/23/2020 | 3,427 | $1.0300 |
| 10/5/2020 | 2,900 | ($1.0899) | | 9/23/2020 | 345 | $1.0300 |
| 10/5/2020 | 5,216 | ($1.0900) | | 9/23/2020 | 1,074 | $1.0300 |
| 10/5/2020 | 800 | ($1.0890) | | 9/23/2020 | 239 | $1.0300 |
| 10/5/2020 | 59,931 | ($1.0890) | | 9/23/2020 | 17,868 | $1.0300 |
| 10/5/2020 | 2,400 | ($1.0850) | | 9/23/2020 | 14,310 | $1.0400 |
| 10/5/2020 | 23,000 | ($1.0895) | | 9/23/2020 | 200 | $1.0450 |
| 10/5/2020 | 157 | ($1.0800) | | 9/23/2020 | 10,490 | $1.0400 |
| 10/5/2020 | 4,051 | ($1.0800) | | 9/25/2020 | 38,793 | $0.9851 |
| 10/5/2020 | 300 | ($1.0800) | | 9/25/2020 | 12,930 | $0.9850 |
| 10/19/2020 | 5,658 | ($1.0159) | | 9/25/2020 | 881 | $0.9880 |

2

| Date | Quantity | Price | Date | Quantity | Price |
|---|---|---|---|---|---|
| 10/19/2020 | 10,757 | ($1.0100) | 9/25/2020 | 850 | $0.9880 |
| 10/19/2020 | 2,391 | ($1.0100) | 9/25/2020 | 2,527 | $0.9880 |
| 10/19/2020 | 94 | ($1.0100) | 9/25/2020 | 10 | $0.9880 |
| 10/19/2020 | 600 | ($1.0100) | 9/25/2020 | 2,009 | $0.9880 |
| 10/19/2020 | 115 | ($1.0100) | 9/25/2020 | 32,000 | $0.9700 |
| 10/19/2020 | 385 | ($1.0100) | 9/25/2020 | 23,054 | $0.9700 |
| 10/19/2020 | 12,143 | ($1.0111) | 9/25/2020 | 1,069 | $0.9711 |
| 10/19/2020 | 22,567 | ($1.0101) | 9/25/2020 | 23,177 | $0.9700 |
| 10/19/2020 | 8,996 | ($1.0100) | 9/25/2020 | 12,700 | $0.9800 |
| 10/19/2020 | 3,000 | ($1.0100) | 11/16/2020 | 9,501 | $0.8520 |
| 10/19/2020 | 990 | ($1.0100) | 11/16/2020 | 10,000 | $0.8520 |
| 10/19/2020 | 4 | ($1.0100) | 11/16/2020 | 5,000 | $0.8520 |
| 10/19/2020 | 12,445 | ($1.0200) | 11/16/2020 | 499 | $0.8520 |
| 10/19/2020 | 2,365 | ($1.0100) | 11/16/2020 | 500 | $0.8420 |
| 10/19/2020 | 1,000 | ($1.0100) | 11/16/2020 | 1,000 | $0.8420 |
