# Exhibit 3

**Northern Dynasty Minerals Ltd. Loss Chart (Daryl Whitmore Trades)**
**Class Period: December 21, 2017 through November 25, 2020**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 0.412222 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Daryl Whitmore** | | | | | | | | | | | | |
| Brokerage XXXX-0479 account | 1/13/2020 | 3,213 | ($0.4147) | ($1,332.43) | 2/3/2020 | 19,971 | $0.4256 | $8,499.66 | | | | |
| | 1/13/2020 | 70,887 | ($0.4090) | ($28,992.78) | 2/3/2020 | 7,600 | $0.4256 | $3,234.56 | | | | |
| | 1/17/2020 | 100 | ($0.4090) | ($40.90) | 2/3/2020 | 615 | $0.4298 | $264.33 | | | | |
| | 1/17/2020 | 20 | ($0.4090) | ($8.18) | 2/3/2020 | 11,600 | $0.4259 | $4,940.44 | | | | |
| | 1/17/2020 | 26,887 | ($0.4050) | ($10,889.24) | 2/3/2020 | 1,200 | $0.4261 | $511.32 | | | | |
| | 1/21/2020 | 67 | ($0.4050) | ($27.14) | 2/3/2020 | 4 | $0.4237 | $1.69 | | | | |
| | 1/31/2020 | 3,600 | ($0.4367) | ($1,572.12) | 2/3/2020 | 20 | $0.4237 | $8.47 | | | | |
| | 1/31/2020 | 1,770 | ($0.4420) | ($782.34) | 2/3/2020 | 2 | $0.4237 | $0.85 | | | | |
| | 1/31/2020 | 6,000 | ($0.4420) | ($2,652.00) | 2/3/2020 | 1 | $0.4237 | $0.42 | | | | |
| | 1/31/2020 | 200 | ($0.4420) | ($88.40) | 2/3/2020 | 2,342 | $0.4237 | $992.31 | | | | |
| | 1/31/2020 | 52,863 | ($0.4402) | ($23,270.29) | 2/3/2020 | 21,003 | $0.4237 | $8,898.97 | | | | |
| | 1/31/2020 | 38,235 | ($0.4402) | ($16,831.05) | 2/3/2020 | 15,410 | $0.4237 | $6,529.22 | | | | |
| | 2/13/2020 | 6,000 | ($0.5730) | ($3,438.00) | 2/3/2020 | 21,406 | $0.4237 | $9,069.72 | | | | |
| | 2/14/2020 | 1,842 | ($0.5800) | ($1,068.36) | 3/6/2020 | 13,856 | $0.5290 | $7,329.82 | | | | |
| | 2/20/2020 | 3 | ($0.6365) | ($1.91) | 3/6/2020 | 300 | $0.5296 | $158.88 | | | | |
| | 2/21/2020 | 4,506 | ($0.6440) | ($2,901.86) | 3/6/2020 | 14,249 | $0.5300 | $7,551.97 | | | | |
| | 2/21/2020 | 1,000 | ($0.6339) | ($633.90) | 3/6/2020 | 2,601 | $0.5337 | $1,388.15 | | | | |
| | 2/21/2020 | 212 | ($0.6336) | ($134.32) | 3/6/2020 | 17,194 | $0.5351 | $9,200.51 | | | | |
| | 2/21/2020 | 23,300 | ($0.6340) | ($14,772.20) | 3/6/2020 | 900 | $0.5351 | $481.59 | | | | |
| | 2/21/2020 | 100 | ($0.6336) | ($63.36) | 3/6/2020 | 900 | $0.5351 | $481.59 | | | | |
| | 2/21/2020 | 200 | ($0.6354) | ($127.08) | 3/6/2020 | 30,365 | $0.5351 | $16,248.31 | | | | |
| | 2/21/2020 | 400 | ($0.6398) | ($255.92) | 3/6/2020 | 1,300 | $0.5352 | $695.76 | | | | |
| | 2/21/2020 | 18,160 | ($0.6400) | ($11,622.40) | 3/6/2020 | 104 | $0.5352 | $55.66 | | | | |
| | 2/24/2020 | 7,157 | ($0.6560) | ($4,694.99) | 3/6/2020 | 18,150 | $0.5352 | $9,713.88 | | | | |
| | 2/24/2020 | 100 | ($0.6560) | ($65.60) | 3/6/2020 | 81 | $0.5360 | $43.42 | | | | |
| | 2/24/2020 | 100 | ($0.6569) | ($65.69) | 3/6/2020 | 30,695 | $0.5428 | $16,661.25 | | | | |
| | 2/24/2020 | 1,699 | ($0.6569) | ($1,116.07) | 3/6/2020 | 15 | $0.5470 | $8.21 | | | | |
| | 2/24/2020 | 100 | ($0.6569) | ($65.69) | 3/6/2020 | 1,600 | $0.5474 | $875.84 | | | | |
| | 2/24/2020 | 101 | ($0.6569) | ($66.35) | 3/6/2020 | 17,690 | $0.5500 | $9,729.50 | | | | |
| | 2/24/2020 | 100 | ($0.6569) | ($65.69) | 3/6/2020 | 22,000 | $0.5500 | $12,100.00 | | | | |
| | 2/24/2020 | 100 | ($0.6569) | ($65.69) | 3/6/2020 | 13,418 | $0.5505 | $7,386.61 | | | | |
| | 2/24/2020 | 929 | ($0.6940) | ($644.73) | 3/6/2020 | 1,765 | $0.5500 | $970.75 | | | | |
| | 2/24/2020 | 1,328 | ($0.6980) | ($926.94) | 3/6/2020 | 2,500 | $0.5507 | $1,376.75 | | | | |
| | 2/24/2020 | 100 | ($0.6980) | ($69.80) | 3/6/2020 | 4,000 | $0.5515 | $2,206.00 | | | | |
| | 2/24/2020 | 1,219 | ($0.6980) | ($850.86) | 3/6/2020 | 1,792 | $0.5516 | $988.47 | | | | |
| | 2/24/2020 | 35,283 | ($0.6980) | ($24,627.53) | 3/6/2020 | 125 | $0.5520 | $69.00 | | | | |
| | 2/24/2020 | 7,400 | ($0.6980) | ($5,165.20) | 3/6/2020 | 4,400 | $0.5525 | $2,431.00 | | | | |
