**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEIL DARISH, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>      v.<br><br>NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER,<br><br>                  Defendants. | Case No: 1:20-cv-05917-ENV-RLM<br><br>CLASS ACTION |
| CHARLES HYMOWITZ, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>      v.<br><br>NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER,<br><br>                  Defendants. | Case No: 1:20-cv-06126-PKC-RLM<br><br>CLASS ACTION |

**NOTICE OF MOTION AND MOTION OF**
**JIM MCCORMICK AND LAURENT MARTEL**
**FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS**
**LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on a date and at a time to be designated by the Court, Jim McCormick and Laurent Martel (together, "Movants") will and hereby do respectfully move this Court for an Order:  (1) consolidating the above-captioned actions; (2) appointing Movants as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Northern Dynasty Minerals Ltd. securities from December 21, 2017 through November 25, 2020, both dates inclusive; (3) approving Movants' selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Melissa A. Fortunato, the [Proposed] Order Consolidating the Actions, Appointing Movants as Lead Plaintiff, and Approving Movants' Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA, which provides that within 60 days after publication of the required notice, any member of the proposed class may move the Court to be appointed Lead Plaintiff, whether or not they have previously filed a complaint in the underlying action.  Consequently, Movants' counsel has no way of knowing who the competing lead plaintiff movants are at this time.  As a result, counsel for

1

Movants respectfully request that Rules III.B. and III.D. of Your Honor's Individual Motion Practice and Rules be waived for this Motion.

DATED: February 2, 2021                 Respectfully submitted,

                                        **BRAGAR EAGEL & SQUIRE, P.C.**

                                        By: */s/ Melissa A. Fortunato*
                                        Melissa A. Fortunato
                                        Marion C. Passmore
                                        810 Seventh Avenue, Suite 620
                                        New York, NY 10019
                                        Telephone:  (212) 308-5858
                                        Facsimile:  (212) 214-0506
                                        Email: fortunato@bespc.com
                                        Email: passmore@bespc.com

                                        *Counsel for Movants and Proposed*
                                        *Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Melissa A. Fortunato, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 2nd day of February, 2021.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

3