UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL DARISH, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER,<br><br>          Defendants. | Case No.  1:20-cv-05917-ENV-RLM<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF LAWRENCE KELEMEN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| CHARLES HYMOWITZ, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                    v.<br><br>NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER,<br><br>                    Defendants. | Case No.  1:20-cv-06126-PKC-RLM |

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Lawrence Kelemen ("Kelemen"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Kelemen's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of Kelemen's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Assignment of claims from Center for Kehillah Development Limited to Kelemen; |
| Exhibit B: | Chart reflecting the financial interest of Kelemen in this litigation; |
| Exhibit C: | Press release announcing the pendency of the first-filed of the Related Actions; |
| Exhibit D: | Shareholder Certification executed by Kelemen; |
| Exhibit E: | Declaration executed by Kelemen; and |
| Exhibit F: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 2, 2021 at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1