# EXHIBIT B

**Northern Dynasty Minerals Ltd. (NAK)**
**Class Period: December 21, 2017 through November 25, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 8/24/2020 Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PreClass | 24,101 | | | | |
| Kelemen, Lawrence | 1/23/2018 | 1,200 | $1.6000 | ($1,920) | 8/24/2020 | (343,426) | $0.6600 | $226,661 | | |
| Kelemen, Lawrence | 9/21/2018 | 3,773 | $0.5300 | ($2,000) | | | | | | |
| Kelemen, Lawrence | 10/19/2018 | 3,791 | $0.5400 | ($2,047) | | | | | | |
| Kelemen, Lawrence | 10/21/2019 | 4,562 | $0.5500 | ($2,509) | | | | | | |
| Kelemen, Lawrence | 12/16/2019 | 1,315 | $0.4200 | ($552) | | | | | | |
| Kelemen, Lawrence | 12/16/2019 | 5,263 | $0.4200 | ($2,210) | | | | | | |
| Kelemen, Lawrence | 4/3/2020 | 5,000 | $0.3900 | ($1,950) | | | | | | |
| Kelemen, Lawrence | 5/26/2020 | 50,000 | $0.9100 | ($45,500) | | | | | | |
| Kelemen, Lawrence | 5/27/2020 | 47,721 | $0.9600 | ($45,812) | | | | | | |
| Kelemen, Lawrence | 7/14/2020 | 196,700 | $1.4600 | ($287,182) | | | | | | |
| **Kelemen, Lawrence** | | **319,325** | | **($391,683)** | | **(343,426)** | | **$226,661** | **319,325** | **($180,928)** |
| | | | | | | | | | | |
| Center for Kehillah Development Limited | 8/3/2020 | 19,835 | $1.5500 | ($30,744) | 8/24/2020 | (516,129) | $0.6700 | $344,161 | | |
| Center for Kehillah Development Limited | 8/5/2020 | 496,294 | $1.5500 | ($769,226) | | | | | | |
| **Center for Kehillah Development Limited** | | **516,129** | | **($799,971)** | | **(516,129)** | | **$344,161** | **516,129** | **($455,810)** |
| | | | | | | | | | | |
| **Total** | | **835,454** | | **($1,191,654)** | | **(859,555)** | | **$570,822** | **835,454** | **($636,738)** |