**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEIL DARISH, Individually and on behalf of all others similarly situated, | Case No: 1:20-cv-05917-ENV-RLM |
| Plaintiff, | CLASS ACTION |
| v. | |
| NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER, | |
| Defendants. | |
| CHARLES HYMOWITZ, Individually and on behalf of all others similarly situated, | Case No: 1:20-cv-06126-PKC-RLM |
| Plaintiff, | CLASS ACTION |
| v. | |
| NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER, | |
| Defendants. | |

**DECLARATION OF MELISSA A.**
**FORTUNATO IN SUPPORT OF THE MOTION OF**
**JIM MCCORMICK AND LAURENT MARTEL FOR**
**CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD**
**PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movants Jim McCormick and Laurent Martel (together, "Movants") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movants' Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:      Private Securities Litigation Reform Act of 1995 certifications signed by Jim McCormick and Laurent Martel, attaching their securities transactions during the Class Period in Schedule A(s), thereto;

Exhibit 2:      Chart detailing Movants' estimated combined financial losses;

Exhibit 3:      Joint Declaration signed by Jim McCormick and Laurent Martel;

Exhibit 4:      Press release published December 4, 2020 on *Businesswire* announcing the pendency of the securities class action against Defendants herein:  *Darish v. Northern Dynasty Minerals Ltd., et al.*, Case No. 1:20-cv-05917; and

Exhibit 5:      Bragar Eagel & Squire, P.C. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 2nd day of February, 2021.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

1