# Exhibit 2

**Northern Dynasty Minerals, Ltd.**

| | |
|---|---:|
| Company Name | Northern Dynasty Minerals, Ltd. |
| Ticker Symbol | NAK |
| Security Type | Common Stock |
| Class Period Start | 12/21/2017 |
| Class Period End | 11/25/2020 |
| 90-DAY Lookback Period Start | 11/27/2020 |
| 90-DAY Lookback Period End | 02/02/2021 |
| 90-DAY Lookback Average | $0.4170 |

| Movant | Loss |
|---|---|
| Jim McCormick | ($249,611.20) |
| Laurent Martel | ($90,647.36) |
| **Total Loss** | **($340,258.56)** |

| Client Name | Jim McCormick |
| --- | --- |
| Company Name | Northern Dynasty Minerals, Ltd. |
| Ticker Symbol | NAK |
| Security Type | Common Stock |
| Class Period Start | 12/21/2017 |
| Class Period End | 11/25/2020 |
| 90-DAY Lookback Period Start | 11/27/2020 |
| 90-DAY Lookback Period End | 02/02/2021 |
| 90-DAY Lookback Average | $0.4170 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTERES | |
| --- | --- |
| LIFO Loss Total | ($249,611.20) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 4/1/2020 | 25,000 | $0.39 | ($9,860.00) | | | ($9,860.00) |
| 4/9/2020 | -100 | | | $0.51 | $51.40 | ($9,808.60) |
| 4/13/2020 | -100 | | | $0.56 | $56.08 | ($9,752.52) |
| 4/13/2020 | -100 | | | $0.57 | $56.56 | ($9,695.96) |
| 4/13/2020 | -116 | | | $0.56 | $65.12 | ($9,630.84) |
| 4/13/2020 | -800 | | | $0.56 | $448.80 | ($9,182.04) |
| 4/13/2020 | -8,984 | | | $0.56 | $5,034.63 | ($4,147.40) |
| 4/13/2020 | -16 | | | $0.56 | $9.02 | ($4,138.38) |
| 4/13/2020 | -9,984 | | | $0.56 | $5,611.01 | $1,472.62 |
| 4/13/2020 | -27 | | | $0.57 | $15.32 | $1,487.94 |
| 4/13/2020 | -73 | | | $0.57 | $41.33 | $1,529.28 |
| 4/13/2020 | -100 | | | $0.57 | $56.61 | $1,585.89 |
| 4/13/2020 | -1,473 | | | $0.57 | $833.13 | $2,419.01 |
| 4/13/2020 | -2,000 | | | $0.57 | $1,131.00 | $3,550.01 |
| 4/13/2020 | -300 | | | $0.57 | $169.50 | $3,719.51 |
| 4/13/2020 | -827 | | | $0.56 | $463.20 | $4,182.72 |
| 5/7/2020 | 2,000 | $0.79 | ($1,588.00) | | | $2,594.72 |
| 5/7/2020 | 2,000 | $0.79 | ($1,587.80) | | | $1,006.92 |
| 5/7/2020 | 1 | $0.79 | ($0.79) | | | $1,006.12 |
| 5/7/2020 | 2,000 | $0.80 | ($1,599.40) | | | ($593.28) |
| 5/7/2020 | 2,000 | $0.80 | ($1,597.20) | | | ($2,190.48) |
| 5/7/2020 | 2,000 | $0.80 | ($1,599.40) | | | ($3,789.88) |
| 5/7/2020 | 2,000 | $0.80 | ($1,599.60) | | | ($5,389.48) |
| 5/29/2020 | 6,200 | $1.40 | ($8,680.00) | | | ($14,069.48) |
| 5/29/2020 | 3,800 | $1.39 | ($5,282.00) | | | ($19,351.48) |
| 5/29/2020 | 10,000 | $1.40 | ($14,000.00) | | | ($33,351.48) |
| 5/29/2020 | 10,000 | $1.39 | ($13,900.00) | | | ($47,251.48) |

