**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEIL DARISH, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER <br><br> Defendants. | No. 1:20-cv-05917-ENV-RLM <br><br> <u>CLASS ACTION</u> <br> **NOTICE OF MOTION OF RYAN MANZEK AND MICHAEL MOONEY FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS** <br><br> **ORAL ARGUMENT REQUESTED** |
| CHARLES HYMOWITZ, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER, <br><br> Defendants. | No. 1:20-cv-06126-PKC-RLM |

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Eric N. Vitaliano, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Courtroom 4C South, Brooklyn, NY 11201, Ryan Manzek ("Manzek") and Michael Mooney ("Mooney"), by and through their undersigned counsel, will respectfully move this Court for an entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Mooney and Manzek as Lead Plaintiff in the above-captioned securities class actions; (2) approving their selection of Kehoe Law Firm P.C. as Lead Counsel for the Class; (3) consolidating all related securities class actions; and (4) for any such further relief as the Court may deem just and proper.

Pursuant to Rule III. E. of the Court's Individual Motion Practice and Rules, Manzek and Mooney respectfully request an exception to the Court's Motion Scheduling and Bundling Rules. Manzek and Mooney respectfully submit that it was not possible to comply with the Motion Scheduling and Bundling Rules for this motion. The PSLRA sets forth a strict 60-day deadline for the filing of Lead Plaintiff motions. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). In addition, under the statutory framework of the PSLRA, it was not possible to discern the identities of the other Lead Plaintiff movants in advance of the February 2, 2021 deadline for seeking Lead Plaintiff status. As such, Manzek and Mooney are filing their motion at this time and respectfully request that the Court waive the Motion Scheduling and Bundling Rules in this instance.

This Motion is made on the grounds that Manzek and Mooney believe that they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Manzek and Mooney believe that they have the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $593,139 in

losses that they incurred on their investments in Northern Dynasty Minerals Ltd. securities as calculated under either a first-in, first-out basis or last-in, first-out basis. Manzek and Mooney also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Manzek and Mooney respectfully request that the Court: (1) appoint them as Lead Plaintiff pursuant to the PSLRA; (2) approve their selection of KLF as Lead Counsel for the Class; (3) consolidate all related securities class actions; and (4) grant any such further relief as the Court may deem just and proper.

Dated:  February 2, 2021

Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Javier Bleichmar*
Javier Bleichmar
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile:  (212) 205-3960
jbleichmar@bfalaw.com

*Local Counsel*

**KEHOE LAW FIRM, P.C.**
John A. Kehoe
Michael Yarnoff
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
Telephone: (212) 792-6676
Facsimle: (510) 350-9701

2

jkehoe@kehoelawfirm.com
myarnoff@kehoelawfirm.com

*Counsel for Proposed Lead Plaintiff Manzek
and Mooney, and Proposed Lead Counsel for
the Class*