**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEIL DARISH, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER <br><br> Defendants. | No. 1:20-cv-05917-ENV-RLM <br><br> CLASS ACTION <br><br> **[PROPOSED] ORDER APPOINTING RYAN MANZEK AND MICHAEL MOONEY AS LEAD PLAINTIFF, APPROVING THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS** |
| CHARLES HYMOWITZ, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER, <br><br> Defendants. | No. 1:20-cv-06126-PKC-RLM |

Upon consideration of (1) the Motion of Ryan Manzek ("Manzek") and Michael Mooney ("Mooney") for appointment as Lead Plaintiff, approval of their selection of counsel and for consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      Manzek and Mooney's Motion is **GRANTED.**

2.      Manzek and Mooney are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3.      Manzek and Mooney's selection of Lead Counsel is **APPROVED**, and Kehoe Law Firm, P.C. is **APPOINTED** as Lead Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.      The action shall be captioned "*In re Northern Dynasty Minerals Ltd. Securities Litigation*" and the file shall be maintained under Master File No. 1:20-cv-05917-ENV-RLM.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE