**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEIL DARISH, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER <br><br> Defendants. | No. 1:20-cv-05917-ENV-RLM <br><br> <u>CLASS ACTION</u> <br> **DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF RYAN MANZEK AND MICHAEL MOONEY FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS** |
| CHARLES HYMOWITZ, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN DYNASTY MINERALS LTD., RONALD WILLIAM THIESSEN, MARK C. PETERS, MARCHAND SNYMAN, and TOM COLLIER, <br><br> Defendants. | No. 1:20-cv-06126-PKC-RLM |

I, Javier Bleichmar, declare as follows:

I am a member in good standing of the bar of the State of New York and of this Court. I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA"). I submit this declaration in support of the Motion filed by Ryan Manzek ("Manzek") and Michael Mooney ("Mooney") for: (1) appointment as Lead Plaintiff; (2) approval of their selection of Lead Counsel; (3) consolidation of all related securities class actions; and (4) any such further relief as the Court may deem just and proper.

Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:    PSLRA certifications Manzek and Mooney;

EXHIBIT B:    Notice of pendency of *Darish v. Northern Dynasty Minerals Ltd.*, 1:20-cv-05917-ENV-RLM, published on December 4, 2020;

EXHIBIT C:    Chart reflecting financial interest of Manzek and Mooney;

EXHIBIT D:    Joint Declaration of Manzek and Mooney;

EXHIBIT E:    Firm Resume of Kehoe Law Firm, P.C.; and

EXHIBIT F:    Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of February 2021.

*/s/ Javier Bleichmar*
Javier Bleichmar