# EXHIBIT A

## CERTIFICATION

I, Ryan Manzek, hereby certify as follows:

1.      I have reviewed a class action complaint filed against Northern Dynasty Minerals Ltd. ("Northern Dynasty") and others alleging violations of the federal securities laws.

2.      I did not purchase or sell securities of Northern Dynasty at the direction of counsel in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

4.      My transactions in Northern Dynasty securities during the Class Period are reflected in Schedule A, attached hereto.

5.      I have not sought to serve as lead plaintiff in a class action filed under the federal securities laws in the last three years.

6.      Beyond my *pro rata* share of any recovery, I will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

1

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 1 day of February 2021.


_____
Ryan Manzek

**SCHEDULE A**
TRANSACTIONS IN
Northern Dynasty Minerals Ltd.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 07/21/2020 | 14,900.00 | 2.29 | ($34,121.00) |
| Purchase | 07/21/2020 | 5,000.00 | 2.28 | ($11,400.00) |
| Purchase | 07/21/2020 | 100.00 | 2.29 | ($229.00) |
| Purchase | 07/22/2020 | 20,000.00 | 2.30 | ($46,000.00) |
| Purchase | 07/22/2020 | 20,000.00 | 2.32 | ($46,400.00) |
| Sale | 07/22/2020 | -20,000.00 | 2.33 | $46,600.00 |
| Sale | 07/22/2020 | -20,000.00 | 2.34 | $46,800.00 |
| Purchase | 07/23/2020 | 20,000.00 | 2.14 | ($42,800.00) |
| Purchase | 07/23/2020 | 15,000.00 | 2.18 | ($32,700.00) |
| Purchase | 07/23/2020 | 5,000.00 | 2.15 | ($10,750.00) |
| Sale | 07/23/2020 | -2,972.00 | 2.20 | $6,538.40 |
| Sale | 07/23/2020 | -7,028.00 | 2.21 | $15,531.88 |
| Sale | 07/23/2020 | -10,000.00 | 2.19 | $21,900.00 |
| Sale | 07/23/2020 | -20,000.00 | 2.20 | $44,000.00 |
| Purchase | 07/24/2020 | 40,000.00 | 2.05 | ($82,000.00) |
| Purchase | 07/24/2020 | 40,000.00 | 2.12 | ($84,800.00) |
| Purchase | 07/24/2020 | 20,000.00 | 1.90 | ($38,000.00) |
| Sale | 07/24/2020 | -20,000.00 | 2.19 | $43,800.00 |
| Purchase | 07/27/2020 | 40,000.00 | 1.67 | ($66,800.00) |
| Sale | 07/27/2020 | -1.00 | 1.72 | $1.72 |
| Sale | 07/27/2020 | -29,999.00 | 1.71 | $51,298.29 |
| Sale | 07/27/2020 | -50,000.00 | 1.69 | $84,500.00 |
| Sale | 07/27/2020 | -60,000.00 | 1.68 | $100,800.00 |
| Purchase | 07/28/2020 | 60,000.00 | 1.60 | ($96,000.00) |
| Sale | 07/28/2020 | -60,000.00 | 1.56 | $93,600.00 |
| Purchase | 07/29/2020 | 40,000.00 | 1.55 | ($62,000.00) |
| Sale | 07/29/2020 | -40,000.00 | 1.61 | $64,400.00 |
| Purchase | 07/30/2020 | 40,000.00 | 1.57 | ($62,800.00) |
| Purchase | 07/30/2020 | 40,000.00 | 1.63 | ($65,200.00) |
| Sale | 08/06/2020 | -40,000.00 | 1.56 | $62,400.00 |
| Sale | 08/07/2020 | -40,000.00 | 1.56 | $62,400.00 |
| Purchase | 08/11/2020 | 58,200.00 | 1.47 | ($85,554.00) |
| Purchase | 08/11/2020 | 20,300.00 | 1.47 | ($29,841.00) |
| Purchase | 08/11/2020 | 6,333.00 | 1.46 | ($9,246.18) |
| Sale | 08/13/2020 | -84,833.00 | 1.52 | $128,946.16 |
| Purchase | 08/18/2020 | 80,000.00 | 1.56 | ($124,800.00) |
| Purchase | 08/20/2020 | 83,000.00 | 1.54 | ($127,820.00) |
| Sale | 08/20/2020 | -80,000.00 | 1.59 | $127,200.00 |
| Purchase | 08/21/2020 | 86,000.00 | 1.50 | ($129,000.00) |
| Purchase | 08/26/2020 | 160,000.00 | 0.85 | ($136,000.00) |

