# EXHIBIT C

**Financial Interest Analysis for Michael Mooney**
**Class Period: December 21, 2017 - November 25, 2020**

**FIFO/LIFO - Northern Dynasty Minerals Ltd.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/21/2017 | 0.00 | | |
| Purchase | 5/19/2020 | 70,000.00 | $0.9310 | ($65,170.00) |
| Purchase | 6/2/2020 | 58,000.00 | $1.1900 | ($69,020.00) |
| Purchase | 6/10/2020 | 1,000.00 | $1.3100 | ($1,310.00) |
| Purchase | 6/11/2020 | 57,000.00 | $1.3400 | ($76,380.00) |
| Purchase | 7/7/2020 | 120,000.00 | $1.7200 | ($206,400.00) |
| Purchase | 7/8/2020 | 72,000.00 | $1.7500 | ($126,000.00) |
| Purchase | 7/8/2020 | 28,500.00 | $1.7300 | ($49,305.00) |
| Purchase | 7/10/2020 | 50,000.00 | $1.5200 | ($76,000.00) |
| Purchase | 7/13/2020 | 10,000.00 | $1.5100 | ($15,100.00) |
| Purchase | 7/24/2020 | 10,000.00 | $1.9800 | ($19,800.00) |
| Purchase | 7/27/2020 | 328,500.00 | $1.6200 | ($532,170.00) |
| Purchase | 8/24/2020 | 290,000.00 | $0.7800 | ($226,200.00) |
| Purchase | 9/8/2020 | 60,000.00 | $0.9850 | ($59,100.00) |
| Purchase | 9/10/2020 | 60,000.00 | $1.0300 | ($61,800.00) |
| *Total Class Period Purchases* | | 1,215,000.00 | | ($1,583,755.00) |
| Sale | 6/2/2020 | -70,000.00 | $1.2800 | $89,600.00 |
| Sale | 6/4/2020 | -58,000.00 | $1.2400 | $71,920.00 |
| Sale | 7/20/2020 | -10,000.00 | $1.9000 | $19,000.00 |
| Sale | 7/27/2020 | -328,500.00 | $1.6800 | $551,880.00 |
| Sale | 8/12/2020 | -10,000.00 | $1.5000 | $15,000.00 |
| Sale | 8/13/2020 | -10,000.00 | $1.5200 | $15,200.00 |
| Sale | 8/13/2020 | -18,500.00 | $1.5200 | $28,120.00 |
| Sale | 8/14/2020 | -10,000.00 | $1.5000 | $15,000.00 |
| Sale | 8/24/2020 | -290,000.00 | $0.7100 | $205,900.00 |
| Sale | 9/9/2020 | -60,000.00 | $1.0900 | $65,400.00 |
| Sale | 11/25/2020 | -180,000.00 | $0.4075 | $73,350.00 |
| Sale | 11/25/2020 | -170,000.00 | $0.3900 | $66,300.00 |
| *Class Period Sales Matching to Class Period Purchases* | | -1,215,000.00 | | $1,216,670.00 |
| Retained Shares [1] | | 0.00 | $0.4167 | $0.00 |
| | | | **FIFO/LIFO Gain/(Loss):** | **($367,085.00)** |

1 Shares retained at the end of the Class Period are valued at the average price from November 25, 2020 to February 2, 2021.

Financial Interest Analysis for Ryan Manzek
Class Period: December 21, 2017 - November 25, 2020

