# EXHIBIT D

**JOINT DECLARATION OF RYAN MANZEK AND MICHAEL MOONEY IN
SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF,
APPROVAL OF THEIR SELECTION OF LEAD COUNSEL,
AND CONSOLIDATION OF ALL RELATED ACTIONS**

We, Ryan Manzek and Michael Mooney, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     We respectfully submit this Joint Declaration in support of our motion for appointment as lead plaintiff in the securities class action concerning Northern Dynasty Minerals Ltd. ("Northern Dynasty" or the "Company").  Each of us has personal knowledge about the information in this Joint Declaration to the extent it relates to each of us, respectively, as an individual, and each of us could and would testify competently to the facts stated below.  We are informed of, understand, and accept the duties and requirements imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including the duties to select and retain counsel, oversee the vigorous and efficient prosecution of the action, and maximize the recovery for the Class.

2.     I, Ryan Manzek, am an experienced investor with significant knowledge of financial markets.  I currently reside in Anchorage, Alaska and have actively invested in the stock market for approximately 20 years.  I graduated from the University of Anchorage Alaska in 2008, earning a Bachelor's degree with a major in finance and a minor in economics.  I received my Master of Business Administration in 2013 from the University of Anchorage Alaska with a specialization in data analytics.  Currently, I work as a Senior Business Analyst at Computer Task Group.  In that role, I support businesses with various consulting services for project management, process improvement, and performance management.  I also own a food concession business that employs over one dozen people.  Previously, I worked at UBS Wealth Management from February 2008 to March 2009, where I gained significant experience analyzing and investing in public companies.  Throughout my career, I have gained a significant amount of knowledge and experience supervising employees and I have also overseen attorneys providing legal services.

3.     I, Michael Mooney, served as an Information Technology Supervisor and Office Manager for Star Enterprise Co. for 21 years.   In those roles, I trained and supervised approximately 15 employees to use the computer systems and run the back office of the business. I am currently retired and reside in Staten Island, New York.  I have actively invested in the stock

market for roughly 25 years and gained significant experience analyzing public companies and investing in financial markets.

4.       We purchased a significant amount of Northern Dynasty securities.  We are highly motivated to recover the significant losses we suffered as result of Defendants' violations of the federal securities laws.  We therefore agree that this case should be prosecuted by investors with a financial interest substantial enough to ensure that the case is litigated vigorously, efficiently, and in the best interests of the Class.  We also believe that in a case of this magnitude and significance, the Class would benefit from the sharing of experience and resources, as well as the diversity of representation, that two investors serving together as Lead Plaintiff would provide to the Class.

5.       We have the resources, time, wherewithal, and desire to closely oversee the prosecution of this action, see it through to its complete resolution, and achieve the best possible result for Northern Dynasty investors.

6.       For these reasons, among others, we have determined that we can best protect the Class and advance its interests by joining together to seek appointment as Lead Plaintiff.

7.       We believe that Northern Dynasty and the other Defendants violated the federal securities laws.  We each contacted the Kehoe Law Firm, P.C. ("KLF") to inquire about the merits of the action as well as the potential to serve as Lead Plaintiff.  We consulted with KLF to assess our respective financial interests at issue in this case, the amount of money the Class may have lost as a whole, the strength of the claims against Defendants, and proposed litigation strategy, among other things.  Through the course of our consultation with KLF, we learned that other investors were in consultation with KLF about the case against Northern Dynasty and we each expressed an interest in working together with other likeminded investors in seeking joint lead plaintiff appointment.

8.       After multiple telephone and email communications with KLF, and based on our respective beliefs that the merits of this case are strong and the substantial losses we each suffered, we each decided to seek joint appointment as Lead Plaintiff.  We each selected KLF to represent us and to serve the Class as the proposed Lead Counsel if we are appointed Lead Plaintiff (and we

2

also approved of Bleichmar Fonti & Auld LLP serving as local counsel). Based on our review of KLF's credentials and communications with its attorneys, we each believe the firm will provide Northern Dynasty investors with the best possible representation and will litigate this case vigorously, efficiently, and without unnecessary duplication of work or costs. We understand that these attorneys have experience litigating this type of case and have the resources to litigate this action successfully.

9. On February 2, 2021, we participated in a joint conference call to discuss our commitment to jointly overseeing counsel and prosecuting this litigation in the best interest of the Class; the facts at issue in this case; the strength of the claims against Defendants; the size of our respective losses; the strategy for prosecuting the action; the benefits that the Class would receive from the leadership of a small coordinated group of investors; our interests in prosecuting the case in a collaborative and likeminded manner; and the actions we have taken and will continue to take to continue to ensure that the Class' claims will be zealously and efficiently litigated. We also discussed that serving as part of a lead plaintiff group can have a positive effect on the representation provided to absent Class members through the sharing of experience and resources.

10. We understand the importance of joint decision-making informed by our own perspectives, free and open communication, and have the ability to discuss this matter both with and without counsel so that we are able to make timely decisions on short notice.

11. We are committed to satisfying the fiduciary obligations that we would assume if appointed lead plaintiff, including conferring with our attorneys regarding the strategy for prosecuting this case and other matters, being present at depositions, trial, and other proceedings or hearings as needed, reviewing and authorizing the filing of important litigation documents, and analyzing and authorizing any potential settlement. Through these and other measures, we will ensure and hereby reaffirm that this action will be vigorously and efficiently litigated consistent with the lead plaintiff's obligations under the PSLRA and in the best interest of the Class.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the forgoing is true, accurate and complete to the best of my knowledge.

Executed on February 2, 2021.

Ryan Manzek

DocuSign Envelope ID: 4F6ECBC8-B17F-496C-8FFE-3D0622E92301

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the forgoing is true, accurate and complete to the best of my knowledge.

Executed on February 2, 2021.

DocuSigned by:

Michael Mooney

A2B84A3F307C44A...

Michael Mooney

5