# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Darish | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-05917 |
| NORTHERN DYNASTY MINERALS LTD. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Northern Dynasty Minerals LTD., Ronald Thiessen, Mark Peters, Marchand Snyman, and Tom Collier.

Date: 01/28/2021

*Attorney's signature*

David Matthew Fragale (NY Bar No. 4108429)
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036

*Address*

dfragale@steptoe.com
*E-mail address*

(202) 429-8195
*Telephone number*

(202) 429-3902
*FAX number*