## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NORTHERN DYNASTY MINERALS LTD. SECURITIES LITIGATION | No. 1:20-cv-05917-ENV-RLM <u>CLASS ACTION</u><br><br>DECLARATION OF EMMA GILMORE IN SUPPORT OF CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br>Hon. Eric N. Vitaliano |

## DECLARATION OF EMMA GILMORE IN SUPPORT OF CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

Emma Gilmore declares under penalty of perjury:

1. I am a partner at the law firm of Pomerantz LLP, proposed Class counsel for Lead Plaintiff Lawrence Kelemen ("Lead Plaintiff") and Named Plaintiff Charles Hymowitz ("Named Plaintiff"), collectively referred to as "Plaintiffs." I submit this Declaration in Support of Plaintiffs' Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws.

2. Attached hereto as Exhibit A is a true and correct copy of Lawrence Kelemen's Certification previously filed in *Darish v. Northern Dynasty Minerals Ltd.*, *et al.*, No. 20 Civ. 5917 (ENV) (RLM) (Dec. 4, 2020), Dkt. No. 17-4 at *2–*4.

3. Attached hereto as Exhibit B are true and correct copies of the transcripts of the Pebble Tapes.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 15, 2021

                                                  */s/ Emma Gilmore*
                                                  Emma Gilmore