**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE NORTHERN DYNASTY MINERALS LTD. SECURITIES LITIGATION | Case No. 1:20-cv-05917-ENV-RLM<br><br>Date of Service: December 15, 2021<br><br>**Oral Argument Requested** |

**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, ASHWIN J. RAM, declare the following, pursuant to 28 U.S.C. § 1746:

I am a partner in the Los Angeles office of the law firm Steptoe & Johnson LLP, located at 633 West Fifth Street, Suite 1900, Los Angeles, CA 90071.  I represent defendants Northern Dynasty Minerals Ltd. ("NDM"), Ronald W. Thiessen, and Tom Collier (collectively, "Defendants") in the above-captioned action.  I submit this declaration in support of Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss the Amended Complaint (the "Complaint").

1.  Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the Annual Information Form, attached as exhibit 99.7 to NDM's 2017 annual report, filed with the SEC on Form 40-F on March 30, 2018.

2.   Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from Management's Discussion and Analysis, attached as exhibit 99.6 to NDM's 2017 annual report, filed with the SEC on Form 40-F on March 30, 2018.

3.   Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Pebble Project Final Environmental Impact Statement, Comment Analysis Report, Appendix D, released July 24, 2020.

4.   Attached hereto as Exhibit 4 is a true and correct copy of a press release dated January 5, 2018, attached as exhibit 99.1 to NDM Form 6-K, filed with the SEC on January 9, 2018.

5.   Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Pebble Project Final Environmental Impact Statement, Alternatives Development Process, Appendix B, released July 24, 2020.

6.   Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of the Pebble Project Draft Environmental Impact Statement, Chapter 4: Environmental Consequences, released February 22, 2019.

7.   Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from the Pebble Project Environmental Impact Statement, Scoping Report, released on August 31, 2018.

8.   Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from Management's Discussion and Analysis, attached as exhibit 99.2 to NDM's Q2 2018 report, filed with the SEC on Form 6-K on August 15, 2018.

9.   Attached hereto as Exhibit 9 is a true and correct copy of a press release dated September 25, 2017, attached as exhibit 99.1 to NDM Form 6-K, filed with the SEC on September 27, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 15, 2021.

By:    /s/ Ashwin J. Ram
       Ashwin J. Ram