# EXHIBIT 3

# APPENDIX D—COMMENT ANALYSIS REPORT

**Table D-2: Statements of Concern and Responses**

| Topic—Subtopic | Statement of Concern | Response |
|---|---|---|
| Bonding or Financial Assurance—Canadian Mining Company | Commenters expressed concern that a Canadian company is proposing the Pebble Project, and that they have a reputation of selling the development rights of its mining projects to other foreign companies, making financial responsibility difficult. | The Pebble Limited Partnership is wholly owned by Northern Dynasty Minerals, Limited, a Canadian Company.<br><br>In the event that a permittee is unable to fulfill their reclamation or long-term care, monitoring, and maintenance obligations, per their Reclamation Plan Approval or Integrated Waste Management Permit, due to bankruptcy or other factors, the State of Alaska could take appropriate enforcement actions, including seizing the bond. Once seized, the State of Alaska could use the funds acquired from the bond to implement the approved Reclamation and Closure Plan under state managed contracts.<br><br>If a mine transferred to another owner or operator, applicable federal and state permits would need to be transferred to the new entity. The State of Alaska has stated a replacement bond that would be required for the full amount of financial assurance, as defined by the Reclamation Plan Approval and Integrated Waste Management Permit, prior to the new entity initiating or continuing operations. No change has been made to the EIS. |
| Bonding or Financial Assurance—Financial Responsibility | Questions and concerns were expressed regarding the Applicant's ability to develop, operate, and maintain the mine, including their financial responsibility for reclamation, closure, and long-term monitoring once the project is complete.<br><br>Commenters also asked for information about financial assurance, such as who would cover the costs of long-term monitoring and treatment in perpetuity, and who would be responsible if PLP were not able to fulfill their obligations. | The State of Alaska's Large Mine Permitting Team (LMPT) provisions are designed to account for reclamation and closure objectives, including long-term environmental management (ADNR 2018g). See Chapter 5, Mitigation, for a summary of the LMPT permitting process. State mining regulations (11 AAC 97.300—97.350) require an approved reclamation plan prior to commencing construction, and the reclamation plan does not become effective until bonding is in place (11 AAC 97.400).<br><br>PLP's Reclamation and Closure Plan (PLP 2019-RFI 115) specifies that a detailed reclamation and closure cost model would be developed to address all costs required for both the physical closure of the project and the funding of long-term post-closure monitoring, water treatment, and site maintenance. The bonding estimate would be developed in compliance with state requirements using vendor-provided equipment handbook, productivity, and operating cost information, current quoted equipment rental rates, State of Alaska-determined labor rates, and industry standard methodology and software, and would include costs of the following elements:<br><br>• Closure planning and design and mobilization of third-party equipment to site.<br><br>• Detailed estimates of equipment and labor requirements for physical closure. |

