# EXHIBIT 5

# APPENDIX B—ALTERNATIVES DEVELOPMENT PROCESS

**Table B-1: Project Options Considered**

| Option | Option # | Option Details and Screening | Outcome |
|---|---|---|---|
| | | ❖ **Option Details: Origination and Description**<br>❖ **Screening Criteria: 1. Purpose and Need Test; 2. Reasonable and Practicable Test; 3. Environmental Impacts Test**<br>❖ **Reason Eliminated from Further Analysis (if applicable)** | |
| | | locational alternatives. To develop the EIS purpose and need statement pursuant to NEPA regulations (40 CFR Part 1502), the USACE focused on PLP's statement, exercising independent judgement in defining purpose and need for the project from both PLP's and the public's perspective. The USACE determined that the overall project purpose is to develop and operate a copper, gold, and molybdenum mine in Alaska to meet current and future demand. This option does not meet the overall purpose of the project. | |
| Location— Massive Sulfide Deposits in Alaska | LOC-005 | *Origination*—Evaluating alternative mine location options for mining copper, gold, and molybdenum was suggested during scoping.<br><br>*Description*—This option involves development and operation of a multi-metals massive sulfide deposit in Alaska. Five massive sulfide deposits in Alaska (Arctic, Delta, Niblack, Palmer, and Sun) with copper resources were evaluated. Indicated resources ranged from 26 million tons (Arctic) to no indicated resources (Delta and Palmer). By contrast, for the Pebble deposit, over 12 billion tons of measured (591 million tons), indicated (6.5 billion tons), and inferred (4.9 billion tons) resources are reported. None of these deposits reported molybdenum resources (Athey and Werdon 2017).<br><br>*Screening*—<br><br>    1.  Purpose and Need Test: These deposits do not contain molybdenum, and therefore do not meet the Purpose and Need.<br><br>*Why Eliminated*—These deposits do not contain molybdenum and do not meet the overall project purpose. | Eliminated from further analysis |
| Location— Pebble East | LOC-006 | *Origination*—Evaluating alternative mine location options for mining copper, gold, and molybdenum was suggested during scoping.<br><br>*Description*—This option would develop Pebble East instead of the proposed Pebble West using either an open pit mine or underground mining methods. PLP completed an evaluation of mining Pebble East in response to Request for Information (RFI) 094 (PLP 2018-RFI 094). An open pit mine scenario would require stripping 2,000 feet of | Eliminated from further analysis |

**Table B-1: Project Options Considered**

| Option | Option # | Option Details and Screening | Outcome |
|---|---|---|---|
| | | ❖ **Option Details: Origination and Description**<br>❖ **Screening Criteria: 1. Purpose and Need Test; 2. Reasonable and Practicable Test; 3. Environmental Impacts Test**<br>❖ **Reason Eliminated from Further Analysis (if applicable)** | |
| | | waste to access the ore. An underground mine scenario would require development of a 3,500-foot-deep, 24-foot-diameter shaft, 2,200 feet of lateral development, and significant underground work to first determine if underground mining is feasible; and if so, confirm the mining plan/design. Both scenarios would require a more extensive and deeper dewatering program than the proposed project.<br><br>***Screening—***<br><br>1. Purpose and Need Test: Meets the Purpose and Need.<br><br>2. Reasonable and Practicable Test: Both scenarios may be practicable; however, a conclusive evaluation of practicability would require more than a screening-level effort. Therefore, this option is forwarded to the next screening step.<br><br>3. Environmental Impacts Test: The open pit scenario for Pebble East would increase direct wetlands impacts by approximately 2,600 acres, compared to the proposed project at Pebble West. The underground mine scenario for Pebble East would have a subsidence zone of approximately 2,000 acres, portions of which could open into holes that are 1,000 feet or deeper. The underground mine subsidence zone for Pebble East would increase wetlands impacts by approximately 1,100 acres compared to the proposed project. Either scenario would directly impact Upper Talarik Creek (UTC), and have additional indirect impacts from a deeper and more extensive dewatering program than required for Pebble West.<br><br>***Why Eliminated—***Developing Pebble East instead of Pebble West using either open pit or underground mining methods would increase adverse environmental impacts. | |
| Layout—Proposed Mine Layout | LAY-001 | ***Origination—***This is PLP's proposed mine layout.<br><br>***Description—***This option is based on a mining plan that sends all ore directly to the mill. It has two separate TSFs; a lined pyritic TSF with space to store PAG waste in the NFK East site; and an unlined bulk tailing TSF in the NFK West site. A lined WMP would be situated in the NFK North site. The bulk TSF would have a dry closure. The | Included in all action alternatives |

