# EXHIBIT 6

PEBBLE PROJECT
DRAFT ENVIRONMENTAL IMPACT STATEMENT

CHAPTER 4: ENVIRONMENTAL CONSEQUENCES

**Table 4.1-1: Potential Reasonably Foreseeable Future Actions Evaluated for Cumulative Effects**

| Prospect, Project, or Activity | Description | Status | References | Reasonably Foreseeable? |
|---|---|---|---|---|
| **Potential Mineral Deposits in Southwest and Southcentral Alaska** | | | | |
| Pebble Project Expansion – develop 55% of delineated resources | Expansion of the Pebble Project to develop 55% of its reserves over an additional 58 years of mining, and 20 to 40 years of post-mining processing low-grade ore and pyritic material, as outlined in response to RFI 062 (Pebble Limited Partnership [PLP] 2018-RFI 062) and summarized in Table 4.1-2. It would use the same transportation facilities, power plant, and natural gas pipeline facilities. It would need additional tailing storage, additional water storage, new waste rock storage facilities, additional processing facilities, a concentrate pipeline and a deepwater loading facility. It is not part of the proposed action, and would require additional permits and separate NEPA compliance. Table 4.1-2 presents assumptions for Pebble Project expansion development. | Potential project expansion. Expansion identified as an option in the Wardrop 2011 report, and refined in the response to RFI 062 (PLP 2018-RFI 062). A similar expansion concept was analyzed as Pebble 6.5 in the US Environmental Protection Agency (EPA) Watershed Assessment (EPA 2014) on the basis of lands being classified as open for mineral exploration and development, and assuming access to Pebble Project infrastructure. | Wardrop 2011, EPA 2014, response to RFI 062 (PLP 2018-RFI 062) | Yes – for continued exploration and development. Project expansion would begin within the timeframe of the proposed Pebble Project, in year 20 of the proposed project operations. The state lands on which expansion would occur are subject to PLP mining claims and open to mineral development. PLP has existing permits for resource exploration, but has not submitted permit applications for expanded development; expansion is not part of a current NEPA compliance or Best Interest Finding effort, and is not described as reasonably foreseeable in a government planning document. PLP has conducted extensive exploratory drilling and analysis to compile a 43-101 feasibility assessment level of information on mineral reserves in terms of measured, indicated, and inferred resources, along with characterization of the grades of component ore in the deposit and estimated costs of development of mine expansion (Wardrop 2011). If the Pebble Project was permitted, Pebble expansion could use and expand on the project mine site and |

**Table 4.1-1: Potential Reasonably Foreseeable Future Actions Evaluated for Cumulative Effects**

| Prospect, Project, or Activity | Description | Status | References | Reasonably Foreseeable? |
|---|---|---|---|---|
| | | | | transportation infrastructure that would be in place, similar to what has happened with other Alaskan mines where adjacent reserves are commonly owned. |
| Pebble South | A 54-square mile (mi²) porphyry copper deposit/claim ~9 miles southwest of Pebble deposit. Prospect is part of the PLP/Northern Dynasty Minerals (NDM) Limited (Ltd.) claim block. | Subject to further exploration. Analyzed for cumulative effects in the EPA Watershed Assessment based on land classification of the deposit and assuming access to Pebble Project infrastructure. | EPA 2014 | Yes – for further exploration. No – for development. There is no indication that development of Pebble South would occur within the operations timeframe of the proposed Pebble Project. The state lands on which expansion would occur are subject to PLP mining claims and open to mineral development. Resource delineation has not progressed sufficiently to forecast development with regard to identifying measured or indicated resources; and a project is not subject to development permitting or in a planning document. Because the Pebble South claims are currently owned by NDM Ltd., if future drilling and resource delineation indicate that it is feasible to develop the project, it is possible that construction and operations could access and use the Pebble Project transportation system. However, additional access would need to be constructed to connect to the project transportation infrastructure. |

**Table 4.1-1: Potential Reasonably Foreseeable Future Actions Evaluated for Cumulative Effects**

| Prospect, Project, or Activity | Description | Status | References | Reasonably Foreseeable? |
|---|---|---|---|---|
| Big Chunk South | A 73-square-mile ($mi^2$) porphyry copper deposit/claim ~12 miles north of the Pebble project area. The claim block is entirely in the Chulitna River drainage, which flows into Lake Clark National Park and Preserve. | Undergone some airborne surveys and limited drilling to delineate the resource. Mineral Claims transferred by Liberty Star to NDM Ltd. in 2014, Liberty Star to NDM Ltd. in 2014, which is when the last state exploration permit expired. Analyzed for cumulative effects in the EPA Watershed Assessment (EPA 2014) based on land classification of the deposit and assuming access to Pebble Project infrastructure. | EPA 2014 | Yes – for further exploration. No – for development. There is no indication that development of Big Chunk North would occur within the operations timeframe of the proposed Pebble Project. The state lands on which expansion would occur are subject to NDM mining claims and open to mineral development. Resource delineation has not progressed sufficiently to forecast development with regard to identifying measured or indicated resources, and a project is not subject to development permitting or in a planning. Because Big Chunk South claims are currently owned by NDM Ltd., if future drilling and resource delineation indicate that it is feasible to develop the project, it is possible that construction and operations could access and use the Pebble Project transportation system. However, additional access would need to be constructed to connect to the project transportation infrastructure. |
| Big Chunk North | Porphyry copper deposit ~21 miles northwest of the Pebble project area. The claim block straddles the drainage divide between the Nushagak and | Mineral claims transferred by Liberty Star to NDM Ltd. in 2014, Liberty Star to NDM Ltd. in 2014, which is when the last state exploration | EPA 2014 | Yes – for further exploration. No – for development. There is no indication that development of Big Chunk North |

**Table 4.1-1: Potential Reasonably Foreseeable Future Actions Evaluated for Cumulative Effects**

| Prospect, Project, or Activity | Description | Status | References | Reasonably Foreseeable? |
|---|---|---|---|---|
| | Kvichak River watersheds. | permit expired. Analyzed for cumulative effects of development in the EPA Watershed Assessment based on land classification of the deposit and assuming access to Pebble Project infrastructure. | | would occur within the operations timeframe of the proposed Pebble Project. The state lands on which expansion would occur are subject to NDM mining claims and open to mineral development. Resource delineation has not progressed sufficiently to forecast development with regard to identifying measured or indicated resources, and a project is not subject to development permitting or in a planning document. Because claims are currently owned by NDM Ltd., if future drilling and resource delineation indicate that it is feasible to develop the project, it is possible that construction and operations could access and use the Pebble Project transportation system. However, additional access would need to be constructed to connect to the Project transportation infrastructure. |
| Fog Lake | Gold, copper in volcanic rocks located ~46 miles southeast of the Pebble Project and south of Iliamna Lake, and roughly 10 miles north of the transportation corridor to Amakdedori port. | As of 2008, exploration was occurring, but drilling had not been initiated; the exploration permit expired at the end of 2008. Analyzed for cumulative effects of development in the EPA Watershed Assessment (EPA 2014) based on land classification of the deposit and assuming access to | EPA 2014 | Yes – for further exploration. No – for development. There is no indication that development of Fog Lake would occur within the operations timeframe of the proposed Pebble Project. The lands on which the deposit is located have had mining claims, and are open to mineral |