# EXHIBIT 7

Case 1:20-cv-05917-TAM    Document 41-8    Filed 12/15/21    Page 2 of 6 PageID #: 1677



**US Army Corps
of Engineers**

# Pebble Project EIS

## Scoping Report

**August 31, 2018**

www.PebbleProjectEIS.com

regulations for NEPA. This statement should be framed broadly enough as to allow for the analysis of a range of reasonable alternatives.

- Explain how an EIS process can proceed without more commitment from financial backers.
- PLP says their project would help with mineral independence but they will export all of the mined minerals.
- The USACE should accept the purpose and need statement contained in the permit application from PLP.
- The Draft EIS should reflect not only the purpose and need of the project proponent, and the USACE, but also the broader public interest and need based on the scoping comments.
- Describe the permit process. Specifically note if there is a time limit for the applicant to act on a permit before it becomes invalid.
- The lack of a feasibility analysis makes the project as planned un-practicable in regards to NEPA requirements.
- Wrong mine, wrong place.

### 3.5.3  Proposed Action and Alternatives

Comments requested more detailed information on the proposed project plans, such as the water management plan, transportation plans, and spill response plans.

- The design and operational plans for the proposed project and alternatives should be evaluated. This should include the water management plans and cover all phases of the project. The EIS should evaluate the adequacy, reliability, effectiveness, and operational uncertainty of the plans.
- Because PLP changed their plans in the middle of the scoping period, the project design is still fluctuating and is not ready for an environmental review.
- The proposed project design and the modern environmental safeguards it incorporates, as well as the significant economic potential it represents for the State of Alaska, should be fairly considered and incorporated into the EIS based solely on the scientific data presented to the USACE in this proposal.

Commenters suggested that a wide range of alternatives should be analyzed for mine pit and tailings locations, types of tailings facilities, tailings dam construction, mine rate and strip ratio, waste rock segregation methods, gold recovery methods, support facility locations, energy sources, pipeline routes, water discharge locations, road alignments, types of water crossings, and ferry routes. Specific alternatives to the proposed project that were suggested include:

- The EIS range of alternatives should include the practicable alternatives developed for the CWA 404(b)(1) Guidelines analysis.
- The USACE must look at a range of alternatives beyond Pebble's mine site and include alternatives for mining copper and gold somewhere other than Bristol Bay.
- The USACE does not need to explore alternatives to Pebble's proposed mine site as being somewhere other than Bristol Bay because it already 100 miles from the bay and should be deemed a reasonable distance.
- Apply a realistic scope to assess mine impacts. The timeframe of analysis is small at 20 years; the applicant's website notes that the mine can operate for 200 years and could have 11 billion tons of ore. The USACE should consider alternatives to permit 50 percent or 100 percent of the current known resources to be mined.

- There should be an alternative that restricts the size of the mine to what the EPA found appropriate in its Watershed Assessment.
- All of the pyritic tailings should be removed and not stored on the land in perpetuity.
- There should be an alternative that includes full treatment of pyritic tailings at the time of mine closure, before or instead of dumping them in the mine pit.
- Tailings would be thickened, possibly to 55 percent solids. Alternatives (slurry, thickened tails, paste tails) need to be analyzed in the EIS.
- The EIS needs to provide an alternative that uses dry stack tailings. Dismissal of such an alternative needs to provide examples of where dry stack is currently used successfully and why this can or cannot be replicated.
- As an alternative to a tailings ponds dam for waste storage, all waste should be trucked to Canada and stored in Canada, since the company is Canadian.
- Measures to reduce contact between mine waste materials and surface water and groundwater should be considered, such as diversions and liners.
- Different covers for the reclaimed tailings area, including "store and release" and impermeable covers, need to be assessed as alternatives in the EIS.
- Consider an alternative where the tailings pond is constructed at a location that will not impair surface waters, block fish passage, or have the potential to contaminate ground or surface waters.
- The EIS needs to include alternatives that provide water storage areas where excess water can be moved out of the TSF and out of the seepage pond in the event of extreme precipitation.
- The EIS should produce an alternative in which all embankments except the internal one are downstream construction.
- Modern pro-active mine design suggestions, including not placing tailings dams where a failure would put sensitive habitat at risk, should be assessed as alternatives in the EIS.
- Consider including a combination of simultaneous open pit and underground mining, a larger open pit mine, or a longer lived open pit mine. It may be possible to mine with open pits for the shallower portions, and mine by underground mining the deeper or eastern portions of the Pebble Deposit.
- The USACE should consider finding an alternative location to take the ore for processing.
- The EIS needs to analyze whether gravity concentration as a recovery method for gold recovery is viable at this deposit. This appears to be a method used in placer deposits.
- The USACE should consider the possibility of having cyanide processing at the mine site and transporting cyanide by truck or pipeline North and West toward the Nushagak Hills where pits would be out of range of the creeks and rivers flowing into the salmon spawning areas.
- An alternative of running mining operations and ore trucks on natural gas or electricity needs to be included in the EIS.
- The EIS should examine an alternative that treats water for discharge to meet the water quality of the natural receiving waters, if they are of higher quality than Alaska most stringent criteria. Studies have shown that where natural waters are very low in copper and cadmium, discharges above those background levels can have potentially toxic effects.

