# EXHIBIT 8

EX-99.2 3 ex99-2.htm



**MANAGEMENT'S DISCUSSION AND ANALYSIS**

**FOR THE THREE AND SIX MONTHS ENDED JUNE 30, 2018**

**Northern Dynasty Minerals Ltd.**
**Management's Discussion And Analysis**
**Three and Six months ended June 30, 2018**

The site programs began during the quarter. Data collection surveys and geotechnical drilling is underway.

*Engineering Update*

As a result of ongoing engineering work, the Company updated the mine plan being reviewed in the EIS permitting process. The currently proposed plan is for the Pebble deposit to be developed as a 180,000-ton per day open pit mine with associated on and off-site infrastructure that includes a 270-megawatt power plant located at the mine site; an 83-mile transportation corridor from the mine site to a port site on the west side of Cook Inlet; a permanent, year-round port facility near the mouth of Amakdedori Creek on Cook Inlet; and a 188-mile natural gas pipeline from the Kenai Peninsula to the Pebble Project site.

Following four years of construction activity, the proposed Pebble mine would operate for a period of 20 years using conventional drill-blast-shovel operations. The mining rate will peak at 75 million tons per year, with 66 million tons of mineralized material going through the mill each year (180,000 tons per day), for a low life-of-mine waste to ore ratio of 0.2:1. Forecast annual production would be approximately 660,000 tons of copper-gold concentrate containing approximately 315 million lb copper, 350,000 oz gold; and approximately 16,500 tons of molybdenum concentrate containing approximately 14 million lb of molybdenum.

Pebble has taken great strides in recent years to re-design its project in response to stakeholder concerns, and the footprint of the proposed development in the updated Project Description remains substantially smaller than previously envisaged. The current mine plan proposal consolidates most major site infrastructure in a single drainage, and includes other new environmental safeguards:

- a more conservative Tailings Storage Facility ("TSF") design, including enhanced buttresses, flatter slope angles and an improved factor of safety;

- separation of potentially acid generating ("PAG") tailings from non-PAG bulk tailings for storage in a fully-lined TSF;

- co-storage of PAG waste rock within the PAG TSF and transfer of the PAG tailings and waste rock and tailings to the open pit at closure;

- no permanent waste rock piles; and

- no cyanide usage.

The USACE continues to conduct a comprehensive alternatives assessment and consider a broad range of alternatives as part of its preparation of the EIS. As a result, the Company cautions that the above may not be the final development plan. A final development design has not yet been selected.

**Environmental and Socioeconomic**

*Environmental Baseline Document and Supplemental Environmental Baseline Document*

The 27,000-page Environmental Baseline Document ("EBD") for the Pebble Project was released to the public in January 2012. The purpose of the EBD and Supplemental EDB (see further details below) is to provide the public, regulatory agencies and the Pebble Partnership with a detailed compendium of pre-development environmental and socioeconomic conditions in the project area. The EBD is based on extensive environmental baseline data that has been collected since 2004 with the goal to design and plan a project that protects clean water, healthy fish and wildlife populations, and other natural resources in the region. The work was conducted by more than 40 respected independent research firms, utilizing over 100 scientific experts and engineering groups, laboratories and support services. Researchers were selected for their specific areas of expertise and Alaskan experience, with cooperating government agencies participating in several studies. Information for the EBD was gathered through field studies, laboratory tests, review of government records and other third-party sources, and interviews with Alaska residents.