# EXHIBIT 9

EX-99.1 2 exhibit99-1.htm EXHIBIT 99.1



**Northern Dynasty Minerals Ltd. to Present at Denver Gold Forum**

*President & CEO Ron Thiessen to provide update on permitting, mine planning and partnering process*

**September 25, 2017, Vancouver, BC -** Northern Dynasty Minerals Ltd. (TSX: NDM; NYSE American: NAK) ("Northern Dynasty" or the "Company") today announced that the Company will attend the 2017 Denver Gold Forum to be held September 25 – 27, 2017 in Colorado Springs, Colorado.

Ron Thiessen, President and CEO of Northern Dynasty, will present to attendees on Tuesday afternoon, September 26, 2017. The presentation will be recorded and made available for replay by conference organizers from 7:00 am EDT on Friday, September 29 at www.denvergoldforum.org/DGF17/company-webcast/NDM:CN.

The presentation will provide an update on the plan of Northern Dynasty's 100%-owned, Alaska-based subsidiary Pebble Limited Partnership (the "Pebble Partnership") to initiate federal and state permitting with a smaller, environmentally-optimized project design and the status of qualifying and securing a new major funding partner for the Pebble Project.

In this regard, the Company reports that it and its advisors are in advanced partnership discussions and expect to complete negotiations in the fourth quarter of 2017.

Northern Dynasty has posted an updated corporate presentation on the homepage and in the Investor Relations section of its website.

**About Northern Dynasty Minerals Ltd.**

Northern Dynasty is a mineral exploration and development company based in Vancouver, Canada. Northern Dynasty's principal asset, owned through its wholly-owned Alaska-based US subsidiary Pebble Limited Partnership and other wholly-owned subsidiaries, is a 100% interest in a contiguous block of 2,402 mineral claims in southwest Alaska, including the Pebble deposit. The Pebble Partnership is the proponent of the Pebble Project, an initiative to develop one of the world's most important mineral resources.

For further details on Northern Dynasty and the Pebble Project, please visit the Company's website at www.northerndynasty.com or contact Investor services at (604) 684-6365 or within North America at 1-800-667-2114. Review Canadian public filings at www.sedar.com and US public filings at www.sec.gov.

Ronald W. Thiessen
President & CEO

| Canadian Media Contact: | US Media Contact: |
|---|---|
| Ian Hamilton | Dan Gagnier |
| DFH Public Affairs | Gagnier Communications |
| (416) 206-0118 x.222 | (646) 569-5897 |



**Forward Looking Information and other Cautionary Factors**

This release includes certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical facts, that address exploration drilling, exploitation activities and events or developments that the Company expects are forward-looking statements. Although the Company believes the expectations expressed in its forward-looking statements are based on reasonable assumptions, such statements should not be in any way construed as guarantees of the ultimate size, quality or commercial feasibility of the Pebble Project or of the Company's future performance or the outcome of litigation.

Assumptions used by the Company to develop forward-looking statements include the following: the Pebble Project will obtain all required environmental and other permits and all land use and other licenses, studies and development of the Pebble Project will continue to be positive, and no geological or technical problems will occur. The likelihood of future mining at the Pebble Project is subject to a large number of risks and will require achievement of a number of technical, economic and legal objectives, including obtaining necessary mining and construction permits, approvals, licenses and title on a timely basis and delays due to third party opposition, changes in government policies regarding mining and natural resource exploration and exploitation, the final outcome of any litigation, completion of pre-feasibility and final feasibility studies, preparation of all necessary engineering for surface or underground mining and processing facilities as well as receipt of significant additional financing to fund these objectives as well as funding mine construction. Such funding may not be available to the Company on acceptable terms or on any terms at all. There is no known ore at the Pebble Project and there is no assurance that the mineralization at the Pebble Project will ever be classified as ore. The need for compliance with extensive environmental and socio-economic rules and practices and the requirement for the Company to obtain government permitting can cause a delay or even abandonment of a mineral project. The Company is also subject to the specific risks inherent in the mining business as well as general economic and business conditions. For more information on the Company, Investors should review the Company's filings with the United States Securities and Exchange Commission and its home jurisdiction filings that are available at www.sedar.com.

northerndynasty.com | TSX: NDM  NYSE American: NAK