Ashwin J. Ram
213 439 9443
aram@Steptoe.com

Steptoe & Johnson LLP
633 West Fifth Street
Suite 1900
Los Angeles, CA 90071
www.steptoe.com

**Steptoe**

December 15, 2021

**<u>Via FEDEX Overnight Delivery</u>**

Judge Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *In re Northern Dynasty Minerals Ltd. Securities Litigation*
              Case No. 1:20-cv-05917-ENV-RLM

We represent Defendants Northern Dynasty Minerals Ltd., Ronald W. Thiessen, and Tom Collier in the above-referenced action. Please find the enclosed courtesy copies:

1. Defendants' Notice of Motion to Dismiss, Declaration of Ashwin J. Ram and Exhibits 1-36 thereto, Appendix A, and Defendants' Memorandum of Law, dated September 15, 2021;

2. Plaintiffs' Opposition to Defendants' Motion to Dismiss and Exhibit A;

3. Defendants' Reply Memorandum of Law in further support of its Motion to Dismiss the Complaint, Declaration of Ashwin J. Ram, and Exhibits 1-9 thereto.

                          Respectfully submitted,

                          <u>/s/ Ashwin J. Ram</u>
                          Ashwin J. Ram

Enclosures

cc:    Magistrate Judge Roanne L. Mann via First Class Mail (w/o enclosures)
       Counsel for Plaintiffs via ECF