**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NORTHERN DYNASTY MINERALS LTD. SECURITIES LITIGATION | Case No. 1:20-cv-05917-ENV-RLM<br><br>Date of Service: November 22, 2022<br><br>**Oral Argument Requested** |

### NOTICE OF MOTION TO STRIKE OR IN THE ALTERNATIVE FOR LEAVE TO ENTER A MORE FULSOME RESPONSE IN REPLY TO PLAINTIFFS' IMPROPER PLEADING

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendants Northern Dynasty Minerals Ltd., Ronald W. Thiessen, and Tom Collier (collectively, "Defendants") respectfully move this Court for an order striking Plaintiffs' improper pleading, dated November 15, 2022 (ECF No. 43), pursuant to Federal Rule of Civil Procedure 12(f), and for such other relief as the Court may deem just and proper.

As set forth in the accompanying memorandum of law, the grounds for this motion are that (1) no evidence in support of the allegations would be admissible; (2) the allegations have no bearing on the relevant issues; and (3) permitting the allegations to stand would result in prejudice to Defendants.

Dated: November 22, 2022

Respectfully Submitted,

/s/ Ashwin J. Ram
Ashwin J. Ram
Steptoe & Johnson LLP
633 W. 5th Street, Ste. 1900
Los Angeles, CA 90071
Telephone: 213-439-9443
aram@steptoe.com

David Matthew Fragale
Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036
Telephone: 202-429-8195
dfragale@steptoe.com

*Counsel for Defendants Northern Dynasty Minerals, Ltd., Ronald W. Thiessen, and Tom Collier*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of November, 2022, a complete and correct copy of Defendants' Notice of Motion To Strike Or In The Alternative For Leave To Enter A More Fulsome Response In Reply To Plaintiffs' Improper Pleading and accompanying memorandum of law were filed electronically with the Clerk of the Court using the CM/ECF system, which automatically issues Notice of Electronic Filing to all counsel of record.

Dated: November 22, 2022                                    /s/ Ashwin J. Ram
                                                            Ashwin J. Ram