

**Emma Gilmore**
Partner

April 17, 2023

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re Northern Dynasty Minerals Ltd. Securities Litigation*
             Case No. 1:20-cv-05917-ENV-TAM

Dear Judge Merkl:

    We represent Lead Plaintiff Lawrence Kelemen and Named Plaintiff Charles Hymowitz (collectively, "Plaintiffs") in the above-referenced action. We write, with the consent of Defendants, to provide the Court with a further status update following the parties' mediation on March 27, 2023.

    While the mediation did not resolve the above-entitled case, after the mediation, on April 11, 2023, the parties were able to reach an agreement-in-principle to settle the action. The parties anticipate finalizing a formal stipulation of settlement and attendant documentation over the coming weeks. Accordingly, we respectfully request that the Court stay all proceedings, discovery, and deadlines until May 12, 2023, at which time Plaintiffs anticipate filing a motion for preliminary approval of the settlement.

                                          Respectfully submitted,

                                          */s/ Emma Gilmore*
                                            Emma Gilmore

egilmore@pomlaw.com
600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9942
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com