**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NORTHERN DYNASTY MINERALS LTD. SECURITIES LITIGATION | Case No. 1:20-cv-05917-ENV-TAM |

**DECLARATION OF ASHWIN J. RAM REGARDING COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. § 1715(b)**

I, ASHWIN J. RAM, declare the following, pursuant to 28 U.S.C. § 1746:

1.  I am a partner in the Los Angeles office of the law firm Steptoe & Johnson LLP, located at 633 West Fifth Street, Suite 1900, Los Angeles, CA 90071.  I represent defendants Northern Dynasty Minerals Ltd. ("NDM"), Ronald W. Thiessen, and Tom Collier (collectively, "Defendants") in the above-captioned action.  I submit this declaration to confirm compliance with Section 1715(b) of the Class Action Fairness Act of 2005 ("CAFA").

2.  Pursuant to the CAFA § 1715(b), Defendants caused notice of the settlement agreement in the above-captioned action (the "Notice") to be mailed to the appropriate federal and state officials, including the United States Attorney General and the Attorneys General of all states and certain territories. The mailing occurred on June 16, 2023, "[n]ot later than 10 days after [the] proposed settlement," was filed with this Court.  *See id.* The proposed settlement was filed with this Court on October June 7, 2023.  (ECF No. 57, 58).  The Notice contained the documents and information required by 28 U.S.C. § 1715(b)(1)-(8) to the extent known as of the date of mailing.

3.  A copy of the Declaration of Kyle S. Bingham on Implementation of CAFA Notice is attached hereto as Exhibit A.

4.   A copy of the Notice (without enclosures) is attached hereto as Exhibit B.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on June 19, 2023.


By:    /s/ Ashwin J. Ram
Ashwin J. Ram