# EXHIBIT B

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

June 16, 2023

**VIA UPS OR USPS CERTIFIED MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
| --- |

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendants Northern Dynasty Minerals Ltd., Ronald W. Thiessen and Thomas C. Collier, Jr. relating to the proposed settlement of a class action lawsuit.

- **Case:** *In re Northern Dynasty Minerals Ltd. Securities Litigation*, Case No. 1:20-cv-05917-ENV-TAM.

- **Court:** United States District Court for the Eastern District of New York.

- **Defendants:** Northern Dynasty Minerals Ltd., Ronald W. Thiessen and Thomas C. Collier, Jr.

- **Documents Enclosed**: In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

     a. Class Action Complaint For Violations of the Federal Securities Laws and attachments (filed December 4, 2020); and

     b. Consolidated Amended Class Action Complaint For Violations of the Federal Securities Laws and attachments (filed June 15, 2021).

  2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The Court has not scheduled a preliminary approval hearing or a final approval hearing or any other judicial hearing concerning the settlement agreement at this time.

  3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

     a. Notice of Pendency and Proposed Settlement of Class Action *(Exhibit A-1 to the Stipulation and Agreement of Settlement)*;

     b. Proof of Claim and Release Form *(Exhibit A-2 to the Stipulation and Agreement of Settlement)*;

     c. Summary Notice of Pendency and Proposed Class Action Settlement *(Exhibit A-3 to the Stipulation and Agreement of Settlement)*; and

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

    d.   Postcard Notice *(Exhibit A-4 to the Stipulation and Agreement of Settlement)*.

4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents are included:

- Notice of Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures;

- Memorandum of Law in Support of Motion of Unopposed Motion For Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures;

- Stipulation and Agreement of Settlement;

  - [Proposed] Order Granting Plaintiffs' Motion For Preliminary Approval of Class Action Settlement *(Exhibit A to the Stipulation and Agreement of Settlement)*; and

  - [Proposed] Order and Final Judgment *(Exhibit B to the Stipulation and Agreement of Settlement)*.

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** Pursuant to Paragraph 11.5 of the Stipulation of Settlement, a confidential Supplemental Agreement has been entered into between the Plaintiff and Defendants and was not filed with the Court. As is customary in class action settlements, the purpose of the confidential Supplemental Agreement is to provide Defendants with the option to terminate the Settlement Agreement if timely requests for exclusion from the settlement class are submitted by eligible settlement class members who meet the conditions set forth in the Supplemental Agreement exceed a confidential threshold. It is typical for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with complex litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." David F. Herr, MANUAL FOR COMPLEX LITIGATION § 21.631 (4th ed.).

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:** To date, the Court has not issued a final order, judgment or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** CAFA requires Defendants to provide, "if feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that state's appropriate State official." 28 U.S.C. § 1715(b)(7)(A). If it is not feasible to provide that information, CAFA requires a "reasonable estimate" from the Defendants. 28 U.S.C. § 1715(b)(7)(B).

As is typical with a securities settlement, Defendants do not have access to information sufficient to identify the names of all settlement class members who reside in each state or to estimate proportionate shares of their claims to the entire settlement. It is also not

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

feasible for Defendants to provide an estimate of the number of class members residing in each state or the estimated proportionate share of each class member's claims to the entire settlement.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** To date, the Court has not issued a final order or judgment in the above-referenced action.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Sincerely,

CAFA Notice Administrator

Enclosures