| 10/19/2020 | 240 | ($1.0100) | 11/16/2020 | 500 | $0.8420 |
| 10/19/2020 | 1,000 | ($1.0100) | 11/16/2020 | 9,951 | $0.8420 |
| 10/19/2020 | 700 | ($1.0100) | 11/16/2020 | 2,500 | $0.8420 |
| 10/19/2020 | 1,044 | ($1.0100) | 11/16/2020 | 500 | $0.8420 |
| 10/19/2020 | 1,000 | ($1.0100) | 11/16/2020 | 100 | $0.8420 |
| 10/19/2020 | 1,000 | ($1.0100) | 11/16/2020 | 100 | $0.8420 |
| 10/19/2020 | 600 | ($1.0110) | 11/16/2020 | 300 | $0.8420 |
| 10/19/2020 | 585 | ($1.0110) | 11/16/2020 | 1,700 | $0.8430 |
| 10/19/2020 | 200 | ($1.0150) | 11/16/2020 | 25 | $0.8430 |
| 10/19/2020 | 1,600 | ($1.0200) | 11/16/2020 | 1,000 | $0.8430 |
| 10/20/2020 | 17,090 | ($1.0100) | 11/16/2020 | 2,000 | $0.8430 |
| 10/20/2020 | 25 | ($1.0100) | 11/16/2020 | 50 | $0.8430 |
| 10/20/2020 | 1,000 | ($1.0100) | 11/16/2020 | 2,000 | $0.8430 |
| 10/20/2020 | 300 | ($1.0100) | 11/16/2020 | 500 | $0.8430 |
| 10/20/2020 | 300 | ($1.0100) | 11/16/2020 | 4 | $0.8450 |
| 10/20/2020 | 4,700 | ($1.0100) | 11/16/2020 | 2,394 | $0.8460 |
| 10/20/2020 | 300 | ($1.0100) | 11/16/2020 | 22,605 | $0.8460 |
| 10/20/2020 | 300 | ($1.0100) | 11/16/2020 | 1 | $0.8460 |
| 10/20/2020 | 300 | ($1.0100) | 11/16/2020 | 1 | $0.8470 |
| 10/20/2020 | 2,242 | ($1.0100) | 11/16/2020 | 15,000 | $0.8470 |
| 10/20/2020 | 7,758 | ($1.0100) | 11/16/2020 | 800 | $0.8470 |
| 10/20/2020 | 2,000 | ($1.0100) | 11/16/2020 | 100 | $0.8490 |
| 10/20/2020 | 1,000 | ($1.0100) | 11/16/2020 | 100 | $0.8490 |
| 10/20/2020 | 300 | ($1.0100) | 11/16/2020 | 10 | $0.8560 |
| 10/20/2020 | 2,185 | ($1.0100) | 11/16/2020 | 584 | $0.8560 |
| 10/20/2020 | 100 | ($1.0110) | 11/16/2020 | 78 | $0.8560 |
| 10/20/2020 | 100 | ($1.0110) | 11/16/2020 | 10 | $0.8670 |
| 10/20/2020 | 4,269 | ($1.0100) | 11/16/2020 | 300 | $0.8670 |