| | 2/24/2020 | 14,600 | ($0.6981) | ($10,192.26) | 3/6/2020 | 24,046 | $0.5601 | $13,468.16 | | | | |
| | 2/24/2020 | 600 | ($0.6978) | ($418.68) | 3/6/2020 | 1 | $0.5660 | $0.57 | | | | |
| | 2/24/2020 | 22,140 | ($0.6977) | ($15,447.08) | 3/6/2020 | 3 | $0.5660 | $1.70 | | | | |
| | 3/2/2020 | 1,999 | ($0.5700) | ($1,139.43) | 3/6/2020 | 2,250 | $0.5660 | $1,273.50 | | | | |
| | 3/2/2020 | 6,784 | ($0.5700) | ($3,866.88) | 3/6/2020 | 31,300 | $0.5682 | $17,784.66 | | | | |
| | 5/28/2020 | 3 | ($0.9400) | ($2.82) | 3/6/2020 | 2,700 | $0.5682 | $1,534.14 | | | | |
| | 6/1/2020 | 4 | ($1.2800) | ($5.12) | 7/9/2020 | 100 | $1.7550 | $175.50 | | | | |
| | 7/7/2020 | 47,601 | ($1.8900) | ($89,965.89) | 7/9/2020 | 42,854 | $1.7500 | $74,994.50 | | | | |
| | 7/7/2020 | 8,800 | ($1.8900) | ($16,632.00) | 7/9/2020 | 13,454 | $1.7600 | $23,679.04 | | | | |
| | 7/23/2020 | 850 | ($2.1300) | ($1,810.50) | 7/31/2020 | 3,348 | $1.6300 | $5,457.24 | | | | |
| | 7/23/2020 | 92,270 | ($2.1700) | ($200,225.90) | 7/31/2020 | 67,000 | $1.6200 | $108,540.00 | | | | |
| | 7/23/2020 | 730 | ($2.1700) | ($1,584.10) | 7/31/2020 | 3,000 | $1.6300 | $4,890.00 | | | | |
| | 7/24/2020 | 532 | ($2.0366) | ($1,083.47) | 7/31/2020 | 25,000 | $1.6300 | $40,750.00 | | | | |
| | 7/24/2020 | 94,866 | ($2.0300) | ($192,577.98) | 9/16/2020 | 12,400 | $0.9800 | $12,152.00 | | | | |

| 7/24/2020 | 9,100 | ($2.0250) | ($18,427.50) | 9/16/2020 | 200 | $0.9803 | $196.06 |
| 8/17/2020 | 11 | ($1.5300) | ($16.83) | 9/16/2020 | 162 | $0.9814 | $158.99 |
| 8/17/2020 | 5 | ($1.5300) | ($7.65) | 9/16/2020 | 700 | $0.9801 | $686.07 |
| 8/24/2020 | 3,386 | ($0.7900) | ($2,674.94) | 9/16/2020 | 200 | $0.9803 | $196.06 |
| 8/24/2020 | 89,175 | ($0.6600) | ($58,855.50) | 9/16/2020 | 500 | $0.9814 | $490.70 |
| 8/24/2020 | 25,000 | ($0.8900) | ($22,250.00) | 9/16/2020 | 1,100 | $0.9802 | $1,078.22 |
| 8/24/2020 | 21,370 | ($0.9500) | ($20,301.50) | 9/16/2020 | 2,295 | $0.9804 | $2,250.02 |
| 8/24/2020 | 1,600 | ($0.9500) | ($1,520.00) | 9/23/2020 | 25,000 | $1.0203 | $25,507.50 |
| 8/24/2020 | 2,030 | ($0.9500) | ($1,928.50) | 9/23/2020 | 15,009 | $1.0101 | $15,160.59 |
| 8/24/2020 | 16,339 | ($0.9800) | ($16,012.22) | 9/23/2020 | 9,991 | $1.0100 | $10,090.91 |
| 8/24/2020 | 8,661 | ($0.9800) | ($8,487.78) | 9/23/2020 | 1,415 | $1.0100 | $1,429.15 |
| 10/5/2020 | 7 | ($1.0850) | ($7.60) | 9/23/2020 | 55 | $1.0300 | $56.65 |
| 10/5/2020 | 61,225 | ($1.0900) | ($66,735.25) | 9/23/2020 | 597 | $1.0300 | $614.91 |
| 10/5/2020 | 11,492 | ($1.0895) | ($12,520.53) | 9/23/2020 | 3,427 | $1.0300 | $3,529.81 |
| 10/5/2020 | 2,900 | ($1.0899) | ($3,160.71) | 9/23/2020 | 345 | $1.0300 | $355.35 |
| 10/5/2020 | 5,216 | ($1.0900) | ($5,685.44) | 9/23/2020 | 1,074 | $1.0300 | $1,106.22 |
| 10/5/2020 | 800 | ($1.0890) | ($871.20) | 9/23/2020 | 239 | $1.0300 | $246.17 |
| 10/5/2020 | 59,931 | ($1.0890) | ($65,264.86) | 9/23/2020 | 17,868 | $1.0300 | $18,404.04 |
| 10/5/2020 | 2,400 | ($1.0850) | ($2,604.00) | 9/23/2020 | 14,310 | $1.0400 | $14,882.40 |
| 10/5/2020 | 23,000 | ($1.0895) | ($25,058.50) | 9/23/2020 | 200 | $1.0450 | $209.00 |
| 10/5/2020 | 157 | ($1.0800) | ($169.56) | 9/23/2020 | 10,490 | $1.0400 | $10,909.60 |
| 10/5/2020 | 4,051 | ($1.0800) | ($4,375.08) | 9/25/2020 | 38,793 | $0.9851 | $38,214.98 |
| 10/5/2020 | 300 | ($1.0800) | ($324.00) | 9/25/2020 | 12,930 | $0.9850 | $12,736.05 |
| 10/19/2020 | 5,658 | ($1.0159) | ($5,747.96) | 9/25/2020 | 881 | $0.9880 | $870.43 |
| 10/19/2020 | 10,757 | ($1.0100) | ($10,864.57) | 9/25/2020 | 850 | $0.9880 | $839.80 |
| 10/19/2020 | 2,391 | ($1.0100) | ($2,414.91) | 9/25/2020 | 2,527 | $0.9880 | $2,496.68 |
| 10/19/2020 | 94 | ($1.0100) | ($94.94) | 9/25/2020 | 10 | $0.9880 | $9.88 |
| 10/19/2020 | 600 | ($1.0100) | ($606.00) | 9/25/2020 | 2,009 | $0.9880 | $1,984.89 |