| Date | Shares | Price | Amount | Balance |
|---|---|---|---|---|
| 5/29/2020 | 10,000 | $1.39 | ($13,900.00) | ($61,151.48) |
| 5/29/2020 | 10,000 | $1.39 | ($13,900.00) | ($75,051.48) |
| 7/8/2020 | 2,000 | $1.81 | ($3,619.80) | ($78,671.28) |
| 7/8/2020 | 2,000 | $1.81 | ($3,619.80) | ($82,291.08) |
| 7/17/2020 | 100 | $1.67 | ($166.99) | ($82,458.07) |
| 7/17/2020 | 2,000 | $1.67 | ($3,339.80) | ($85,797.87) |
| 7/17/2020 | 2,000 | $1.66 | ($3,326.00) | ($89,123.87) |
| 7/17/2020 | 2,000 | $1.66 | ($3,326.00) | ($92,449.87) |
| 7/17/2020 | 500 | $1.67 | ($834.95) | ($93,284.82) |
| 7/17/2020 | 1,500 | $1.67 | ($2,497.50) | ($95,782.32) |
| 7/20/2020 | 2,000 | $1.90 | ($3,790.20) | ($99,572.52) |
| 7/20/2020 | 2,000 | $1.90 | ($3,799.80) | ($103,372.32) |
| 7/20/2020 | 2,100 | $1.90 | ($3,989.79) | ($107,362.11) |
| 7/20/2020 | 2,000 | $1.95 | ($3,897.00) | ($111,259.11) |
| 7/20/2020 | 1,900 | $1.95 | ($3,704.81) | ($114,963.92) |
| 7/20/2020 | 100 | $1.95 | ($194.50) | ($115,158.42) |
| 7/20/2020 | 2,000 | $1.96 | ($3,919.80) | ($119,078.22) |
| 7/20/2020 | 2,000 | $1.96 | ($3,910.00) | ($122,988.22) |
| 7/20/2020 | 2,000 | $1.96 | ($3,910.20) | ($126,898.42) |
| 7/20/2020 | 1,000 | $1.96 | ($1,959.90) | ($128,858.32) |
| 7/20/2020 | 1,000 | $1.96 | ($1,955.00) | ($130,813.32) |
| 7/20/2020 | 2,000 | $1.96 | ($3,910.00) | ($134,723.32) |
| 7/20/2020 | 2,000 | $1.96 | ($3,910.20) | ($138,633.52) |
| 7/20/2020 | 2,000 | $1.96 | ($3,919.80) | ($142,553.32) |
| 7/20/2020 | 2,000 | $1.96 | ($3,919.80) | ($146,473.12) |
| 7/22/2020 | 2,000 | $2.38 | ($4,759.80) | ($151,232.92) |
| 7/22/2020 | 600 | $2.38 | ($1,427.94) | ($152,660.86) |
| 7/22/2020 | 1,400 | $2.38 | ($3,331.72) | ($155,992.58) |
| 7/22/2020 | 2,000 | $2.41 | ($4,819.80) | ($160,812.38) |
| 7/22/2020 | 2,000 | $2.40 | ($4,800.00) | ($165,612.38) |
| 7/22/2020 | 2,000 | $2.39 | ($4,780.00) | ($170,392.38) |
| 7/22/2020 | 2,000 | $2.41 | ($4,819.80) | ($175,212.18) |
| 7/22/2020 | 2,000 | $2.40 | ($4,806.00) | ($180,018.18) |
| 7/22/2020 | 2,000 | $2.41 | ($4,810.00) | ($184,828.18) |
| 7/22/2020 | 200 | $2.40 | ($480.00) | ($185,308.18) |
| 7/22/2020 | 700 | $2.40 | ($1,679.93) | ($186,988.11) |
| 7/22/2020 | 1,100 | $2.40 | ($2,639.67) | ($189,627.78) |
| 7/22/2020 | 2,000 | $2.40 | ($4,800.00) | ($194,427.78) |
| 7/22/2020 | 2,000 | $2.38 | ($4,760.00) | ($199,187.78) |