| | | | | |
|---|---|---|---|---|
| Purchase | 08/26/2020 | 58,983.00 | 0.87 | ($51,315.21) |
| Sale | 08/26/2020 | -207.00 | 0.79 | $163.53 |
| Sale | 08/26/2020 | -300.00 | 0.81 | $243.00 |
| Sale | 08/26/2020 | -400.00 | 0.90 | $360.00 |
| Sale | 08/26/2020 | -500.00 | 0.83 | $415.00 |
| Sale | 08/26/2020 | -559.00 | 0.89 | $497.51 |
| Sale | 08/26/2020 | -661.00 | 0.81 | $535.41 |
| Sale | 08/26/2020 | -1,100.00 | 0.79 | $869.00 |
| Sale | 08/26/2020 | -2,000.00 | 0.90 | $1,800.00 |
| Sale | 08/26/2020 | -3,000.00 | 0.89 | $2,670.00 |
| Sale | 08/26/2020 | -3,086.00 | 0.79 | $2,437.94 |
| Sale | 08/26/2020 | -5,100.00 | 0.81 | $4,131.00 |
| Sale | 08/26/2020 | -5,600.00 | 0.79 | $4,424.00 |
| Sale | 08/26/2020 | -6,075.00 | 0.82 | $4,981.50 |
| Sale | 08/26/2020 | -6,600.00 | 0.89 | $5,874.00 |
| Sale | 08/26/2020 | -9,200.00 | 0.79 | $7,268.00 |
| Sale | 08/26/2020 | -21,732.00 | 0.79 | $17,168.28 |
| Sale | 08/26/2020 | -22,000.00 | 0.79 | $17,380.00 |
| Sale | 08/26/2020 | -24,139.00 | 0.83 | $20,035.37 |
| Sale | 08/26/2020 | -29,600.00 | 0.83 | $24,568.00 |
| Sale | 08/26/2020 | -46,424.00 | 0.89 | $41,317.36 |
| Sale | 08/26/2020 | -99,700.00 | 0.81 | $80,757.00 |
| Sale | 08/26/2020 | -100,000.00 | 0.80 | $80,000.00 |
| Purchase | 10/14/2020 | 30,000.00 | 1.15 | ($34,500.00) |
| Purchase | 10/15/2020 | 47,787.00 | 1.08 | ($51,609.96) |
| Purchase | 10/15/2020 | 17,913.00 | 1.08 | ($19,346.04) |
| Sale | 11/25/2020 | -3,975.00 | 0.38 | $1,510.50 |
| Sale | 11/25/2020 | -9,600.00 | 0.38 | $3,648.00 |
| Sale | 11/25/2020 | -18,464.00 | 0.38 | $7,016.32 |
| Sale | 11/25/2020 | -63,661.00 | 0.38 | $24,191.18 |

# CERTIFICATION

I, Michael Mooney, hereby certify as follows:

1.      I have reviewed a class action complaint filed against Northern Dynasty Minerals Ltd. ("Northern Dynasty") and others alleging violations of the federal securities laws.

2.      I did not purchase or sell securities of Northern Dynasty at the direction of counsel in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

4.      My transactions in Northern Dynasty securities during the Class Period are reflected in Schedule A, attached hereto.

5.      I have not sought to serve as lead plaintiff in a class action filed under the federal securities laws in the last three years.

6.      Beyond my *pro rata* share of any recovery, I will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

1

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ___ day of February 2021.

2/1/2021

DocuSigned by:

A2B84A3F307C44A...

Michael Mooney

2

**SCHEDULE A**

TRANSACTIONS IN

Northern Dynasty Minerals Ltd.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 05/19/2020 | 70,000.00 | 0.93 | ($65,170.00) |
| Sale | 06/02/2020 | -70,000.00 | 1.28 | $89,600.00 |
| Purchase | 06/02/2020 | 58,000.00 | 1.19 | ($69,020.00) |
| Sale | 06/04/2020 | -58,000.00 | 1.24 | $71,920.00 |
| Purchase | 06/10/2020 | 1,000.00 | 1.31 | ($1,310.00) |
| Purchase | 06/11/2020 | 57,000.00 | 1.34 | ($76,380.00) |
| Purchase | 07/07/2020 | 120,000.00 | 1.72 | ($206,400.00) |
| Purchase | 07/08/2020 | 72,000.00 | 1.75 | ($126,000.00) |
| Purchase | 07/08/2020 | 28,500.00 | 1.73 | ($49,305.00) |
| Purchase | 07/10/2020 | 50,000.00 | 1.52 | ($76,000.00) |
| Purchase | 07/13/2020 | 10,000.00 | 1.51 | ($15,100.00) |
| Sale | 07/20/2020 | -10,000.00 | 1.90 | $19,000.00 |
| Purchase | 07/24/2020 | 10,000.00 | 1.98 | ($19,800.00) |
| Sale | 07/27/2020 | -328,500.00 | 1.68 | $551,880.00 |
| Purchase | 07/27/2020 | 328,500.00 | 1.62 | ($532,170.00) |
| Sale | 08/12/2020 | -10,000.00 | 1.50 | $15,000.00 |
| Sale | 08/13/2020 | -10,000.00 | 1.52 | $15,200.00 |
| Sale | 08/13/2020 | -18,500.00 | 1.52 | $28,120.00 |
| Sale | 08/14/2020 | -10,000.00 | 1.50 | $15,000.00 |
| Sale | 08/24/2020 | -290,000.00 | 0.71 | $205,900.00 |
| Purchase | 08/24/2020 | 290,000.00 | 0.78 | ($226,200.00) |
| Purchase | 09/08/2020 | 60,000.00 | 0.99 | ($59,100.00) |
| Sale | 09/09/2020 | -60,000.00 | 1.09 | $65,400.00 |
| Purchase | 09/10/2020 | 60,000.00 | 1.03 | ($61,800.00) |
| Sale | 11/25/2020 | -180,000.00 | 0.41 | $73,350.00 |
| Sale | 11/25/2020 | -170,000.00 | 0.39 | $66,300.00 |