**FIFO/LIFO - Northern Dynasty Minerals Ltd.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/21/2017 | 0.00 | | |
| Purchase | 7/21/2020 | 14,900.00 | $2.2900 | ($34,121.00) |
| Purchase | 7/21/2020 | 5,000.00 | $2.2800 | ($11,400.00) |
| Purchase | 7/21/2020 | 100.00 | $2.2900 | ($229.00) |
| Purchase | 7/22/2020 | 20,000.00 | $2.3000 | ($46,000.00) |
| Purchase | 7/22/2020 | 20,000.00 | $2.3200 | ($46,400.00) |
| Purchase | 7/23/2020 | 20,000.00 | $2.1400 | ($42,800.00) |
| Purchase | 7/23/2020 | 15,000.00 | $2.1800 | ($32,700.00) |
| Purchase | 7/23/2020 | 5,000.00 | $2.1500 | ($10,750.00) |
| Purchase | 7/24/2020 | 40,000.00 | $2.0500 | ($82,000.00) |
| Purchase | 7/24/2020 | 40,000.00 | $2.1200 | ($84,800.00) |
| Purchase | 7/24/2020 | 20,000.00 | $1.9000 | ($38,000.00) |
| Purchase | 7/27/2020 | 40,000.00 | $1.6700 | ($66,800.00) |
| Purchase | 7/28/2020 | 60,000.00 | $1.6000 | ($96,000.00) |
| Purchase | 7/29/2020 | 40,000.00 | $1.5500 | ($62,000.00) |
| Purchase | 7/30/2020 | 40,000.00 | $1.5700 | ($62,800.00) |
| Purchase | 7/30/2020 | 40,000.00 | $1.6300 | ($65,200.00) |
| Purchase | 8/11/2020 | 58,200.00 | $1.4700 | ($85,554.00) |
| Purchase | 8/11/2020 | 20,300.00 | $1.4700 | ($29,841.00) |
| Purchase | 8/11/2020 | 6,333.00 | $1.4600 | ($9,246.18) |
| Purchase | 8/18/2020 | 80,000.00 | $1.5600 | ($124,800.00) |
| Purchase | 8/20/2020 | 83,000.00 | $1.5400 | ($127,820.00) |
| Purchase | 8/21/2020 | 86,000.00 | $1.5000 | ($129,000.00) |
| Purchase | 8/26/2020 | 160,000.00 | $0.8500 | ($136,000.00) |
| Purchase | 8/26/2020 | 58,983.00 | $0.8700 | ($51,315.21) |
| Purchase | 10/14/2020 | 30,000.00 | $1.1500 | ($34,500.00) |
| Purchase | 10/15/2020 | 47,787.00 | $1.0800 | ($51,609.96) |
| Purchase | 10/15/2020 | 17,913.00 | $1.0800 | ($19,346.04) |
| *Total Class Period Purchases* | | *1,068,516.00* | | *($1,581,032.39)* |
| Sale | 7/22/2020 | -20,000.00 | $2.3300 | $46,600.00 |
| Sale | 7/22/2020 | -20,000.00 | $2.3400 | $46,800.00 |
| Sale | 7/23/2020 | -2,972.00 | $2.2000 | $6,538.40 |
| Sale | 7/23/2020 | -7,028.00 | $2.2100 | $15,531.88 |
| Sale | 7/23/2020 | -10,000.00 | $2.1900 | $21,900.00 |
| Sale | 7/23/2020 | -20,000.00 | $2.2000 | $44,000.00 |
| Sale | 7/24/2020 | -20,000.00 | $2.1900 | $43,800.00 |
| Sale | 7/27/2020 | -1.00 | $1.7200 | $1.72 |
| Sale | 7/27/2020 | -29,999.00 | $1.7100 | $51,298.29 |
| Sale | 7/27/2020 | -50,000.00 | $1.6900 | $84,500.00 |
| Sale | 7/27/2020 | -60,000.00 | $1.6800 | $100,800.00 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale | 7/28/2020 | -60,000.00 | $1.5600 | $93,600.00 | |
| Sale | 7/29/2020 | -40,000.00 | $1.6100 | $64,400.00 | |
| Sale | 8/6/2020 | -40,000.00 | $1.5600 | $62,400.00 | |
| Sale | 8/7/2020 | -40,000.00 | $1.5600 | $62,400.00 | |
| Sale | 8/13/2020 | -84,833.00 | $1.5200 | $128,946.16 | |
| Sale | 8/20/2020 | -80,000.00 | $1.5900 | $127,200.00 | |
| Sale | 8/26/2020 | -207.00 | $0.7900 | $163.53 | |
| Sale | 8/26/2020 | -300.00 | $0.8100 | $243.00 | |
| Sale | 8/26/2020 | -400.00 | $0.9000 | $360.00 | |
| Sale | 8/26/2020 | -500.00 | $0.8300 | $415.00 | |
| Sale | 8/26/2020 | -559.00 | $0.8900 | $497.51 | |
| Sale | 8/26/2020 | -661.00 | $0.8100 | $535.41 | |
| Sale | 8/26/2020 | -1,100.00 | $0.7900 | $869.00 | |
| Sale | 8/26/2020 | -2,000.00 | $0.9000 | $1,800.00 | |
| Sale | 8/26/2020 | -3,000.00 | $0.8900 | $2,670.00 | |
| Sale | 8/26/2020 | -3,086.00 | $0.7900 | $2,437.94 | |
| Sale | 8/26/2020 | -5,100.00 | $0.8100 | $4,131.00 | |
| Sale | 8/26/2020 | -5,600.00 | $0.7900 | $4,424.00 | |
| Sale | 8/26/2020 | -6,075.00 | $0.8200 | $4,981.50 | |
| Sale | 8/26/2020 | -6,600.00 | $0.8900 | $5,874.00 | |
| Sale | 8/26/2020 | -9,200.00 | $0.7900 | $7,268.00 | |
| Sale | 8/26/2020 | -21,732.00 | $0.7900 | $17,168.28 | |
| Sale | 8/26/2020 | -22,000.00 | $0.7900 | $17,380.00 | |
| Sale | 8/26/2020 | -24,139.00 | $0.8300 | $20,035.37 | |
| Sale | 8/26/2020 | -29,600.00 | $0.8300 | $24,568.00 | |
| Sale | 8/26/2020 | -46,424.00 | $0.8900 | $41,317.36 | |
| Sale | 8/26/2020 | -99,700.00 | $0.8100 | $80,757.00 | |
| Sale | 8/26/2020 | -100,000.00 | $0.8000 | $80,000.00 | |
| Sale | 11/25/2020 | -3,975.00 | $0.3800 | $1,510.50 | |
| Sale | 11/25/2020 | -9,600.00 | $0.3800 | $3,648.00 | |
| Sale | 11/25/2020 | -18,464.00 | $0.3800 | $7,016.32 | |
| Sale | 11/25/2020 | -63,661.00 | $0.3800 | $24,191.18 | |
| *Class Period Sales Matching to Class Period Purchases* | | -1,068,516.00 | | $1,354,978.35 | |
| Retained Shares [1] | | 0.00 | $0.4167 | $0.00 | |
| | | | **FIFO/LIFO Gain/(Loss):** | **($226,054.04)** | |
| | | | **Total FIFO/LIFO Gain/(Loss):** | **($593,139.04)** | |

1 Shares retained at the end of the Class Period are valued at the average price from November 25, 2020 to February 2, 2021.