**Table D-2: Statements of Concern and Responses**

| Topic—Subtopic | Statement of Concern | Response |
|---|---|---|
| Cumulative Effects Analysis—Amakdedori indirect impacts | The indirect effects of developing a port facility at Amakdedori need to be discussed in more detail, such as increased air traffic using the permanent port site airstrip, impacts to listed species; increased vessel traffic in Kamishak Bay and in the Gulf of Alaska; increased human presence in the area altering the landscape (increases in marine debris; illegal hunting/shooting wildlife; recreational activities; marine species entanglement in anchor lines/mooring buoys/mooring at lightering location; and dredging. | Additional information has been added in relevant sections of Chapter 4 regarding the indirect impacts of developing a port facility at Amakdedori. Dredging is not proposed at Amakdedori. |
| Cumulative Effects Analysis—Assess temporary or soft closure | The cumulative effects assessment must assess temporary or soft closures caused by suspension of operations such as sale or bankruptcy. | The potential for temporary closure is described in Chapter 2, Alternatives, and is a scenario discussed in the draft Reclamation and Closure Plan (PLP 2019-RFI 115). A temporary closure scenario would not be considered a cumulative effect. No changes were made to the document. |
| Cumulative Effects Analysis—compounding factors not considered | The DEIS does not address factors that compound impacts, such as additive effects of project and ecosystem components, with the exception of addressing climate change. The DEIS assumed that all stresses associated with the Pebble project occur independently, and do not amplify each other's effects on ecosystems. This assumption ignores decades of research and assessment of the effects of similar projects that show clearly that the effects of mines involve multiple stressors that typically interact with one another and amplify the risks that each individual stressor creates on its own. | When evaluating the potential cumulative effects associated with past, present, and RFFAs, the relationships and compounding factors were considered, along with the potential duration of effects. For example, the contributions of water quality and stream flow were incorporated and discussed in the analysis of effects on fish and aquatic habitat. Similarly, the potential impacts on fish populations and distribution and potential changes in access were considered in the analysis of potential effects on subsistence. Additional language has been added to Section 4.1, Introduction to Environmental Consequences, to clarify relationships between resources and the potential for compounding factors. |
| Cumulative Effects Analysis—consider longer impact timeframe | The DEIS should consider a time period longer than 50 years. The environmental impacts of this project will persist beyond the period of mine operations, and the DEIS fails to consider post-closure impacts. | The FEIS evaluates potential direct, indirect, and cumulative effects for the period of construction, operations, closure and post closure. The duration of potential effects may vary based on individual resources, and is disclosed in the document. No changes were made to the EIS. |
| Cumulative Effects Analysis—Consider with Donlin Gold (CE) | Commenters requested that the cumulative effects to fisheries for the Pebble Project EIS be considered along with the impacts to fisheries from the Donlin Gold project. | Donlin Gold is one of the RFFAs considered in the FEIS cumulative effects analysis. The Donlin Gold project would have no effects on Bristol Bay fisheries. No changes were made to the EIS. |
| Cumulative Effects Analysis—contradicts past conclusions | Conclusions on cumulative impacts contradict past agency conclusions and reports, and the USACE should refrain from contradicting past agency findings and imply that the project is permittable. | The USACE evaluates the potential impacts of the specific project as proposed by the Applicant in their permit application, including cumulative impacts. The analysis of cumulative impacts was based on: 1) a specific mine expansion scenario based on Request for Information 62 (PLP 2018-RFI 062); and 2) a systematic evaluation of potential RFFAs. The USACE is not constrained by previous analyses that were conducted by other agencies for other purposes. |

**Table D-2: Statements of Concern and Responses**

| Topic—Subtopic | Statement of Concern | Response |
|---|---|---|
| Cumulative Effects Analysis—Impacts from similar mines | Concerns were expressed that the DEIS failed to evaluate similar mines in projecting direct, indirect, and cumulative effects. | The Subject Matter Experts (SMEs) responsible for writing specific sections of the EIS have experience with historic and currently operating mines in Alaska, the continental US, and worldwide. When projecting direct, indirect, and cumulative effects, SMEs have incorporated their technical expertise and experience with other mining projects, along with review of impact assessments and technical reports on other relevant mining projects, including those with similar design characteristics and regulatory requirements (EPA 2009b, Red Dog Mine Extension Aqqaluk Project Final Supplemental Environmental Impact Statement; USACE 2018d Donlin Gold Project Final Environmental Impact Statement (FEIS); USDA Forest Service 2019 Resolution Copper Project and Land Exchange DEIS). No change was made to the EIS. |
| Cumulative Effects Analysis—impacts from transportation access | The DEIS mostly fails to account for many reasonably foreseeable actions that would likely result from the proposed transportation corridor road into a large roadless region that is rich in natural resources. | The analysis of potential RFFAs in Section 4.1, Introduction to Environmental Consequences, follows NEPA guidance, and provides a rationale for future actions that are considered reasonably foreseeable and those that are not. No change was made to the EIS. |
| Cumulative Effects Analysis—Impacts of block caving on groundwater | Impacts to groundwater quality must be assessed for block caving under the expanded mine scenario. | The expanded mine scenario assumes open pit mining techniques. During permitting for mine expansion, if it occurs, the mine operator would be required to evaluate alternatives, and it is likely that underground mining techniques such as block caving would be considered. No change was made to the EIS. |
| Cumulative Effects Analysis—Impacts of full mine expansion | The EIS should evaluate the impacts of full development of the Pebble deposit. | The USACE is required to review the proposed action as described in an Applicant's permit application. NEPA requires direct, indirect, and cumulative impacts of the action alternative and other alternatives to be assessed in the EIS. Direct and indirect impacts are assessed on the description of the proposed action and other alternatives carried forward in the EIS. Cumulative effects are interactive, synergistic, or additive effects that would result from the incremental impact of the action when added to other past or present actions, and assessed in the context of RFFAs.