**Table B-1: Project Options Considered**

| Option | Option # | Option Details and Screening | Outcome |
|---|---|---|---|
| | | ❖ **Option Details: Origination and Description**<br>❖ **Screening Criteria: 1. Purpose and Need Test; 2. Reasonable and Practicable Test; 3. Environmental Impacts Test**<br>❖ **Reason Eliminated from Further Analysis (if applicable)** | |
| | | **Why Eliminated**—This option is premised on a misunderstanding of EPA's Watershed Assessment, which did not determine that any smaller mine size would be appropriate. Accordingly, the mine size applicable under LAY-004 is not determinable, and therefore fails the reasonableness screening criteria. See also LAY-005. | |
| Mine Size—Smaller Mine Pit Size | LAY-005 | **Origination**—Consideration of a smaller pit mine size was evaluated by USACE as a potential means to reduce project footprint, as well as surface, water, and other environmental impacts.<br><br>**Description**—This option examines the smallest mine size considered by the EPA in the 2014 Watershed Assessment (EPA 2014). Under this option, 0.23 billion metric tons of ore would be mined, with a throughput of 31,100 metric tpd.<br><br>**Screening**—<br><br>1. Purpose and Need Test: Meets the purpose and need.<br>2. Reasonable and Practicable Test: This option has a lower throughput than TPD-002, which evaluated a 50,000-tpd option. An optimization study (PLP 2018-RFI 059) showed that option TPD-002 would have a negative NPV, due to the fixed infrastructure component of the costs. LAY-005 would have a lower (greater negative) NPV than TPD-002. Alternatives that require private industry to operate without profit for any appreciable period of time cannot be judged reasonable or practicable (by standards established in the 404(b)(1) guidelines).<br><br>**Why Eliminated**—This option is not reasonable or practicable. See also TPD-002. | Eliminated from further analysis |
| Mine Size—Larger Mine to Develop More of the Known Deposit | LAY-006 | **Origination**—Evaluation of options to maximize the potential economic benefits of developing the deposit, such as a larger and longer-lived mine, was suggested during scoping.<br><br>**Description**—This option would increase the mine site and duration of operations to develop more of the known and inferred resource of the overall deposit. | Included as a Reasonably Foreseeable Future Action (RFFA) in the EIS |

**Table B-1: Project Options Considered**

| Option | Option # | Option Details and Screening<br>❖ Option Details: Origination and Description<br>❖ Screening Criteria: 1. Purpose and Need Test; 2. Reasonable and Practicable Test; 3. Environmental Impacts Test<br>❖ Reason Eliminated from Further Analysis (if applicable) | Outcome |
|---|---|---|---|
| | | *Screening—*<br><br>1. Purpose and Need Test: Meets the purpose and need.<br><br>2. Reasonable and Practicable Test: Practicability is unknown at this time, but Northern Dynasty Minerals Ltd. has communicated to shareholders that expanded development is possible (NDM 2013).<br><br>3. Environmental Impacts Test: This option would increase environmental impacts by generating additional tails and other non-economic material that would need to be stored on site. Additionally, the mine would operate longer, prolonging the duration of operations impacts.<br><br>*Why Eliminated—*This option exceeds the scope of the project, and would increase overall adverse impacts. The USACE is required to evaluate the Applicant's project, as proposed in the Department of Army permit application. Future expansion of the mine has been determined reasonably foreseeable by the USACE, and an expansion scenario developed and analyzed as a cumulative effect in the EIS. The USACE cannot legally analyze mining the entire resource as the proposed project, nor can they analyze the expansion scenario as an additional alternative. | under cumulative effects |
| **Mining Options** | | | |
| Mining Type—Surface Mining | MNG-001 | *Origination—*This is PLP's proposed project.<br><br>*Description—*This option is part of the project, which includes developing the Pebble West resource using open pit mining methods.<br><br>*Screening—*Because this option is included in the project, it is presumed to meet the three screening criteria for purposes of detailed environmental review. | Included in all action alternatives |