- The EIS needs to include an alternative for water treatment that will result in zero discharge of metals to the watershed.
- In order to contain gases that may contain acid rock drainage from getting into the air in the project area, the USACE should develop an alternative that covers the development with an air tight structure and the fumes should be cleaned before release into the atmosphere.
- The previous plan for a road along the northeastern side of Iliamna Lake, and the new proposed roads and a ferry across Iliamna Lake both put different communities at risk.
- The EIS should consider identifying alternative ferry terminal locations if the proposed sites are found to contain valuable spawning and/or rearing habitats for sockeye salmon.
- The two ferry terminal locations are both at the mouths of blue ribbon trout streams (Upper Talarik Creek and Gibraltar River). Alternative sites closer to populated areas should be considered if possible. The village of Kokhanok airstrip would be an alternative on the south side; a location closer to Newhalen, but away from the mouth of the river is an alternative on the north side.
- The mine access road would follow a branch of Upper Talarik Creek. An alternative that places a dock in Iliamna and uses the proposed Iliamna Spur Road to access the mine needs to be considered in the EIS to reduce potential impacts on Upper Talarik Creek.
- A better alternative is to use the existing road and resources at Pile Bay and Williamsport.
- Running an ore concentrate pipeline around Iliamna Lake to the existing road between Pile Bay and Williamsport is a safer alternative to ferrying ore concentrate across Iliamna Lake in the winter to address concerns about the potential for contamination of surface water in Iliamna Lake.
- Consider having only seasonal (summer) barge transport across Iliamna Lake to avoid impacts to winter transportation options for residents of nearby villages.
- As an alternative to the Iliamna Lake crossing, consider a haul road that would stay north of this lake, then head south from Pedro Bay to the Amakdedori port.
- The road system would cross numerous anadromous streams. It would be best to require bridges at all of these crossings. Oregon and Washington states have been working for many years to bring back their salmon runs. Recreating salmon habitat including headwaters has proven to be extremely hard.
- A port at Diamond Point in Iliamna Bay should be evaluated against the proposed Amakdedori Port.
- Alternative port sites should be evaluated due to the potential ecological impact from the project.
- There is no need to dredge the proposed port to -50 feet; a shallower depth should be evaluated.
- The EIS should assess the whole breadth of dredging activities when determining the possible impacts to aquatic organisms and consider practicable alternatives that would avoid and minimize impacts.
- The range of dredged material management alternatives should include beneficial uses such as beach nourishment or construction material, a disposal site in internal

waters landward of the Kamishak Bay closing line, and an ocean disposal site seaward of the Kamishak Bay closing line.

- The EIS should consider alternative methods for delivering natural gas to the project area, given the risk of natural gas entering the marine environment, the impact it would have on marine resources, and how gas line leaks or ruptures would be contained.
- The EIS should review potential alternative alignments for the pipeline route, such as an alignment north of Augustine Island.
- Include an alternative pipeline route that goes north to connect with the planned natural gas pipeline to support the development and operation of the Donlin Mine.
- Alternative fuel sources should be evaluated in an effort to eliminate the potential long term consequences that a subsea pipeline can have on the environment.
- Alternative energy sources should be examined. Many of the minerals to be mined will go into solar panels, wind turbines, and hydro turbines. The PLP could support the industries they will be supplying by utilizing alternative, renewable energy sources.
- The EIS should consider alternatives to laying the pipeline directly on the seafloor bottom (unburied) and evaluate the effects of an unburied pipeline's impact on crab movements, access to important habitat, and direct mortality.
- The EIS should evaluate practicable alternatives for reducing the amount of natural gas pipeline that is installed in the Sterling Highway right-of-way, which is managed by the Alaska Department of Transportation and Public Facilities.

## 3.5.4  Cumulative Effects Analysis Process

Comments were received on how the cumulative effects analysis should be thorough, well-defined, and complete.

- Describe how the Draft EIS process considers cumulative effects, and identify the geographic scope and timeframe for the cumulative effects analysis.
- The cumulative effects analysis should consider past and current exploration activities conducted at the Pebble project site and current and future exploration activities occurring the watershed region.
- Consider long term and cumulative effects, keeping in mind the potential long duration of the project, potential expansions of the project beyond what is currently proposed for permit review, and the potential that this project may facilitate and encourage a number of other largescale active mining claims in the Bristol Bay watershed by providing transportation and power infrastructure that they can utilize.
- The USACE needs to acknowledge that the current permit application could be the initial phase in a much broader mine development plan. Pebble Limited Partnership has repeatedly said, as recently as September 2017, their project is, "a multi-generational opportunity. Its size and scale will lead to a very, very long life mine." Based on statements such as this, and official records indicating they plan to mine up to 11 billion tons of ore, it is reasonably foreseeable that Pebble intends to expand its mine far beyond what is currently proposed. Reviewing just phase one of the project unlawfully segments environmental review, shortchanges the public interest, and risks untold impacts to the Bristol Bay region's world-class fisheries.
- There are 20 large-scale active mining claims in the Bristol Bay watershed that this project could encourage by providing the transportation and power infrastructure. The