3

| | | | | | |
|---|---|---|---|---|---|
| 10/20/2020 | 10,000 | ($1.0100) | 11/16/2020 | 56 | $0.8500 |
| 10/20/2020 | 1,200 | ($1.0100) | 11/16/2020 | 2,900 | $0.8500 |
| 10/20/2020 | 1,000 | ($1.0100) | 11/16/2020 | 6,100 | $0.8500 |
| 10/20/2020 | 10,000 | ($1.0100) | 11/16/2020 | 500 | $0.8500 |
| 10/20/2020 | 705 | ($1.0100) | 11/16/2020 | 500 | $0.8500 |
| 10/20/2020 | 500 | ($1.0200) | 11/16/2020 | 300 | $0.8500 |
| 10/20/2020 | 25 | ($1.0200) | 11/16/2020 | 5 | $0.8500 |
| 10/20/2020 | 600 | ($1.0200) | 11/16/2020 | 2,495 | $0.8500 |
| 10/20/2020 | 7,401 | ($1.0200) | 11/16/2020 | 10,000 | $0.8500 |
| 10/20/2020 | 1,500 | ($1.0200) | 11/16/2020 | 500 | $0.8500 |
| 10/20/2020 | 800 | ($1.0200) | 11/16/2020 | 144 | $0.8600 |
| 10/20/2020 | 1,000 | ($1.0200) | 11/16/2020 | 500 | $0.8600 |
| 10/20/2020 | 1,000 | ($1.0200) | 11/16/2020 | 1,000 | $0.8600 |
| 11/3/2020 | 73 | ($0.9100) | 11/16/2020 | 20 | $0.8700 |
| 11/3/2020 | 9,100 | ($0.9183) | 11/16/2020 | 1,200 | $0.8700 |
| 11/3/2020 | 300 | ($0.9159) | 11/16/2020 | 390 | $0.8700 |
| 11/3/2020 | 1,000 | ($0.9159) | 11/16/2020 | 200 | $0.8700 |
| 11/3/2020 | 1,000 | ($0.9159) | 11/16/2020 | 20 | $0.8700 |
| 11/3/2020 | 1,000 | ($0.9180) | 11/16/2020 | 100 | $0.8705 |
| 11/3/2020 | 300 | ($0.9180) | 11/16/2020 | 100 | $0.8709 |
| 11/3/2020 | 47 | ($0.9180) | 11/16/2020 | 545 | $0.8709 |
| 11/3/2020 | 173 | ($0.9180) | 11/16/2020 | 150 | $0.8710 |
| 11/3/2020 | 300 | ($0.9180) | 11/16/2020 | 3,000 | $0.8714 |
| 11/3/2020 | 1,000 | ($0.9180) | 11/16/2020 | 3,221 | $0.8750 |
| 11/3/2020 | 10 | ($0.9180) | 11/16/2020 | 1,000 | $0.8756 |
| 11/3/2020 | 100 | ($0.9180) | 11/16/2020 | 993 | $0.8760 |
| 11/3/2020 | 100 | ($0.9180) | 11/16/2020 | 25,000 | $0.8760 |
| 11/3/2020 | 1,000 | ($0.9141) | 11/25/2020 | 16,912 | $0.3692 |
| 11/3/2020 | 10 | ($0.9120) | 11/25/2020 | 700 | $0.3700 |
| 11/3/2020 | 100 | ($0.9120) | 11/25/2020 | 1,100 | $0.3700 |
| 11/3/2020 | 500 | ($0.9060) | 11/25/2020 | 800 | $0.3700 |
| 11/3/2020 | 11,432 | ($0.9160) | 11/25/2020 | 200 | $0.3700 |
| 11/3/2020 | 2,726 | ($0.9160) | 11/25/2020 | 200 | $0.3700 |
| 11/3/2020 | 74 | ($0.9160) | 11/25/2020 | 200 | $0.3700 |
| 11/3/2020 | 2,002 | ($0.9270) | 11/25/2020 | 300 | $0.3700 |
| 11/3/2020 | 2,500 | ($0.9270) | 11/25/2020 | 1,900 | $0.3700 |
| 11/3/2020 | 70 | ($0.9270) | 11/25/2020 | 2,372 | $0.3700 |
| 11/3/2020 | 50 | ($0.9270) | 11/25/2020 | 300 | $0.3700 |
| 11/3/2020 | 500 | ($0.9200) | 11/25/2020 | 56 | $0.3700 |
| 11/3/2020 | 4,023 | ($0.9200) | | | |
| 11/3/2020 | 193 | ($0.9200) | | | |
| 11/3/2020 | 7,400 | ($0.9200) | | | |
| 11/3/2020 | 3,670 | ($0.9210) | | | |