| 10/19/2020 | 115 | ($1.0100) | ($116.15) | 9/25/2020 | 32,000 | $0.9700 | $31,040.00 |
| 10/19/2020 | 385 | ($1.0100) | ($388.85) | 9/25/2020 | 23,054 | $0.9700 | $22,362.38 |
| 10/19/2020 | 12,143 | ($1.0111) | ($12,277.79) | 9/25/2020 | 1,069 | $0.9711 | $1,038.11 |
| 10/19/2020 | 22,567 | ($1.0101) | ($22,794.93) | 9/25/2020 | 23,177 | $0.9700 | $22,481.69 |
| 10/19/2020 | 8,996 | ($1.0100) | ($9,085.96) | 9/25/2020 | 12,700 | $0.9800 | $12,446.00 |
| 10/19/2020 | 3,000 | ($1.0100) | ($3,030.00) | 11/16/2020 | 9,501 | $0.8520 | $8,094.85 |
| 10/19/2020 | 990 | ($1.0100) | ($999.90) | 11/16/2020 | 10,000 | $0.8520 | $8,520.00 |
| 10/19/2020 | 4 | ($1.0100) | ($4.04) | 11/16/2020 | 5,000 | $0.8520 | $4,260.00 |
| 10/19/2020 | 12,445 | ($1.0200) | ($12,693.90) | 11/16/2020 | 499 | $0.8520 | $425.15 |
| 10/19/2020 | 2,365 | ($1.0100) | ($2,388.65) | 11/16/2020 | 500 | $0.8420 | $421.00 |
| 10/19/2020 | 1,000 | ($1.0100) | ($1,010.00) | 11/16/2020 | 1,000 | $0.8420 | $842.00 |
| 10/19/2020 | 240 | ($1.0100) | ($242.40) | 11/16/2020 | 500 | $0.8420 | $421.00 |
| 10/19/2020 | 1,000 | ($1.0100) | ($1,010.00) | 11/16/2020 | 9,951 | $0.8420 | $8,378.74 |
| 10/19/2020 | 700 | ($1.0100) | ($707.00) | 11/16/2020 | 2,500 | $0.8420 | $2,105.00 |
| 10/19/2020 | 1,044 | ($1.0100) | ($1,054.44) | 11/16/2020 | 500 | $0.8420 | $421.00 |
| 10/19/2020 | 1,000 | ($1.0100) | ($1,010.00) | 11/16/2020 | 100 | $0.8420 | $84.20 |
| 10/19/2020 | 1,000 | ($1.0100) | ($1,010.00) | 11/16/2020 | 100 | $0.8420 | $84.20 |
| 10/19/2020 | 600 | ($1.0110) | ($606.60) | 11/16/2020 | 300 | $0.8420 | $252.60 |
| 10/19/2020 | 585 | ($1.0110) | ($591.44) | 11/16/2020 | 1,700 | $0.8430 | $1,433.10 |
| 10/19/2020 | 200 | ($1.0150) | ($203.00) | 11/16/2020 | 25 | $0.8430 | $21.08 |
| 10/19/2020 | 1,600 | ($1.0200) | ($1,632.00) | 11/16/2020 | 1,000 | $0.8430 | $843.00 |
| 10/20/2020 | 17,090 | ($1.0100) | ($17,260.90) | 11/16/2020 | 2,000 | $0.8430 | $1,686.00 |
| 10/20/2020 | 25 | ($1.0100) | ($25.25) | 11/16/2020 | 50 | $0.8430 | $42.15 |
| 10/20/2020 | 1,000 | ($1.0100) | ($1,010.00) | 11/16/2020 | 2,000 | $0.8430 | $1,686.00 |
| 10/20/2020 | 300 | ($1.0100) | ($303.00) | 11/16/2020 | 500 | $0.8430 | $421.50 |
| 10/20/2020 | 300 | ($1.0100) | ($303.00) | 11/16/2020 | 4 | $0.8450 | $3.38 |
| 10/20/2020 | 4,700 | ($1.0100) | ($4,747.00) | 11/16/2020 | 2,394 | $0.8460 | $2,025.32 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| 10/20/2020 | 300 | ($1.0100) | ($303.00) | 11/16/2020 | 22,605 | $0.8460 | $19,123.83 |
| 10/20/2020 | 300 | ($1.0100) | ($303.00) | 11/16/2020 | 1 | $0.8460 | $0.85 |
| 10/20/2020 | 300 | ($1.0100) | ($303.00) | 11/16/2020 | 1 | $0.8470 | $0.85 |
| 10/20/2020 | 2,242 | ($1.0100) | ($2,264.42) | 11/16/2020 | 15,000 | $0.8470 | $12,705.00 |
| 10/20/2020 | 7,758 | ($1.0100) | ($7,835.58) | 11/16/2020 | 800 | $0.8470 | $677.60 |
| 10/20/2020 | 2,000 | ($1.0100) | ($2,020.00) | 11/16/2020 | 100 | $0.8490 | $84.90 |
| 10/20/2020 | 1,000 | ($1.0100) | ($1,010.00) | 11/16/2020 | 100 | $0.8490 | $84.90 |
| 10/20/2020 | 300 | ($1.0100) | ($303.00) | 11/16/2020 | 10 | $0.8560 | $8.56 |
| 10/20/2020 | 2,185 | ($1.0100) | ($2,206.85) | 11/16/2020 | 584 | $0.8560 | $499.90 |
| 10/20/2020 | 100 | ($1.0110) | ($101.10) | 11/16/2020 | 78 | $0.8560 | $66.77 |
| 10/20/2020 | 100 | ($1.0110) | ($101.10) | 11/16/2020 | 10 | $0.8670 | $8.67 |
| 10/20/2020 | 4,269 | ($1.0100) | ($4,311.69) | 11/16/2020 | 300 | $0.8670 | $260.10 |
| 10/20/2020 | 10,000 | ($1.0100) | ($10,100.00) | 11/16/2020 | 56 | $0.8500 | $47.60 |
| 10/20/2020 | 1,200 | ($1.0100) | ($1,212.00) | 11/16/2020 | 2,900 | $0.8500 | $2,465.00 |
| 10/20/2020 | 1,000 | ($1.0100) | ($1,010.00) | 11/16/2020 | 6,100 | $0.8500 | $5,185.00 |
| 10/20/2020 | 10,000 | ($1.0100) | ($10,100.00) | 11/16/2020 | 500 | $0.8500 | $425.00 |