| Date | Shares | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 7/22/2020 | 2,000 | $2.37 | ($4,739.80) | | | ($203,927.58) |
| 7/22/2020 | 2,000 | $2.37 | ($4,740.00) | | | ($208,667.58) |
| 7/22/2020 | 2,000 | $2.38 | ($4,759.80) | | | ($213,427.38) |
| 7/22/2020 | 2,000 | $2.38 | ($4,760.00) | | | ($218,187.38) |
| 7/22/2020 | 2,000 | $2.38 | ($4,759.60) | | | ($222,946.98) |
| 7/22/2020 | 2,000 | $2.38 | ($4,759.80) | | | ($227,706.78) |
| 7/22/2020 | 2,000 | $2.38 | ($4,759.60) | | | ($232,466.38) |
| 7/22/2020 | 2,000 | $2.37 | ($4,740.00) | | | ($237,206.38) |
| 7/22/2020 | 2,000 | $2.27 | ($4,539.60) | | | ($241,745.98) |
| 7/22/2020 | 2,000 | $2.28 | ($4,559.80) | | | ($246,305.78) |
| 7/22/2020 | 2,000 | $2.28 | ($4,553.00) | | | ($250,858.78) |
| 7/22/2020 | 2,000 | $2.28 | ($4,559.80) | | | ($255,418.58) |
| 7/22/2020 | 2,000 | $2.28 | ($4,559.80) | | | ($259,978.38) |
| 7/22/2020 | 2,000 | $2.28 | ($4,553.20) | | | ($264,531.58) |
| 7/22/2020 | 2,000 | $2.27 | ($4,540.00) | | | ($269,071.58) |
| 7/22/2020 | 2,000 | $2.27 | ($4,540.00) | | | ($273,611.58) |
| 7/22/2020 | 2,000 | $2.28 | ($4,559.80) | | | ($278,171.38) |
| 7/22/2020 | 2,000 | $2.28 | ($4,550.00) | | | ($282,721.38) |
| 7/22/2020 | 2,000 | $2.28 | ($4,559.80) | | | ($287,281.18) |
| 7/22/2020 | 2,000 | $2.29 | ($4,571.60) | | | ($291,852.78) |
| 7/22/2020 | 2,000 | $2.29 | ($4,579.80) | | | ($296,432.58) |
| 7/22/2020 | 2,000 | $2.29 | ($4,571.60) | | | ($301,004.18) |
| 7/22/2020 | 2,000 | $2.28 | ($4,566.00) | | | ($305,570.18) |
| 7/22/2020 | 2,000 | $2.29 | ($4,579.80) | | | ($310,149.98) |
| 7/24/2020 | 2,000 | $2.19 | ($4,380.00) | | | ($314,529.98) |
| 11/25/2020 | -100,000 | | | $0.38 | $37,500.00 | ($277,029.98) |
| 11/25/2020 | -26,301 | | | $0.38 | $9,994.38 | ($267,035.60) |
| 11/25/2020 | -35,900 | | | $0.38 | $13,498.40 | ($253,537.20) |
| 11/25/2020 | -10,000 | | | $0.39 | $3,926.00 | ($249,611.20) |
| | | | | | **Subtotal** | ($249,611.20) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($249,611.20) |