The USACE has determined that expansion of the Pebble Mine, as originally described in the Wardrop 2011 Preliminary Assessment Technical Report and refined in the response to RFI 062 (PLP 2018-RFI 062), is an RFFA to be analyzed under the cumulative effects analysis. The expansion scenario would develop 55 percent of its reserves over an additional 58 years of mining, and 20 to 40 years |

**Table D-2: Statements of Concern and Responses**

| Topic—Subtopic | Statement of Concern | Response |
|---|---|---|
| | | of post-mining processing low-grade ore and pyritic material, as outlined in response to RFI 062 (PLP 2018-RFI 062). The detailed assumptions for expansion of the Pebble Mine are summarized in Table 4.1-2 of the DEIS.<br><br>Evaluation of the cumulative impacts of the expansion scenario is provided in the EIS. The assessment of the cumulative impacts of Pebble Mine expansion can be found in Section 4 under each of the 27 resource categories, including spills. The level of detail in the cumulative impact assessment is appropriate for a scenario for potential expansion, and refers to more detailed information presented for direct and indirect effects where expansion would combine elements of specific alternatives. These sections have been revised, but no changes were made based on this SOC.<br><br>If a permit for the activities under USACE authority is issued to PLP, only the action as described in the ROD would be allowed, subject to all conditions of approval contained in the ROD. Any modifications to the activities authorized by USACE, including any expansion of the authorized discharges of dredged or fill into WOUS, or additional work and structures in navigable WOUS, would require a comparable NEPA review and permit evaluation. |
| Cumulative Effects Analysis—impacts of other mines | Concerns were expressed that the DEIS did not address the impacts of developing other mines in the Bristol Bay watershed. Some commenters expressed that if the project is permitted, the area will become a mining district with many operating mines. | Section 4.1, Introduction to Environmental Consequences, and Table 4.1.1 address the other mineral deposits in the area and what additional exploration and development actions are determined to be reasonably foreseeable. The cumulative effects of those activities that are determined to be reasonably foreseeable are addressed under each specific resource topic as applicable. No change was made to the EIS. |
| Cumulative Effects Analysis—impacts on commercial and recreational fisheries | Despite that the mine expansion scenario significantly expands the mine footprint and extends the impact period by almost 8 decades, the DEIS devotes only three pages to impacts on commercial and recreational fisheries. All we know is that the massive increase in duration and scope of the project "would affect" the commercial fishery. Because the population effects are, quite literally, not projected; there is no such analysis. That is not a useful or sufficient analysis of impacts. | Additional information has been added to Section 4.24, Fish Values, regarding projected amount of fish habitat that would be potentially affected by mine expansion. This information has been incorporated as appropriate into the analysis of potential cumulative effects on commercial and recreational fisheries in Section 4.6, Commercial and Recreational Fisheries. |