**Table B-1: Project Options Considered**

| Option | Option # | Option Details and Screening<br><br>❖ **Option Details: Origination and Description**<br>❖ **Screening Criteria: 1. Purpose and Need Test; 2. Reasonable and Practicable Test; 3. Environmental Impacts Test**<br>❖ **Reason Eliminated from Further Analysis (if applicable)** | Outcome |
|---|---|---|---|
| | | *Screening—*<br><br>1. Purpose and Need Test: Meets the purpose and need.<br><br>2. Reasonable and Practicable Test: This throughput is appropriately sized to process the targeted ore resource using a standard processing plant design and equipment.<br><br>3. Environmental Impacts Test: This option would require a large low-grade ore stockpile facility, which would generate significant amounts of poor-quality runoff water and seepage; the proposed project would not require stockpiling low-grade ore. This option would require perpetual maintenance of a water cover on an aboveground pyritic TSF, which would have an increased risk of failure and contribute to poor-quality seepage; the proposed project would contain the pyritic tailings in the mined pit where the pit lake would provide the water cover to minimize oxidation. Storage of excess contact water in the TSFs would increase the potential for failure of the TSF embankments compared to the proposed project, which would store excess water in the main WMP. This option's peak mining rate of 90 million tons per year is 20 million tons per year greater than the proposed project rate, which would increase the mobile equipment and power plant emissions impacts.<br><br>*Why Eliminated—*This option would not be less environmentally damaging than the Applicant's proposal. | |
| 320,000 tons per day | TPD-004 | *Origination—*This option was evaluated by PLP when developing the project design.<br><br>*Description—*Mine throughput of 320,000 tpd would develop the resource in 11 years instead of the 20 years that is proposed. It is assumed that this throughput option would result in the same mine pit and TSF footprint over a shorter period. Due to higher production levels, it would likely increase the size of the processing facilities; accelerate the tailings deposition rate and TSF embankments raise schedule; and increase the volume of concentrate transported over a shorter period of time. This in turn would increase the volume of truck and ferry traffic on the transportation system, and increase activities associated with the port facility, including the number of | Eliminated from further analysis |

**Table B-1: Project Options Considered**

| Option | Option # | Option Details and Screening<br><br>❖ **Option Details: Origination and Description**<br>❖ **Screening Criteria: 1. Purpose and Need Test; 2. Reasonable and Practicable Test; 3. Environmental Impacts Test**<br>❖ **Reason Eliminated from Further Analysis (if applicable)** | Outcome |
|---|---|---|---|
| | | lightering and marine-ore transport vessels. This option would have an NPV of $2,257,666 (PLP 2018-RFI 059).<br><br>*Screening—*<br><br>1. Purpose and Need Test: Meets the purpose and need.<br><br>2. Reasonable and Practicable Test: Construction and commissioning of a new plant this size would present significant execution, manpower, logistical, cost management, and other challenges that elevate project risk. It would require additional processing facilities. The significantly shorter mine life is not long enough to ensure that project operations can pass through several economic cycles and potential fluctuation in metals prices. However, it is likely practicable.<br><br>3. Environmental Impacts Test: This option would cut the life of mine operations nearly in half, reducing the time period of operational impacts. The footprint of mine pit and TSFs would remain the same, but would require addition footprint for processing facilities. This throughput level would nearly double the volume of ore processed, increasing the volume of ore concentrate truck traffic on the road and ferry systems. It would also increase the frequency of activities associated with marine transport, including lightering operations and marine-ore ship traffic.<br><br>*Why Eliminated—*Although this option would reduce the period of operations, it would increase overall environmental impacts, including the processing facility footprint, and truck, ferry, and marine operations traffic levels compared to the Applicant's proposal. | |
| **Gold Recovery Options** | | | |
| Gravity | GR-001 | *Origination—*This is PLP's proposed project.<br><br>*Description—*The project includes use of gravity separation methods to recover gold.<br><br>*Screening—*Because this option is included in the project, it is presumed to meet the three screening criteria for purposes of detailed environmental review. | Included in all action alternatives |