4

| 11/3/2020 | 323 | ($0.9210) |
|-----------|-------|-----------|
| 11/3/2020 | 1,800 | ($0.9210) |
| 11/3/2020 | 1,800 | ($0.9210) |
| 11/3/2020 | 1,115 | ($0.9210) |
| 11/3/2020 | 1,500 | ($0.9210) |
| 11/3/2020 | 51 | ($0.9210) |
| 11/3/2020 | 4,104 | ($0.9210) |
| 11/3/2020 | 262 | ($0.9210) |
| 11/3/2020 | 1,640 | ($0.9210) |
| 11/3/2020 | 1 | ($0.9210) |
| 11/3/2020 | 200 | ($0.9210) |
| 11/3/2020 | 300 | ($0.9210) |
| 11/3/2020 | 25 | ($0.9210) |
| 11/3/2020 | 11 | ($0.9210) |
| 11/3/2020 | 15 | ($0.9210) |
| 11/3/2020 | 799 | ($0.9210) |
| 11/3/2020 | 893 | ($0.9230) |
| 11/3/2020 | 2,000 | ($0.9230) |
| 11/3/2020 | 1,222 | ($0.9230) |
| 11/3/2020 | 48 | ($0.9270) |
| 11/3/2020 | 1,900 | ($0.9270) |
| 11/3/2020 | 825 | ($0.9270) |
| 11/3/2020 | 21 | ($0.9290) |
| 11/3/2020 | 1,200 | ($0.9290) |
| 11/3/2020 | 118 | ($0.9310) |
| 11/3/2020 | 1,900 | ($0.9310) |
| 11/3/2020 | 100 | ($0.9310) |
| 11/3/2020 | 457 | ($0.9340) |
| 11/3/2020 | 1,912 | ($0.9340) |
| 11/3/2020 | 1,000 | ($0.9340) |
| 11/3/2020 | 16 | ($0.9340) |
| 11/3/2020 | 1,990 | ($0.9300) |
| 11/3/2020 | 279 | ($0.9300) |
| 11/3/2020 | 2,000 | ($0.9300) |
| 11/3/2020 | 500 | ($0.9300) |
| 11/12/2020 | 12,016 | ($0.9100) |
| 11/12/2020 | 11,546 | ($0.9100) |
| 11/12/2020 | 10,600 | ($0.9100) |
| 11/12/2020 | 300 | ($0.9085) |
| 11/12/2020 | 200 | ($0.9099) |
| 11/12/2020 | 300 | ($0.9085) |
| 11/12/2020 | 500 | ($0.9075) |
| 11/12/2020 | 1,800 | ($0.9085) |

5

| | | |
|---|---|---|
| 11/12/2020 | 1,246 | ($0.9099) |
| 11/12/2020 | 100 | ($0.9097) |
| 11/12/2020 | 200 | ($0.9097) |
| 11/12/2020 | 300 | ($0.9097) |
| 11/12/2020 | 100 | ($0.9097) |
| 11/12/2020 | 100 | ($0.9097) |
| 11/12/2020 | 400 | ($0.9097) |
| 11/12/2020 | 200 | ($0.9097) |
| 11/12/2020 | 4,941 | ($0.9080) |
| 11/12/2020 | 700 | ($0.9080) |
| 11/12/2020 | 600 | ($0.9080) |
| 11/12/2020 | 500 | ($0.9080) |
| 11/12/2020 | 500 | ($0.9080) |
| 11/12/2020 | 700 | ($0.9080) |
| 11/12/2020 | 400 | ($0.9080) |
| 11/12/2020 | 600 | ($0.9080) |
| 11/12/2020 | 600 | ($0.9080) |
| 11/12/2020 | 600 | ($0.9080) |
| 11/12/2020 | 900 | ($0.9080) |
| 11/12/2020 | 700 | ($0.9080) |
| 11/12/2020 | 100 | ($0.9080) |
| 11/12/2020 | 500 | ($0.9080) |
| 11/12/2020 | 100 | ($0.9080) |
| 11/12/2020 | 600 | ($0.9080) |
| 11/12/2020 | 600 | ($0.9080) |
| 11/12/2020 | 600 | ($0.9080) |
| 11/12/2020 | 600 | ($0.9080) |
| 11/12/2020 | 600 | ($0.9080) |
| 11/12/2020 | 5,852 | ($0.9100) |
| 11/12/2020 | 6,367 | ($0.8760) |
| 11/12/2020 | 3 | ($0.8700) |
| 11/12/2020 | 13,122 | ($0.8850) |
| 11/12/2020 | 800 | ($0.8900) |
| 11/12/2020 | 800 | ($0.8900) |
| 11/12/2020 | 100 | ($0.8900) |
| 11/12/2020 | 200 | ($0.8900) |
| 11/12/2020 | 2 | ($0.8900) |
| 11/12/2020 | 2 | ($0.8900) |
| 11/12/2020 | 100 | ($0.8900) |
| 11/12/2020 | 200 | ($0.8900) |
| 11/12/2020 | 165 | ($0.8900) |
| 11/12/2020 | 100 | ($0.8900) |
| 11/12/2020 | 200 | ($0.8900) |