| 10/20/2020 | 705 | ($1.0100) | ($712.05) | 11/16/2020 | 500 | $0.8500 | $425.00 |
| 10/20/2020 | 500 | ($1.0200) | ($510.00) | 11/16/2020 | 300 | $0.8500 | $255.00 |
| 10/20/2020 | 25 | ($1.0200) | ($25.50) | 11/16/2020 | 5 | $0.8500 | $4.25 |
| 10/20/2020 | 600 | ($1.0200) | ($612.00) | 11/16/2020 | 2,495 | $0.8500 | $2,120.75 |
| 10/20/2020 | 7,401 | ($1.0200) | ($7,549.02) | 11/16/2020 | 10,000 | $0.8500 | $8,500.00 |
| 10/20/2020 | 1,500 | ($1.0200) | ($1,530.00) | 11/16/2020 | 500 | $0.8500 | $425.00 |
| 10/20/2020 | 800 | ($1.0200) | ($816.00) | 11/16/2020 | 144 | $0.8600 | $123.84 |
| 10/20/2020 | 1,000 | ($1.0200) | ($1,020.00) | 11/16/2020 | 500 | $0.8600 | $430.00 |
| 10/20/2020 | 1,000 | ($1.0200) | ($1,020.00) | 11/16/2020 | 1,000 | $0.8600 | $860.00 |
| 11/3/2020 | 73 | ($0.9100) | ($66.43) | 11/16/2020 | 20 | $0.8700 | $17.40 |
| 11/3/2020 | 9,100 | ($0.9183) | ($8,356.53) | 11/16/2020 | 1,200 | $0.8700 | $1,044.00 |
| 11/3/2020 | 300 | ($0.9159) | ($274.77) | 11/16/2020 | 390 | $0.8700 | $339.30 |
| 11/3/2020 | 1,000 | ($0.9159) | ($915.90) | 11/16/2020 | 200 | $0.8700 | $174.00 |
| 11/3/2020 | 1,000 | ($0.9159) | ($915.90) | 11/16/2020 | 20 | $0.8700 | $17.40 |
| 11/3/2020 | 1,000 | ($0.9180) | ($918.00) | 11/16/2020 | 100 | $0.8705 | $87.05 |
| 11/3/2020 | 300 | ($0.9180) | ($275.40) | 11/16/2020 | 100 | $0.8709 | $87.09 |
| 11/3/2020 | 47 | ($0.9180) | ($43.15) | 11/16/2020 | 545 | $0.8709 | $474.64 |
| 11/3/2020 | 173 | ($0.9180) | ($158.81) | 11/16/2020 | 150 | $0.8710 | $130.65 |
| 11/3/2020 | 300 | ($0.9180) | ($275.40) | 11/16/2020 | 3,000 | $0.8714 | $2,614.20 |
| 11/3/2020 | 1,000 | ($0.9180) | ($918.00) | 11/16/2020 | 3,221 | $0.8750 | $2,818.38 |
| 11/3/2020 | 10 | ($0.9180) | ($9.18) | 11/16/2020 | 1,000 | $0.8756 | $875.60 |
| 11/3/2020 | 100 | ($0.9180) | ($91.80) | 11/16/2020 | 993 | $0.8760 | $869.87 |
| 11/3/2020 | 100 | ($0.9180) | ($91.80) | 11/16/2020 | 25,000 | $0.8760 | $21,900.00 |
| 11/3/2020 | 1,000 | ($0.9141) | ($914.10) | 11/25/2020 | 16,912 | $0.3692 | $6,243.91 |
| 11/3/2020 | 10 | ($0.9120) | ($9.12) | 11/25/2020 | 700 | $0.3700 | $259.00 |
| 11/3/2020 | 100 | ($0.9120) | ($91.20) | 11/25/2020 | 1,100 | $0.3700 | $407.00 |
| 11/3/2020 | 500 | ($0.9060) | ($453.00) | 11/25/2020 | 800 | $0.3700 | $296.00 |
| 11/3/2020 | 11,432 | ($0.9160) | ($10,471.71) | 11/25/2020 | 200 | $0.3700 | $74.00 |
| 11/3/2020 | 2,726 | ($0.9160) | ($2,497.02) | 11/25/2020 | 200 | $0.3700 | $74.00 |
| 11/3/2020 | 74 | ($0.9160) | ($67.78) | 11/25/2020 | 200 | $0.3700 | $74.00 |
| 11/3/2020 | 2,002 | ($0.9270) | ($1,855.85) | 11/25/2020 | 300 | $0.3700 | $111.00 |
| 11/3/2020 | 2,500 | ($0.9270) | ($2,317.50) | 11/25/2020 | 1,900 | $0.3700 | $703.00 |
| 11/3/2020 | 70 | ($0.9270) | ($64.89) | 11/25/2020 | 2,372 | $0.3700 | $877.64 |
| 11/3/2020 | 50 | ($0.9270) | ($46.35) | 11/25/2020 | 300 | $0.3700 | $111.00 |
| 11/3/2020 | 500 | ($0.9200) | ($460.00) | 11/25/2020 | 56 | $0.3700 | $20.72 |
| 11/3/2020 | 4,023 | ($0.9200) | ($3,701.16) | | | | |
| 11/3/2020 | 193 | ($0.9200) | ($177.56) | | | | |
| 11/3/2020 | 7,400 | ($0.9200) | ($6,808.00) | | | | |
| 11/3/2020 | 3,670 | ($0.9210) | ($3,380.07) | | | | |

| | | | |
|---|---|---|---|
| 11/3/2020 | 323 | ($0.9210) | ($297.48) |
| 11/3/2020 | 1,800 | ($0.9210) | ($1,657.80) |
| 11/3/2020 | 1,800 | ($0.9210) | ($1,657.80) |
| 11/3/2020 | 1,115 | ($0.9210) | ($1,026.92) |
| 11/3/2020 | 1,500 | ($0.9210) | ($1,381.50) |
| 11/3/2020 | 51 | ($0.9210) | ($46.97) |
| 11/3/2020 | 4,104 | ($0.9210) | ($3,779.78) |
| 11/3/2020 | 262 | ($0.9210) | ($241.30) |
| 11/3/2020 | 1,640 | ($0.9210) | ($1,510.44) |
| 11/3/2020 | 1 | ($0.9210) | ($0.92) |
| 11/3/2020 | 200 | ($0.9210) | ($184.20) |
| 11/3/2020 | 300 | ($0.9210) | ($276.30) |
| 11/3/2020 | 25 | ($0.9210) | ($23.03) |
| 11/3/2020 | 11 | ($0.9210) | ($10.13) |