| Client Name | Laurent Martel |
|---|---|
| Company Name | Northern Dynasty Minerals, Ltd. |
| Ticker Symbol | NAK |
| Security Type | Common Stock |
| Class Period Start | 12/21/2017 |
| Class Period End | 11/25/2020 |
| 90-DAY Lookback Period Start | 11/27/2020 |
| 90-DAY Lookback Period End | 02/02/2021 |
| 90-DAY Lookback Average | $0.4170 |
| Pre Class Period Holdings | 5,362 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($90,647.36) |
| DURA LIFO Loss Total | ($77,871.35) |
| Net Shares Retained | 178,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 3/6/2018 | 700 | $0.90 | ($630.07) | | | ($630.07) |
| 3/19/2018 | 975 | $0.89 | ($867.75) | | | ($1,497.82) |
| 5/21/2018 | 870 | $0.71 | ($621.09) | | | ($2,118.91) |
| 6/6/2018 | 7,093 | $0.60 | ($4,255.80) | | | ($6,374.71) |
| 6/18/2018 | 7,500 | $0.51 | ($3,787.50) | | | ($10,162.21) |
| 9/21/2018 | 7,500 | $0.57 | ($4,275.00) | | | ($14,437.21) |
| 2/6/2019 | -30,000 | | | $0.96 | $28,800.00 | $14,362.79 |
| 2/7/2019 | 1,460 | $0.90 | ($1,314.00) | | | $13,048.79 |
| 2/16/2019 | 18,540 | $0.91 | ($16,871.40) | | | ($3,822.61) |
| 2/20/2019 | -20,000 | | | $0.98 | $19,600.00 | $15,777.39 |
| 2/21/2019 | 30,000 | $0.95 | ($28,500.00) | | | ($12,722.61) |
| 7/11/2019 | -2,377 | | | $0.50 | $1,197.53 | ($11,525.08) |
| 7/11/2019 | -11,500 | | | $0.50 | $5,778.75 | ($5,746.33) |
| 7/11/2019 | -523 | | | $0.50 | $263.07 | ($5,483.26) |
| 7/11/2019 | -300 | | | $0.50 | $150.78 | ($5,332.48) |
| 7/11/2019 | -300 | | | $0.50 | $151.20 | ($5,181.28) |
| 7/30/2019 | -11,986 | | | $0.55 | $6,532.37 | $1,351.09 |
| 7/30/2019 | -1,814 | | | $0.55 | $995.89 | $2,346.97 |
| 7/30/2019 | -800 | | | $0.55 | $436.32 | $2,783.29 |
| 7/30/2019 | -400 | | | $0.55 | $218.08 | $3,001.37 |
| 12/5/2019 | 4,100 | $0.53 | ($2,152.50) | | | $848.87 |
| 12/27/2019 | 10,000 | $0.41 | ($4,090.00) | | | ($3,241.13) |
| 3/5/2020 | -14,100 | | | $0.59 | $8,248.50 | $5,007.37 |
| 3/23/2020 | 30,000 | $0.36 | ($10,800.00) | | | ($5,792.63) |
| 4/13/2020 | 10,000 | $0.51 | ($5,100.00) | | | ($10,892.63) |
| 4/20/2020 | 10,000 | $0.55 | ($5,500.00) | | | ($16,392.63) |
| 5/4/2020 | 10,000 | $0.58 | ($5,800.00) | | | ($22,192.63) |
| 5/8/2020 | 2,000 | $0.87 | ($1,740.00) | | | ($23,932.63) |
| 5/8/2020 | -2,000 | | | $0.95 | $1,900.00 | ($22,032.63) |
| 5/18/2020 | 5,700 | $0.95 | ($5,412.15) | | | ($27,444.78) |
| 5/18/2020 | 28,300 | $0.95 | ($26,885.00) | | | ($54,329.78) |
| 5/19/2020 | 3 | $0.93 | ($2.79) | | | ($54,332.57) |
| 5/29/2020 | -34,003 | | | $1.29 | $43,863.87 | ($10,468.70) |
| 6/1/2020 | 42,107 | $1.26 | ($53,054.82) | | | ($63,523.52) |
| 6/1/2020 | -7,107 | | | $1.26 | $8,954.82 | ($54,568.70) |
| 7/10/2020 | 55,000 | $1.54 | ($84,700.00) | | | ($139,268.70) |
| 7/17/2020 | -50,000 | | | $1.64 | $82,000.00 | ($57,268.70) |
| 7/24/2020 | 5,271 | $1.97 | ($10,383.34) | | | ($67,652.04) |
| 7/24/2020 | 179 | $1.97 | ($352.45) | | | ($68,004.49) |
| 7/24/2020 | 3,250 | $2.16 | ($7,020.00) | | | ($75,024.49) |
| 7/24/2020 | 29,550 | $1.97 | ($58,213.50) | | | ($133,237.99) |
| 7/28/2020 | 6,750 | $1.55 | ($10,462.50) | | | ($143,700.49) |
| 11/19/2020 | 33,000 | $0.86 | ($28,380.00) | | | ($172,080.49) |
| 11/25/2020 | 178,000 | $0.37 | ($65,860.00) | | | ($237,940.49) |
| 11/25/2020 | -2,100 | | | $0.41 | $861.63 | ($237,078.86) |
| 11/25/2020 | -65,489 | | | $0.41 | $26,929.08 | ($210,149.78) |
| 11/25/2020 | -110,411 | | | $0.41 | $45,268.51 | ($164,881.27) |
| | | | | | **Subtotal** | ($164,881.27) |
| | | | | | **Retained Share Value** | $74,233.91 |
| | | | | | **Total** | ($90,647.36) |