**Table D-2: Statements of Concern and Responses**

| Topic—Subtopic | Statement of Concern | Response |
|---|---|---|
| | | Pebble Mine expansion can be found in Section 4 under each of the resource categories, including spills. The level of detail in the cumulative impact assessment is appropriate for a potential expansion scenario, and references information presented under direct and indirect effects where expansion would use elements of specific alternatives.<br><br>If a permit for the proposed activities under USACE authority is issued to PLP, only the action as described in the ROD would be allowed, subject to all conditions of approval contained in the ROD. Any modifications to the activities authorized by USACE, including any expansion of the authorized discharges of dredged or fill into WOUS, or additional work and structures in navigable WOUS, would require a subsequent NEPA review and permit evaluation. No change was made to the EIS. |
| Cumulative Effects Analysis—mine expansion underground mining | Underground mining of the deeper Pebble East portion of the deposit should be included as part of the expanded mine scenario, or the EIS should explain why evaluating the impacts of mining the deeper Pebble East portion is not reasonable or practical. | USACE evaluated and eliminated mining Pebble East as an alternative to the project (see Appendix B Option LOC-006). The evaluation of potential impacts from Pebble East in Appendix B shows that if Pebble East is developed at some future time, underground mining (if determined feasible) would have potential to reduce impacts compared to open pit mining.<br><br>USACE determined that future expansion of the Pebble Mine to develop Pebble East was a reasonably foreseeable future action for analysis of potential cumulative impacts. A mine expansion scenario was prepared, and includes open pit mining of Pebble East (see PLP 2018-RFI 062). It is reasonable to expect that if expansion occurs in the future, underground mining methods would be considered to determine feasibility and potential for reducing environmental impacts (as acknowledged in RFI 062). The expansion scenario analyzed in the EIS is an open pit scenario, which may be more damaging than underground mining, but is appropriate considering that feasibility of underground mining has not been established. No change was made to the EIS. |
| Cumulative Effects Analysis—mining exploration impacts | The Cumulative Effects of Mining Exploration Activities on pg. 4.1-4 states that various types of mining exploration activities have occurred, but does not describe a single impact of the disturbances, particularly given that continued exploration is considered reasonably foreseeable. | The potential cumulative effects from exploration associated with other mining prospects are addressed in the appropriate resource sections such as Section 4.9, Subsistence; Section 4.19, Noise; and Section 4.23.6, Wildlife. Additional discussion of cumulative effects associated with mineral exploration has been added to Chapter 4. |

**Table D-2: Statements of Concern and Responses**

| Topic—Subtopic | Statement of Concern | Response |
|---|---|---|
| | | them as part of their project. These measures are considered voluntary; however, as mentioned above, it is possible that some of the measures may be incorporated as stipulations in post-NEPA permit decisions.<br><br>The updated Appendix M1.0, Mitigation Assessment (Table M-1), includes a list of additional mitigation measures suggested by the USACE and cooperating agencies, and those identified by the public during the NEPA scoping process. These measures are assessed based on three factors (Effective, Potential Jurisdiction, and Reasonable), with the goal of disclosing the likelihood that the measures would be adopted by the Applicant or implemented as a condition in a federal, state, or local permit by the responsible agencies as part of their permit decisions following completion of the NEPA process. |
| Mitigation or Monitoring Measures—Request for proposed management plans | Comments were received requesting reasonably detailed drafts of the various management plans referred to in the DEIS be prepared and included in the FEIS. It was suggested that absent details on the management plans, the public, the USACE, and resource agencies cannot adequately analyze the ability of these plans to avoid, minimize, or mitigate the effects of the project, and that the analysis included in the EIS cannot assume successful avoidance, minimization, or mitigation. Impacts should be analyzed and disclosed in accordance in this context.<br>Monitoring Plan<br>Adaptive Management Plan<br>Aquatic Resources Monitoring Plan (ARMP)<br>Emergency Action Plan<br>Blasting Plan<br>Compensatory Mitigation Plan (CMP)<br>Cultural Resources Management Plan (CRMP)<br>Emergency Action Plan<br>Erosion and Sediment Control Plan<br>Facility Response Plans (FRPs)<br>Fugitive Dust Control Plan (FDCP)<br>Horizontal Directional Drilling Plan (HDDP)<br>Integrated Waste Management Plan (IWMP)<br>Long-Term Management Plan<br>Maintenance Plan | Detailed plans, including those proposed by the Applicant or required by state regulations, would be developed in consultation with the various state agencies when the project advances through the permitting phase. PLP would be required to operate the project in compliance with all federal, state, and local requirements, including any mitigation and monitoring requirements identified in the permitting processes.<br><br>The management plans listed in this SOC are included as part of the project to comply with state or federal regulations, or are proposed by the Applicant as part of their project design (see Chapter 5). Many federal agencies rely on mitigation incorporated into an Applicant's project design to reduce adverse impacts as part of the NEPA planning process. An example of mitigation measures that are typically included as part of the project are agency standardized BMPs such as those developed to prevent stormwater runoff or fugitive dust emissions at a construction site (CEQ 2011). Fully developed plans with detailed descriptions of specific BMPs and mitigation measures that would be implemented may not be available at the time of the NEPA analysis, but the analysis can factor in minimization associated with use of common BMPs and industry standards that are designed to reduce impacts to the environment.<br><br>Additional details associated with some of the plans listed in this SOC have been provided through RFIs, and have been addressed in the appropriate sections of the FEIS. These include:<br>RFI 056a—Updated Compensatory Mitigation Plan<br>RFI 115—Reclamation and Closure Plan<br>RFI 122—Wildlife Management<br>RFI 123—Restoration Plan for Temporary Impacts |