| 11/12/2020 | 1,000 | ($0.8900) |
|---|---|---|
| 11/12/2020 | 1,100 | ($0.8900) |
| 11/12/2020 | 600 | ($0.8900) |
| 11/12/2020 | 1,341 | ($0.8890) |
| 11/12/2020 | 4,000 | ($0.8900) |
| 11/12/2020 | 100 | ($0.8900) |
| 11/12/2020 | 2 | ($0.8900) |
| 11/12/2020 | 2 | ($0.8900) |
| 11/12/2020 | 2 | ($0.8900) |
| 11/12/2020 | 2 | ($0.8900) |
| 11/12/2020 | 1,100 | ($0.8900) |
| 11/13/2020 | 1 | ($0.9699) |

## Account 2:

| | PURCHASES | | | | SALES | |
|---|---|---|---|---|---|---|
| DATE | SHARES | PRICE | | DATE | SHARES | PRICE |
| 7/31/2019 | 1 | ($0.8751) | | 2/3/2020 | 4,641 | $0.4250 |
| 1/17/2020 | 43,990 | ($0.4090) | | 2/3/2020 | 12,958 | $0.4250 |
| 1/21/2020 | 6 | ($0.4147) | | 2/3/2020 | 200 | $0.4250 |
| 2/18/2020 | 23,244 | ($0.6250) | | 2/3/2020 | 200 | $0.4255 |
| 2/18/2020 | 1,000 | ($0.6250) | | 2/3/2020 | 98 | $0.4255 |
| 2/18/2020 | 31 | ($0.6250) | | 2/3/2020 | 4,500 | $0.4255 |
| 2/18/2020 | 248 | ($0.6238) | | 2/3/2020 | 18,900 | $0.4255 |
| 2/18/2020 | 500 | ($0.6250) | | 2/3/2020 | 100 | $0.4255 |
| 2/18/2020 | 100 | ($0.6227) | | 2/3/2020 | 200 | $0.4255 |
| 2/18/2020 | 100 | ($0.6209) | | 2/3/2020 | 2,200 | $0.4255 |
| 2/18/2020 | 89 | ($0.6179) | | 3/6/2020 | 63,507 | $0.5351 |
| 2/18/2020 | 29,502 | ($0.6191) | | 3/6/2020 | 3,601 | $0.5352 |
| 2/18/2020 | 2,000 | ($0.6191) | | 3/6/2020 | 11,300 | $0.5400 |
| 2/18/2020 | 700 | ($0.6177) | | 3/6/2020 | 2,000 | $0.5402 |
| 2/18/2020 | 5,894 | ($0.6176) | | 3/6/2020 | 100 | $0.5411 |
| 2/18/2020 | 10 | ($0.6176) | | 3/6/2020 | 2,600 | $0.5420 |
| 2/18/2020 | 6,318 | ($0.6176) | | 3/6/2020 | 1,100 | $0.5428 |
| 2/18/2020 | 17,334 | ($0.6180) | | 3/6/2020 | 2,700 | $0.5429 |
| 2/18/2020 | 6,597 | ($0.6200) | | 3/6/2020 | 8,592 | $0.5428 |
| 2/18/2020 | 16,400 | ($0.6200) | | 3/6/2020 | 4,500 | $0.5430 |
| 2/18/2020 | 3 | ($0.6200) | | 3/6/2020 | 14,660 | $0.5682 |
| 2/18/2020 | 1,156 | ($0.6106) | | 3/6/2020 | 100 | $0.5700 |