| 11/3/2020 | 15 | ($0.9210) | ($13.82) |
| 11/3/2020 | 799 | ($0.9210) | ($735.88) |
| 11/3/2020 | 893 | ($0.9230) | ($824.24) |
| 11/3/2020 | 2,000 | ($0.9230) | ($1,846.00) |
| 11/3/2020 | 1,222 | ($0.9230) | ($1,127.91) |
| 11/3/2020 | 48 | ($0.9270) | ($44.50) |
| 11/3/2020 | 1,900 | ($0.9270) | ($1,761.30) |
| 11/3/2020 | 825 | ($0.9270) | ($764.78) |
| 11/3/2020 | 21 | ($0.9290) | ($19.51) |
| 11/3/2020 | 1,200 | ($0.9290) | ($1,114.80) |
| 11/3/2020 | 118 | ($0.9310) | ($109.86) |
| 11/3/2020 | 1,900 | ($0.9310) | ($1,768.90) |
| 11/3/2020 | 100 | ($0.9310) | ($93.10) |
| 11/3/2020 | 457 | ($0.9340) | ($426.84) |
| 11/3/2020 | 1,912 | ($0.9340) | ($1,785.81) |
| 11/3/2020 | 1,000 | ($0.9340) | ($934.00) |
| 11/3/2020 | 16 | ($0.9340) | ($14.94) |
| 11/3/2020 | 1,990 | ($0.9300) | ($1,850.70) |
| 11/3/2020 | 279 | ($0.9300) | ($259.47) |
| 11/3/2020 | 2,000 | ($0.9300) | ($1,860.00) |
| 11/3/2020 | 500 | ($0.9300) | ($465.00) |
| 11/12/2020 | 12,016 | ($0.9100) | ($10,934.56) |
| 11/12/2020 | 11,546 | ($0.9100) | ($10,506.86) |
| 11/12/2020 | 10,600 | ($0.9100) | ($9,646.00) |
| 11/12/2020 | 300 | ($0.9085) | ($272.55) |
| 11/12/2020 | 200 | ($0.9099) | ($181.98) |
| 11/12/2020 | 300 | ($0.9085) | ($272.55) |
| 11/12/2020 | 500 | ($0.9075) | ($453.75) |
| 11/12/2020 | 1,800 | ($0.9085) | ($1,635.30) |
| 11/12/2020 | 1,246 | ($0.9099) | ($1,133.74) |
| 11/12/2020 | 100 | ($0.9097) | ($90.97) |
| 11/12/2020 | 200 | ($0.9097) | ($181.94) |
| 11/12/2020 | 300 | ($0.9097) | ($272.91) |
| 11/12/2020 | 100 | ($0.9097) | ($90.97) |
| 11/12/2020 | 100 | ($0.9097) | ($90.97) |
| 11/12/2020 | 400 | ($0.9097) | ($363.88) |
| 11/12/2020 | 200 | ($0.9097) | ($181.94) |
| 11/12/2020 | 4,941 | ($0.9080) | ($4,486.43) |
| 11/12/2020 | 700 | ($0.9080) | ($635.60) |
| 11/12/2020 | 600 | ($0.9080) | ($544.80) |
| 11/12/2020 | 500 | ($0.9080) | ($454.00) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 11/12/2020 | 500 | ($0.9080) | ($454.00) | | | | | |
| | 11/12/2020 | 700 | ($0.9080) | ($635.60) | | | | | |
| | 11/12/2020 | 400 | ($0.9080) | ($363.20) | | | | | |
| | 11/12/2020 | 600 | ($0.9080) | ($544.80) | | | | | |
| | 11/12/2020 | 600 | ($0.9080) | ($544.80) | | | | | |
| | 11/12/2020 | 600 | ($0.9080) | ($544.80) | | | | | |
| | 11/12/2020 | 900 | ($0.9080) | ($817.20) | | | | | |
| | 11/12/2020 | 700 | ($0.9080) | ($635.60) | | | | | |
| | 11/12/2020 | 100 | ($0.9080) | ($90.80) | | | | | |
| | 11/12/2020 | 500 | ($0.9080) | ($454.00) | | | | | |
| | 11/12/2020 | 100 | ($0.9080) | ($90.80) | | | | | |
| | 11/12/2020 | 600 | ($0.9080) | ($544.80) | | | | | |
| | 11/12/2020 | 600 | ($0.9080) | ($544.80) | | | | | |
| | 11/12/2020 | 600 | ($0.9080) | ($544.80) | | | | | |
| | 11/12/2020 | 600 | ($0.9080) | ($544.80) | | | | | |
| | 11/12/2020 | 600 | ($0.9080) | ($544.80) | | | | | |
| | 11/12/2020 | 5,852 | ($0.9100) | ($5,325.32) | | | | | |
| | 11/12/2020 | 6,367 | ($0.8760) | ($5,577.49) | | | | | |
| | 11/12/2020 | 3 | ($0.8700) | ($2.61) | | | | | |
| | 11/12/2020 | 13,122 | ($0.8850) | ($11,612.97) | | | | | |
| | 11/12/2020 | 800 | ($0.8900) | ($712.00) | | | | | |
| | 11/12/2020 | 800 | ($0.8900) | ($712.00) | | | | | |
| | 11/12/2020 | 100 | ($0.8900) | ($89.00) | | | | | |
| | 11/12/2020 | 200 | ($0.8900) | ($178.00) | | | | | |
| | 11/12/2020 | 2 | ($0.8900) | ($1.78) | | | | | |
| | 11/12/2020 | 2 | ($0.8900) | ($1.78) | | | | | |
| | 11/12/2020 | 100 | ($0.8900) | ($89.00) | | | | | |
| | 11/12/2020 | 200 | ($0.8900) | ($178.00) | | | | | |
| | 11/12/2020 | 165 | ($0.8900) | ($146.85) | | | | | |
| | 11/12/2020 | 100 | ($0.8900) | ($89.00) | | | | | |
| | 11/12/2020 | 200 | ($0.8900) | ($178.00) | | | | | |
| | 11/12/2020 | 1,000 | ($0.8900) | ($890.00) | | | | | |
| | 11/12/2020 | 1,100 | ($0.8900) | ($979.00) | | | | | |
| | 11/12/2020 | 600 | ($0.8900) | ($534.00) | | | | | |