**Table D-2: Statements of Concern and Responses**

| Topic—Subtopic | Statement of Concern | Response |
|---|---|---|
| | | adopted by the Applicant or implemented as a condition in a state, federal, or local permit by the responsible agencies as part of their permit decisions following completion of the NEPA process. See SOC Mitigation or Monitoring—Additional Mitigation. |
| Proposed Action and Alternatives—EIS Appendix B | Commenters recommended that USACE evaluate specific transportation corridor alternatives, which may be part of the LEDPA, and clearly explain that there are not practicable alternatives to analyzed transportation corridors that would have less adverse impacts on aquatic ecosystems. A suggested transportation alternative included a diesel pipeline following the Alternative 3 road route with a diesel terminal at the Iniskin Bay port. The USACE should explain why the existing description of alternatives analysis is sufficient to satisfy the requirements of 40 CFR Part 230.10(a). | Appendix B, Alternatives Development Process, describes the screening process for options to develop alternatives that were analyzed in the EIS. Table B-1 describes the list of over 90 options that were evaluated, including consideration of impacts to aquatic ecosystems, and dismissed per the screening criteria for the project. The suggested transportation alternative for a diesel pipeline following the Alternative 3 road route with a diesel terminal at the Iniskin Bay port is evaluated in Appendix B. New alternatives suggested during the DEIS public comment period have been added to Appendix B and evaluated. |
| Proposed Action and Alternatives—Expanded Mine Development should be Alt 4 | Some commenters were confused by the expanded mine development scenario and suggested it should be referred to as Alternative 4. | The Applicant has proposed a 20-year mine. They have not proposed to expand and continue mining after the 20-year period; however, USACE has determined expansion is an RFFA, and has analyzed it accordingly in cumulative effects. It would not be appropriate to describe future expansion as Alternative 4, because it is not an alternative to the Applicant's 20-year project. No change has been made to the EIS as a result of these comments. |
| Proposed Action and Alternatives—Failure to address mine as proposed | Concerns were expressed that the DEIS failed to address the mine that was proposed, because the proposed mine was different than the one discussed during the scoping process. | Scoping was initiated based on PLP's December 2017 permit application. The scoping period ended after the updated project description was made available to the public. Scoping information is used to identify alternatives and frame the analysis. USACE works with applicants to identify additional avoidance and minimization measures that are often incorporated into a proposed project. These changes to the Applicant's project frequently result in updated project descriptions during the process. In May 2018, PLP notified USACE that it had refined the project in an effort to further avoid and minimize adverse impacts. USACE reviewed the changes, and determined the changes were not substantive enough to require a new scoping effort. The EIS was prepared in response to the application received, and incorporates analysis of avoidance and minimization measures. No change has been made to the EIS as a result of these comments. |