7

| Date | Shares | Price | Date | Shares | Price |
|---|---|---|---|---|---|
| 2/19/2020 | 11,305 | ($0.6604) | 3/6/2020 | 15,490 | $0.5700 |
| 2/19/2020 | 5,800 | ($0.6600) | 3/6/2020 | 1,710 | $0.5700 |
| 2/19/2020 | 599 | ($0.6588) | 3/6/2020 | 5,900 | $0.5700 |
| 2/19/2020 | 3,800 | ($0.6579) | 3/6/2020 | 3,700 | $0.5715 |
| 2/20/2020 | 2 | ($0.6440) | 3/6/2020 | 1,000 | $0.5742 |
| 2/20/2020 | 2,400 | ($0.6400) | 3/6/2020 | 1,000 | $0.5728 |
| 2/20/2020 | 200 | ($0.6388) | 3/6/2020 | 1,000 | $0.5715 |
| 2/20/2020 | 10,128 | ($0.6399) | 3/6/2020 | 1,000 | $0.5720 |
| 2/20/2020 | 100 | ($0.6362) | 7/9/2020 | 19,204 | $1.7400 |
| 5/28/2020 | 9 | ($0.9408) | 7/9/2020 | 2,900 | $1.7430 |
| 6/1/2020 | 4 | ($1.2800) | 7/9/2020 | 500 | $1.7400 |
| 6/1/2020 | 1 | ($1.2800) | 7/9/2020 | 3,001 | $1.7450 |
| 7/7/2020 | 29,191 | ($1.8900) | 7/9/2020 | 3,600 | $1.7700 |
| 7/24/2020 | 79,190 | ($2.0300) | 7/31/2020 | 21,460 | $1.6200 |
| 7/24/2020 | 19,906 | ($2.0300) | 7/31/2020 | 1,236 | $1.6300 |
| 8/17/2020 | 14 | ($1.5300) | 7/31/2020 | 2,304 | $1.6300 |
| 8/24/2020 | 19,597 | ($0.8900) | 7/31/2020 | 25,000 | $1.6300 |
| 8/24/2020 | 25,000 | ($0.9400) | 9/21/2020 | 342 | $1.0800 |
| 8/24/2020 | 1,609 | ($0.9800) | 9/21/2020 | 18,365 | $1.0800 |
| 8/24/2020 | 8,080 | ($0.9800) | 9/22/2020 | 7,377 | $1.0800 |
| 8/24/2020 | 2,000 | ($0.9800) | 9/22/2020 | 100 | $1.0800 |
| 8/24/2020 | 13,311 | ($0.9800) | 9/22/2020 | 1 | $1.0800 |
| 10/5/2020 | 3 | ($1.0852) | 9/22/2020 | 100 | $1.0800 |
| 10/5/2020 | 29,598 | ($1.0899) | 9/22/2020 | 16,517 | $1.0800 |
| 10/5/2020 | 954 | ($1.0900) | 9/22/2020 | 1 | $1.0900 |
| 10/5/2020 | 41,626 | ($1.0900) | 9/22/2020 | 4 | $1.0900 |
| 10/5/2020 | 100 | ($1.0800) | 9/22/2020 | 900 | $1.0900 |
| 10/5/2020 | 750 | ($1.0800) | 9/23/2020 | 25,000 | $1.0500 |
| 10/5/2020 | 3,596 | ($1.0800) | 9/25/2020 | 14,400 | $0.9690 |
| 11/3/2020 | 2 | ($0.9040) | 9/25/2020 | 500 | $0.9691 |
| 11/3/2020 | 12,000 | ($0.9160) | 9/25/2020 | 300 | $0.9695 |
| 11/3/2020 | 2,243 | ($0.9160) | 9/25/2020 | 900 | $0.9693 |
| 11/3/2020 | 637 | ($0.9160) | 9/25/2020 | 700 | $0.9691 |
| 11/3/2020 | 1,000 | ($0.9260) | 9/25/2020 | 1,000 | $0.9690 |
| 11/3/2020 | 200 | ($0.9260) | 9/25/2020 | 800 | $0.9691 |
| 11/3/2020 | 300 | ($0.9260) | 9/25/2020 | 1,000 | $0.9692 |
| 11/3/2020 | 1 | ($0.9260) | 9/25/2020 | 5,400 | $0.9693 |
| 11/3/2020 | 200 | ($0.9260) | 9/25/2020 | 24,976 | $0.9757 |
| 11/3/2020 | 43 | ($0.9260) | 9/25/2020 | 24 | $0.9768 |
| 11/3/2020 | 9 | ($0.9260) | 10/19/2020 | 12,000 | $1.0112 |
| 11/3/2020 | 1,400 | ($0.9260) | 10/19/2020 | 12,191 | $1.0100 |
| 11/3/2020 | 1,136 | ($0.9250) | 10/19/2020 | 8 | $1.0198 |
| 11/3/2020 | 7 | ($0.9190) | 10/19/2020 | 1,000 | $1.0100 |