| | 11/12/2020 | 1,341 | ($0.8890) | ($1,192.15) | | | | | |
| | 11/12/2020 | 4,000 | ($0.8900) | ($3,560.00) | | | | | |
| | 11/12/2020 | 100 | ($0.8900) | ($89.00) | | | | | |
| | 11/12/2020 | 2 | ($0.8900) | ($1.78) | | | | | |
| | 11/12/2020 | 2 | ($0.8900) | ($1.78) | | | | | |
| | 11/12/2020 | 2 | ($0.8900) | ($1.78) | | | | | |
| | 11/12/2020 | 2 | ($0.8900) | ($1.78) | | | | | |
| | 11/12/2020 | 1,100 | ($0.8900) | ($979.00) | | | | | |
| | 11/13/2020 | 1 | ($0.9699) | ($0.97) | | | | | |
| | | 1,302,387 | | ($1,365,720.79) | | 959,499 | | $847,845.66 | 342,888 | $141,346.05 | ($376,529.07) |
| | | | | | | | | | |
| Roth XXXX-5318 account | 7/31/2019 | 1 | ($0.8751) | ($0.88) | 2/3/2020 | 4,641 | $0.4250 | $1,972.43 | |
| | 1/17/2020 | 43,990 | ($0.4090) | ($17,991.91) | 2/3/2020 | 12,958 | $0.4250 | $5,507.15 | |
| | 1/21/2020 | 6 | ($0.4147) | ($2.49) | 2/3/2020 | 200 | $0.4250 | $85.00 | |
| | 2/18/2020 | 23,244 | ($0.6250) | ($14,527.50) | 2/3/2020 | 200 | $0.4255 | $85.10 | |
| | 2/18/2020 | 1,000 | ($0.6250) | ($625.00) | 2/3/2020 | 98 | $0.4255 | $41.70 | |
| | 2/18/2020 | 31 | ($0.6250) | ($19.38) | 2/3/2020 | 4,500 | $0.4255 | $1,914.75 | |
| | 2/18/2020 | 248 | ($0.6238) | ($154.70) | 2/3/2020 | 18,900 | $0.4255 | $8,041.95 | |
| | 2/18/2020 | 500 | ($0.6250) | ($312.50) | 2/3/2020 | 100 | $0.4255 | $42.55 | |
| | 2/18/2020 | 100 | ($0.6227) | ($62.27) | 2/3/2020 | 200 | $0.4255 | $85.10 | |
| | 2/18/2020 | 100 | ($0.6209) | ($62.09) | 2/3/2020 | 2,200 | $0.4255 | $936.10 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/18/2020 | 89 | ($0.6179) | ($54.99) | 3/6/2020 | 63,507 | $0.5351 | $33,982.60 |
| 2/18/2020 | 29,502 | ($0.6191) | ($18,264.69) | 3/6/2020 | 3,601 | $0.5352 | $1,927.26 |
| 2/18/2020 | 2,000 | ($0.6191) | ($1,238.20) | 3/6/2020 | 11,300 | $0.5400 | $6,102.00 |
| 2/18/2020 | 700 | ($0.6177) | ($432.39) | 3/6/2020 | 2,000 | $0.5402 | $1,080.40 |
| 2/18/2020 | 5,894 | ($0.6176) | ($3,640.13) | 3/6/2020 | 100 | $0.5411 | $54.11 |
| 2/18/2020 | 10 | ($0.6176) | ($6.18) | 3/6/2020 | 2,600 | $0.5420 | $1,409.20 |
| 2/18/2020 | 6,318 | ($0.6176) | ($3,902.00) | 3/6/2020 | 1,100 | $0.5428 | $597.08 |
| 2/18/2020 | 17,334 | ($0.6180) | ($10,712.41) | 3/6/2020 | 2,700 | $0.5429 | $1,465.83 |
| 2/18/2020 | 6,597 | ($0.6200) | ($4,090.14) | 3/6/2020 | 8,592 | $0.5428 | $4,663.74 |
| 2/18/2020 | 16,400 | ($0.6200) | ($10,168.00) | 3/6/2020 | 4,500 | $0.5430 | $2,443.50 |
| 2/18/2020 | 3 | ($0.6200) | ($1.86) | 3/6/2020 | 14,660 | $0.5682 | $8,329.81 |
| 2/18/2020 | 1,156 | ($0.6106) | ($705.85) | 3/6/2020 | 100 | $0.5700 | $57.00 |
| 2/19/2020 | 11,305 | ($0.6604) | ($7,465.82) | 3/6/2020 | 15,490 | $0.5700 | $8,829.30 |
| 2/19/2020 | 5,800 | ($0.6600) | ($3,828.00) | 3/6/2020 | 1,710 | $0.5700 | $974.70 |
| 2/19/2020 | 599 | ($0.6588) | ($394.62) | 3/6/2020 | 5,900 | $0.5700 | $3,363.00 |
| 2/19/2020 | 3,800 | ($0.6579) | ($2,500.02) | 3/6/2020 | 3,700 | $0.5715 | $2,114.55 |
| 2/20/2020 | 2 | ($0.6440) | ($1.29) | 3/6/2020 | 1,000 | $0.5742 | $574.20 |
| 2/20/2020 | 2,400 | ($0.6400) | ($1,536.00) | 3/6/2020 | 1,000 | $0.5728 | $572.80 |
| 2/20/2020 | 200 | ($0.6388) | ($127.76) | 3/6/2020 | 1,000 | $0.5715 | $571.50 |
| 2/20/2020 | 10,128 | ($0.6399) | ($6,480.91) | 3/6/2020 | 1,000 | $0.5720 | $572.00 |
| 2/20/2020 | 100 | ($0.6362) | ($63.62) | 7/9/2020 | 19,204 | $1.7400 | $33,414.96 |
| 5/28/2020 | 9 | ($0.9408) | ($8.47) | 7/9/2020 | 2,900 | $1.7430 | $5,054.70 |
| 6/1/2020 | 4 | ($1.2800) | ($5.12) | 7/9/2020 | 500 | $1.7400 | $870.00 |
| 6/1/2020 | 1 | ($1.2800) | ($1.28) | 7/9/2020 | 3,001 | $1.7450 | $5,236.75 |
| 7/7/2020 | 29,191 | ($1.8900) | ($55,170.99) | 7/9/2020 | 3,600 | $1.7700 | $6,372.00 |
| 7/24/2020 | 79,190 | ($2.0300) | ($160,755.70) | 7/31/2020 | 21,460 | $1.6200 | $34,765.20 |