**Table D-2: Statements of Concern and Responses**

| Topic—Subtopic | Statement of Concern | Response |
|---|---|---|
| Reclamation and Restoration— Disposal Plans at Closure | Questions and concerns were expressed regarding disposal of mining infrastructure and equipment at closure. Commenters suggested that mine infrastructure and equipment be decommissioned and removed at closure. | As described in Chapter 2, Alternatives, the disposal plan for closure would be developed in accordance with state regulations. Any material disposed on site would be subject to permitting approval by ADEC. PLP has provided a reasonably detailed Reclamation and Closure Plan to help inform the impact analysis for the FEIS (PLP 2019-RFI 115). Final disposal of mining infrastructure and equipment at closure is further described in PLP's Reclamation and Closure Plan. PLP's Reclamation and Closure Plan has been summarized and cited in Chapter 2 of the FEIS. |
| Reclamation and Restoration— Reclamation and Closure Plan | Concerns were expressed that the DEIS did not include a detailed reclamation and closure plan. | PLP has provided a reasonably detailed Reclamation and Closure Plan to help inform the impact analysis for the FEIS (PLP 2019-RFI 115). The purpose of PLP's Reclamation and Closure Plan is to provide guidelines for implementing stabilization and reclamation procedures for the various facilities associated with the project. These guidelines are based on the best available reclamation technologies and on state regulations for mine reclamation. PLP's Reclamation and Closure Plan has been summarized in Chapter 2, Alternatives, and incorporated into impact analyses in Chapter 4 of the FEIS where appropriate. An approved reclamation plan is required by the state mining regulations (11 AAC 97.300—97.350), and the reclamation plan does not become effective until a performance bond is in place, except for certain small operations. See SOC Bonding or Financial Assurance— Financial Responsibility, for a discussion of reclamation bonding. |
| Reclamation and Restoration— Restoration Plan | Concerns were expressed that the DEIS did not adequately describe restoration of areas temporarily impacted during construction. Commenters stated that impacted areas should be restored to their original state after construction. | PLP has provided a reasonably detailed Restoration Plan to help inform the impact analysis for the FEIS (PLP 2019-RFI 123). This restoration plan describes the processes and measures that would be implemented by PLP to restore temporarily impacted areas to a condition that resembles the pre-construction conditions, or condition of adjacent lands undisturbed by the project, after construction is completed. PLP's Restoration Plan is included in Appendix M3.0, Restoration Plan, and has been incorporated into the FEIS where appropriate. |

**Table D-2: Statements of Concern and Responses**

| Topic—Subtopic | Statement of Concern | Response |
|---|---|---|
| Tailings Dam Failures—Expanded Mine Scenario | Comments suggested that the EIS consider the risk of TSF failure during an expanded mine scenario. Commenters requested additional risk analysis for the expanded mine scenario, and impacts analysis of expanded mine scenario dam failures.<br><br>Commenters expressed concern that in the expanded mine scenario, the pyritic tailings would not be submerged in a subaqueous environment, and would be generating acid and leaching metals over time. | The Cumulative Effects section in Section 4.27, Spill Risk, has been revised. Impacts of potential failures in an expanded mine scenario are addressed qualitatively in comparison with the quantitative impacts analyzed for the two main TSF failure scenarios. The EIS states that spills during an expanded mine scenario could potentially involve larger volumes over a larger geographic area.<br><br>The FMEA risk analysis considered risk of failure during operations and closure, but did not specifically address risks for the expanded mine scenario.<br><br>In the expanded mine scenario, a second pyritic TSF would be constructed to store additional pyritic tailings. Both pyritic TSFs would continue to maintain PAG tailings in subaqueous conditions. At the close of mining after 78 years, the contents of both pyritic TSFs would then be emptied into the open pit. The open pit would be allowed to fill with water (as previously described for the project) to maintain the PAG material under subaqueous cover in perpetuity. Therefore, in the expanded scenario, pyritic and PAG materials would remain under subaqueous cover, minimizing the generation of acid. |
| Tailings Dam Failures—Fate and Behavior of Released Tailings | Commenters requested that the EIS provide more information on the ability of fluid-saturated tailings in the bulk TSF to flow. Comments also requested information on the sediment quality of the tailings. | Section 4.27, Spill Risk, addresses the chemical and physical properties of the tailings stored in the two TSFs, including their ability to flow and their chemistry. Appendix K4.27 has been added and provides additional information on the level of saturation of tailings and the behavior of thickened tailings. |
| Tailings Dam Failures—Flooding Danger Downstream | Commenters have expressed concern about human safety downstream of tailings release floods, including risk to people and infrastructure from the tailings fluids and solids. | Potential safety impacts from tailings release scenarios are addressed in Section 4.27, Spill Risk.<br><br>The nearest downstream community from the mine site is the village of New Stuyahok, which is 105 river miles downstream from the mine site by way of the NFK, and 113 miles downstream by way of the SFK. Modeling of the release scenarios presented in Section 4.27 show that at that distance from the mine site, there would be no observable rise in water levels. Modeling results of the release scenarios show deposition of tailings on approximately 46 acres of floodplains downstream of the bulk TSF release site, and 220 acres of floodplains downstream of the pyritic tailings release site. No deposition of tailings would be expected on floodplain areas as far downstream as New Stuyahok, even in a much larger release scenario. |