8

| Date | Amount | Price | | Date | Amount | Price |
|---|---|---|---|---|---|---|
| 11/3/2020 | 4,208 | ($0.9190) | | 10/19/2020 | 94 | $1.0100 |
| 11/3/2020 | 941 | ($0.9210) | | 10/19/2020 | 150 | $1.0100 |
| 11/3/2020 | 305 | ($0.9210) | | 10/19/2020 | 2,315 | $1.0101 |
| 11/3/2020 | 984 | ($0.9210) | | 10/19/2020 | 10,000 | $1.0101 |
| 11/3/2020 | 596 | ($0.9230) | | 10/19/2020 | 86 | $1.0100 |
| 11/3/2020 | 1,513 | ($0.9230) | | 10/19/2020 | 200 | $1.0100 |
| 11/3/2020 | 1,076 | ($0.9230) | | 10/19/2020 | 55 | $1.0100 |
| 11/3/2020 | 200 | ($0.9230) | | 10/19/2020 | 8,045 | $1.0300 |
| 11/3/2020 | 778 | ($0.9250) | | 10/20/2020 | 5,742 | $1.0100 |
| 11/3/2020 | 2,000 | ($0.9250) | | 10/20/2020 | 2,000 | $1.0100 |
| 11/3/2020 | 3,258 | ($0.9260) | | 10/20/2020 | 49 | $1.0100 |
| 11/3/2020 | 1,667 | ($0.9260) | | 10/20/2020 | 1,050 | $1.0100 |
| 11/3/2020 | 25 | ($0.9340) | | 10/20/2020 | 1,000 | $1.0100 |
| 11/3/2020 | 100 | ($0.9350) | | 10/20/2020 | 1,000 | $1.0100 |
| 11/12/2020 | 23,700 | ($0.8800) | | 10/20/2020 | 1,000 | $1.0100 |
| 11/12/2020 | 1,131 | ($0.8800) | | 10/20/2020 | 800 | $1.0100 |
| 11/12/2020 | 1,000 | ($0.8800) | | 10/20/2020 | 1,000 | $1.0100 |
| 11/12/2020 | 100 | ($0.8800) | | 10/20/2020 | 10 | $1.0100 |
| 11/12/2020 | 7,100 | ($0.8800) | | 10/20/2020 | 600 | $1.0100 |
| 11/12/2020 | 238 | ($0.8800) | | 10/20/2020 | 930 | $1.0100 |
| 11/12/2020 | 100 | ($0.8800) | | 10/20/2020 | 1 | $1.0100 |
| 11/12/2020 | 100 | ($0.8800) | | 10/20/2020 | 10 | $1.0100 |
| 11/12/2020 | 9,300 | ($0.8800) | | 10/20/2020 | 50 | $1.0100 |
| 11/13/2020 | 119 | ($0.9500) | | 10/20/2020 | 7,306 | $1.0100 |
| 11/13/2020 | 6,900 | ($0.9423) | | 10/20/2020 | 25 | $1.0100 |
| 11/13/2020 | 1,200 | ($0.9449) | | 10/20/2020 | 7,910 | $1.0100 |
| 11/13/2020 | 300 | ($0.9449) | | 11/11/2020 | 3,826 | $0.8000 |
| 11/13/2020 | 100 | ($0.9232) | | 11/11/2020 | 1,000 | $0.8000 |
| 11/13/2020 | 10,158 | ($0.9027) | | 11/11/2020 | 95 | $0.8000 |
| 11/13/2020 | 6,291 | ($0.9027) | | 11/11/2020 | 150 | $0.8000 |
| 11/13/2020 | 300 | ($0.9027) | | 11/11/2020 | 8,000 | $0.8000 |
| 11/13/2020 | 200 | ($0.9027) | | 11/11/2020 | 8,250 | $0.8000 |
| 11/13/2020 | 67 | ($0.9027) | | 11/11/2020 | 2,500 | $0.8000 |
| 11/13/2020 | 800 | ($0.9027) | | 11/11/2020 | 17 | $0.8000 |
| 11/13/2020 | 800 | ($0.9027) | | 11/11/2020 | 130 | $0.8000 |
| 11/13/2020 | 200 | ($0.9027) | | 11/11/2020 | 3,478 | $0.8000 |
| 11/13/2020 | 1,400 | ($0.9027) | | 11/11/2020 | 1,000 | $0.7800 |
| 11/13/2020 | 1,600 | ($0.9027) | | 11/11/2020 | 4 | $0.7800 |
| 11/13/2020 | 100 | ($0.9027) | | 11/11/2020 | 200 | $0.7800 |
| 11/13/2020 | 300 | ($0.9027) | | 11/11/2020 | 699 | $0.7800 |
| 11/13/2020 | 100 | ($0.9027) | | 11/11/2020 | 500 | $0.7800 |
| 11/13/2020 | 100 | ($0.9027) | | 11/11/2020 | 250 | $0.7800 |
| 11/13/2020 | 300 | ($0.9027) | | 11/11/2020 | 1,123 | $0.7800 |