| 7/24/2020 | 19,906 | ($2.0300) | ($40,409.18) | 7/31/2020 | 1,236 | $1.6300 | $2,014.68 |
| 8/17/2020 | 14 | ($1.5300) | ($21.42) | 7/31/2020 | 2,304 | $1.6300 | $3,755.52 |
| 8/24/2020 | 19,597 | ($0.8900) | ($17,441.33) | 7/31/2020 | 25,000 | $1.6300 | $40,750.00 |
| 8/24/2020 | 25,000 | ($0.9400) | ($23,500.00) | 9/21/2020 | 342 | $1.0800 | $369.36 |
| 8/24/2020 | 1,609 | ($0.9800) | ($1,576.82) | 9/21/2020 | 18,365 | $1.0800 | $19,834.20 |
| 8/24/2020 | 8,080 | ($0.9800) | ($7,918.40) | 9/22/2020 | 7,377 | $1.0800 | $7,967.16 |
| 8/24/2020 | 2,000 | ($0.9800) | ($1,960.00) | 9/22/2020 | 100 | $1.0800 | $108.00 |
| 8/24/2020 | 13,311 | ($0.9800) | ($13,044.78) | 9/22/2020 | 1 | $1.0800 | $1.08 |
| 10/5/2020 | 3 | ($1.0852) | ($3.26) | 9/22/2020 | 100 | $1.0800 | $108.00 |
| 10/5/2020 | 29,598 | ($1.0899) | ($32,258.86) | 9/22/2020 | 16,517 | $1.0800 | $17,838.36 |
| 10/5/2020 | 954 | ($1.0900) | ($1,039.86) | 9/22/2020 | 1 | $1.0900 | $1.09 |
| 10/5/2020 | 41,626 | ($1.0900) | ($45,372.34) | 9/22/2020 | 4 | $1.0900 | $4.36 |
| 10/5/2020 | 100 | ($1.0800) | ($108.00) | 9/22/2020 | 900 | $1.0900 | $981.00 |
| 10/5/2020 | 750 | ($1.0800) | ($810.00) | 9/23/2020 | 25,000 | $1.0500 | $26,250.00 |
| 10/5/2020 | 3,596 | ($1.0800) | ($3,883.68) | 9/25/2020 | 14,400 | $0.9690 | $13,953.60 |
| 11/3/2020 | 2 | ($0.9040) | ($1.81) | 9/25/2020 | 500 | $0.9691 | $484.55 |
| 11/3/2020 | 12,000 | ($0.9160) | ($10,992.00) | 9/25/2020 | 300 | $0.9695 | $290.85 |
| 11/3/2020 | 2,243 | ($0.9160) | ($2,054.59) | 9/25/2020 | 900 | $0.9693 | $872.37 |
| 11/3/2020 | 637 | ($0.9160) | ($583.49) | 9/25/2020 | 700 | $0.9691 | $678.37 |
| 11/3/2020 | 1,000 | ($0.9260) | ($926.00) | 9/25/2020 | 1,000 | $0.9690 | $969.00 |
| 11/3/2020 | 200 | ($0.9260) | ($185.20) | 9/25/2020 | 800 | $0.9691 | $775.28 |
| 11/3/2020 | 300 | ($0.9260) | ($277.80) | 9/25/2020 | 1,000 | $0.9692 | $969.20 |
| 11/3/2020 | 1 | ($0.9260) | ($0.93) | 9/25/2020 | 5,400 | $0.9693 | $5,234.22 |
| 11/3/2020 | 200 | ($0.9260) | ($185.20) | 9/25/2020 | 24,976 | $0.9757 | $24,369.08 |
| 11/3/2020 | 43 | ($0.9260) | ($39.82) | 9/25/2020 | 24 | $0.9768 | $23.44 |
| 11/3/2020 | 9 | ($0.9260) | ($8.33) | 10/19/2020 | 12,000 | $1.0112 | $12,134.40 |
| 11/3/2020 | 1,400 | ($0.9260) | ($1,296.40) | 10/19/2020 | 12,191 | $1.0100 | $12,312.91 |
| 11/3/2020 | 1,136 | ($0.9250) | ($1,050.80) | 10/19/2020 | 8 | $1.0198 | $8.16 |
| 11/3/2020 | 7 | ($0.9190) | ($6.43) | 10/19/2020 | 1,000 | $1.0100 | $1,010.00 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 11/3/2020 | 4,208 | ($0.9190) | ($3,867.15) | 10/19/2020 | 94 | $1.0100 | $94.94 |
| 11/3/2020 | 941 | ($0.9210) | ($866.66) | 10/19/2020 | 150 | $1.0100 | $151.50 |
| 11/3/2020 | 305 | ($0.9210) | ($280.91) | 10/19/2020 | 2,315 | $1.0101 | $2,338.38 |
| 11/3/2020 | 984 | ($0.9210) | ($906.26) | 10/19/2020 | 10,000 | $1.0101 | $10,101.00 |
| 11/3/2020 | 596 | ($0.9230) | ($550.11) | 10/19/2020 | 86 | $1.0100 | $86.86 |
| 11/3/2020 | 1,513 | ($0.9230) | ($1,396.50) | 10/19/2020 | 200 | $1.0100 | $202.00 |
| 11/3/2020 | 1,076 | ($0.9230) | ($993.15) | 10/19/2020 | 55 | $1.0100 | $55.55 |
| 11/3/2020 | 200 | ($0.9230) | ($184.60) | 10/19/2020 | 8,045 | $1.0300 | $8,286.35 |
| 11/3/2020 | 778 | ($0.9250) | ($719.65) | 10/20/2020 | 5,742 | $1.0100 | $5,799.42 |
| 11/3/2020 | 2,000 | ($0.9250) | ($1,850.00) | 10/20/2020 | 2,000 | $1.0100 | $2,020.00 |
| 11/3/2020 | 3,258 | ($0.9260) | ($3,016.91) | 10/20/2020 | 49 | $1.0100 | $49.49 |
| 11/3/2020 | 1,667 | ($0.9260) | ($1,543.64) | 10/20/2020 | 1,050 | $1.0100 | $1,060.50 |
| 11/3/2020 | 25 | ($0.9340) | ($23.35) | 10/20/2020 | 1,000 | $1.0100 | $1,010.00 |
| 11/3/2020 | 100 | ($0.9350) | ($93.50) | 10/20/2020 | 1,000 | $1.0100 | $1,010.00 |
| 11/12/2020 | 23,700 | ($0.8800) | ($20,856.00) | 10/20/2020 | 1,000 | $1.0100 | $1,010.00 |