## Table D-2: Statements of Concern and Responses

| Topic—Subtopic | Statement of Concern | Response |
|---|---|---|
| Tailings Dam Failures—No pyritic tailings in open pit | Commenters have noted that placing pyritic tailings back into the pit at closure is contrary to standard mining practices and would foreclose future mining of 88 percent of the remaining deposit. Commenters go on to state that by analyzing impacts for the project, the USACE has forgone completing an impacts analysis on the failure of the pyritic tailings facility post-closure. | Comment acknowledged. No change has been made to the EIS as a result of these comments.<br><br>The Applicant has proposed to backfill the pit. The expanded mine scenario for cumulative effects includes an assumption that the pyritic tailings and PAG waste rock would not be returned to the open pit at the end of the 20-year mine. The expanded mine scenario assumes the pyritic TSF would be maintained until the end of the expanded mine development period, and then returned to the open pit for perpetual subaqueous storage. |
| Tailings Dam Failures—No Recovery of Spilled Materials | Comments requested that the EIS analyze impacts assuming incomplete recovery or no recovery of spilled tailings and other materials. | Recovery of spilled materials is addressed in Section 4.27, Spill Risk.<br><br>Across large-scale industries such as the mining industry, it is standard practice to recover spilled materials to the extent possible/practicable. Spill response and recovery are integral components of these industries. Various private companies and governmental organizations specialize in spill response and recovery.<br><br>Section 4.27 acknowledges the difficulty of recovering spilled materials. In scenarios where full recovery of spilled materials would be difficult to impossible, the EIS acknowledges this, and states the impacts, assuming that some portion of the spilled materials would not be recovered. Clarifying text was added to Section 4.27 where appropriate. |
| Tailings Dam Failures—Probability of Failure | Concerns were raised about the probability of failure of the tailings dams, during both operations and closure, and the methods used to determine that probability. Some commenters stated that the probability of dam failure increases with dam lifetime. Other commenters noted that the failure rate of tailings dams has increased in recent years. | The probability of tailings dam failure is addressed in Section 4.27, Spill Risk. Additionally, Appendix K4.27 was added to provide more background information on the reduced risk of significant tailings spills from the bulk TSF compared to historic water-inundated TSFs. No further changes were made to the EIS.<br><br>An FMEA risk assessment workshop was conducted by a team of experts in dam design/construction/operation and failures. The FMEA rated the probability and consequences of a wide range of potential failure modes during both operations and closure, based on project-specific engineering design, historical data, local site conditions, etc. The final report from the FMEA provides further details (AECOM 2018l).<br><br>ADNR Alaska Dam Safety Program approval is required to "construct, enlarge, repair, alter, remove, maintain, operate or abandon" a dam. Tailings dams would all be constructed to the Class I hazard classification (highest potential hazard) and constructed with Factors of |