9

| Date | Quantity | Price | | Date | Quantity | Price |
|------|----------|-------|---|------|----------|-------|
| 11/13/2020 | 200 | ($0.9027) | | 11/11/2020 | 5,100 | $0.7800 |
| 11/13/2020 | 300 | ($0.9027) | | 11/11/2020 | 2 | $0.7880 |
| 11/13/2020 | 100 | ($0.9027) | | 11/11/2020 | 220 | $0.7888 |
| 11/13/2020 | 100 | ($0.9027) | | 11/11/2020 | 35 | $0.7994 |
| 11/13/2020 | 300 | ($0.9027) | | 11/11/2020 | 250 | $0.7994 |
| 11/13/2020 | 300 | ($0.9027) | | 11/16/2020 | 49 | $0.8410 |
| 11/13/2020 | 300 | ($0.9027) | | 11/16/2020 | 4,200 | $0.8410 |
| 11/13/2020 | 100 | ($0.9027) | | 11/16/2020 | 2,000 | $0.8410 |
| 11/13/2020 | 200 | ($0.9027) | | 11/16/2020 | 5,000 | $0.8410 |
| 11/13/2020 | 200 | ($0.9027) | | 11/16/2020 | 2,000 | $0.8440 |
| 11/13/2020 | 300 | ($0.9027) | | 11/16/2020 | 500 | $0.8440 |
| | | | | 11/16/2020 | 2,000 | $0.8440 |
| | | | | 11/16/2020 | 2,000 | $0.8440 |
| | | | | 11/16/2020 | 20 | $0.8440 |
| | | | | 11/25/2020 | 28,618 | $0.3800 |
| | | | | 11/25/2020 | 30,117 | $0.3800 |