| 11/12/2020 | 1,131 | ($0.8800) | ($995.28) | 10/20/2020 | 800 | $1.0100 | $808.00 |
| 11/12/2020 | 1,000 | ($0.8800) | ($880.00) | 10/20/2020 | 1,000 | $1.0100 | $1,010.00 |
| 11/12/2020 | 100 | ($0.8800) | ($88.00) | 10/20/2020 | 10 | $1.0100 | $10.10 |
| 11/12/2020 | 7,100 | ($0.8800) | ($6,248.00) | 10/20/2020 | 600 | $1.0100 | $606.00 |
| 11/12/2020 | 238 | ($0.8800) | ($209.44) | 10/20/2020 | 930 | $1.0100 | $939.30 |
| 11/12/2020 | 100 | ($0.8800) | ($88.00) | 10/20/2020 | 1 | $1.0100 | $1.01 |
| 11/12/2020 | 100 | ($0.8800) | ($88.00) | 10/20/2020 | 10 | $1.0100 | $10.10 |
| 11/12/2020 | 9,300 | ($0.8800) | ($8,184.00) | 10/20/2020 | 50 | $1.0100 | $50.50 |
| 11/13/2020 | 119 | ($0.9500) | ($113.05) | 10/20/2020 | 7,306 | $1.0100 | $7,379.06 |
| 11/13/2020 | 6,900 | ($0.9423) | ($6,501.87) | 10/20/2020 | 25 | $1.0100 | $25.25 |
| 11/13/2020 | 1,200 | ($0.9449) | ($1,133.88) | 10/20/2020 | 7,910 | $1.0100 | $7,989.10 |
| 11/13/2020 | 300 | ($0.9449) | ($283.47) | 11/11/2020 | 3,826 | $0.8000 | $3,060.80 |
| 11/13/2020 | 100 | ($0.9232) | ($92.32) | 11/11/2020 | 1,000 | $0.8000 | $800.00 |
| 11/13/2020 | 10,158 | ($0.9027) | ($9,169.63) | 11/11/2020 | 95 | $0.8000 | $76.00 |
| 11/13/2020 | 6,291 | ($0.9027) | ($5,678.89) | 11/11/2020 | 150 | $0.8000 | $120.00 |
| 11/13/2020 | 300 | ($0.9027) | ($270.81) | 11/11/2020 | 8,000 | $0.8000 | $6,400.00 |
| 11/13/2020 | 200 | ($0.9027) | ($180.54) | 11/11/2020 | 8,250 | $0.8000 | $6,600.00 |
| 11/13/2020 | 67 | ($0.9027) | ($60.48) | 11/11/2020 | 2,500 | $0.8000 | $2,000.00 |
| 11/13/2020 | 800 | ($0.9027) | ($722.16) | 11/11/2020 | 17 | $0.8000 | $13.60 |
| 11/13/2020 | 800 | ($0.9027) | ($722.16) | 11/11/2020 | 130 | $0.8000 | $104.00 |
| 11/13/2020 | 200 | ($0.9027) | ($180.54) | 11/11/2020 | 3,478 | $0.8000 | $2,782.40 |
| 11/13/2020 | 1,400 | ($0.9027) | ($1,263.78) | 11/11/2020 | 1,000 | $0.7800 | $780.00 |
| 11/13/2020 | 1,600 | ($0.9027) | ($1,444.32) | 11/11/2020 | 4 | $0.7800 | $3.12 |
| 11/13/2020 | 100 | ($0.9027) | ($90.27) | 11/11/2020 | 200 | $0.7800 | $156.00 |
| 11/13/2020 | 300 | ($0.9027) | ($270.81) | 11/11/2020 | 699 | $0.7800 | $545.22 |
| 11/13/2020 | 100 | ($0.9027) | ($90.27) | 11/11/2020 | 500 | $0.7800 | $390.00 |
| 11/13/2020 | 100 | ($0.9027) | ($90.27) | 11/11/2020 | 250 | $0.7800 | $195.00 |
| 11/13/2020 | 300 | ($0.9027) | ($270.81) | 11/11/2020 | 1,123 | $0.7800 | $875.94 |
| 11/13/2020 | 200 | ($0.9027) | ($180.54) | 11/11/2020 | 5,100 | $0.7800 | $3,978.00 |
| 11/13/2020 | 300 | ($0.9027) | ($270.81) | 11/11/2020 | 2 | $0.7880 | $1.58 |
| 11/13/2020 | 100 | ($0.9027) | ($90.27) | 11/11/2020 | 220 | $0.7888 | $173.54 |
| 11/13/2020 | 100 | ($0.9027) | ($90.27) | 11/11/2020 | 35 | $0.7994 | $27.98 |
| 11/13/2020 | 300 | ($0.9027) | ($270.81) | 11/11/2020 | 250 | $0.7994 | $199.85 |
| 11/13/2020 | 300 | ($0.9027) | ($270.81) | 11/16/2020 | 49 | $0.8410 | $41.21 |
| 11/13/2020 | 300 | ($0.9027) | ($270.81) | 11/16/2020 | 4,200 | $0.8410 | $3,532.20 |
| 11/13/2020 | 100 | ($0.9027) | ($90.27) | 11/16/2020 | 2,000 | $0.8410 | $1,682.00 |
| 11/13/2020 | 200 | ($0.9027) | ($180.54) | 11/16/2020 | 5,000 | $0.8410 | $4,205.00 |
| 11/13/2020 | 200 | ($0.9027) | ($180.54) | 11/16/2020 | 2,000 | $0.8440 | $1,688.00 |
| 11/13/2020 | 300 | ($0.9027) | ($270.81) | 11/16/2020 | 500 | $0.8440 | $422.00 |
| | | | | 11/16/2020 | 2,000 | $0.8440 | $1,688.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 11/16/2020 | 2,000 | $0.8440 | $1,688.00 | | | |
| | | | 11/16/2020 | 20 | $0.8440 | $16.88 | | | |
| | | | 11/25/2020 | 28,618 | $0.3800 | $10,874.84 | | | |
| | | | 11/25/2020 | 30,117 | $0.3800 | $11,444.46 | | | |
| | 577,429 | ($616,997.79) | | 577,429 | | $496,848.27 | 0 | $0.00 | ($120,149.52) |
| **Daryl Whitmore total loss:** | 1,879,816 | ($1,982,718.57) | | 1,536,928 | | $1,344,693.93 | 342,888 | $141,346.05 | ($496,678.59) |