# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NORTHERN DYNASTY MINERALS LTD. SECURITIES LITIGATION | Case No. 1:20-cv-05917-ENV-TAM |

**SUPPLEMENTAL DECLARATION OF MORGAN KIMBALL REGARDING NOTICE DISSEMINATION, REQUESTS FOR EXCLUSION, OBJECTIONS, AND CLAIM FORMS RECEIVED TO DATE**

I, Morgan Kimball, declare and state as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") dated August 24, 2023 (Dkt. No. 67-1), Epiq was authorized to act as the Claims Administrator for the Settlement in the above-captioned action.[1] The following statements are based on my personal knowledge and information provided by Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.      I submit this Supplemental Declaration in order to provide the Court and the Parties to the Settlement with additional information regarding notice dissemination, requests for exclusion from the Settlement Class, objections, and Claim Forms received by Epiq to date.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation and Agreement of Settlement.

## NOTICE DISSEMINATION

3.      As described in the Declaration of Morgan Kimball Regarding (I) Notice Dissemination; (II) Publication of Summary Notice; (III) Call Center Services; (IV) The Settlement Website; (V) Requests for Exclusion and Objections Received to Date; (VI) Claim Forms Received to Date; (VII) Estimate of Administration Costs ("Initial Notice Declaration") (Dkt. No. 72-1), pursuant to the Preliminary Approval Order, Epiq emailed the Summary Notice to potential Settlement Class Members for whom Epiq was able to obtain email addresses, and Epiq mailed the Postcard Notice to potential Settlement Class Members via United States Postal Service ("USPS") if no email address could be obtained. Epiq also mailed a copy of the Notice Packet to nominees in Epiq's internal broker list, as well as persons who requested one via the toll-free number.

4.      As of the date of the Initial Notice Declaration, Epiq had sent an aggregate of 87 Summary Notices via email, 78,049 Postcard Notices via mail, and 206 Postcard Notices re-mailed to updated addresses. Epiq had also mailed 1,022 Notice Packets to nominees and 75 Notice Packets to persons who requested one via the toll-free number.

5.      Since the Initial Notice Declaration, Epiq has sent 36 additional Notice Packets via mail to persons who requested one via the toll-free number, and Epiq has re-mailed 1,030 additional Postcard Notices to updated addresses. In total, as of November 30, 2023, Epiq has sent 111 Notice Packets via USPS First-Class Mail to persons who requested one via the toll-free number, and Epiq has re-mailed 1,236 Postcard Notices to updated addresses. The other counts of notices disseminated remain the same as provided in the Initial Notice Declaration.

## EXCLUSION REQUESTS

6.      As described in the Initial Notice Declaration, pursuant to the Preliminary Approval Order, Settlement Class Members who wished to be excluded from the Settlement Class were required to mail their written request to Epiq so that the request was received by November 16, 2023. As of the date of the Initial Notice Declaration, Epiq had received two (2) exclusion requests.

7.      Since the Initial Notice Declaration, Epiq received three (3) additional exclusion requests. In total, as of November 30, 2023, Epiq has received five (5) exclusion requests. Redacted copies of all five (5) exclusion requests are attached as Exhibit A.

8.      Of the five (5) exclusion requests, three (3) are valid requests as they were both timely (*i.e.,* received via mail by November 16, 2023) and complete (*i.e.,* contain the necessary information described in the Notice). Two (2) exclusion requests are invalid because they were incomplete, although timely. Epiq has reached out to these two individuals who submitted the invalid exclusion requests and requested the necessary information so they may become valid and they have not cured the issue.

## OBJECTIONS RECEIVED

9.      As described in the Initial Notice Declaration, pursuant to the Preliminary Approval Order, Settlement Class Members who wished to object to the proposed Settlement were required to submit written objections to the Clerk of the Court, Plaintiffs' Counsel, and Defendant's Counsel, such that they were received no later than November 16, 2023.

10.     As of November 30, 2023, Epiq is not aware of and has still not received any misdirected objections to the proposed Settlement.

## <u>CLAIM FORMS RECEIVED</u>

11. As described in the Initial Notice Declaration, pursuant to the Preliminary Approval Order, Settlement Class Members who wish to participate in the proposed Settlement are required to submit completed Claim Forms to the Claims Administrator by mail, email, or online so that they are postmarked or submitted no later than December 14, 2023. As of the date of the Initial Notice Declaration, Epiq had received 1,095 Claim Forms.

12. Since the Initial Notice Declaration, Epiq received 444 additional Claim Forms. In total, as of November 30, 2023, Epiq has received 1,539 Claim Forms.[2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on November 30, 2023, in Seattle, WA.

_____
Morgan Kimball

---

[2] It is Epiq's experience that a large number of claims (especially those from nominees and third-party filers) are submitted just prior to the claim filing deadline. Nominee submissions are often filed in bulk on behalf of multiple beneficial owners at once, so each submission may contain multiple individual claims. Accordingly, Epiq anticipates receiving a large number of additional claims for this matter in the coming days and right before the claim filing deadline.

# EXHIBIT A

███████████

October 21, 2023

To Whom it May Concern:

I request to be excluded from the Settlement Class in In re Northern Dynasty Minerals Ltd. Securities Litigation, Case No. 1:20-cv-05917-ENV-TAM (E.D.N.Y.).

I am uncertain whether I qualify as a member of the Settlement Class or not. Regardless, even if I am in fact eligible as a member of that class, I do not wish to participate in any way in the proposed settlement.

Regards,

███████████

Jason T. Adams

███████████

Case 1:20-cv-05917-TAM    Document 75-1    Filed 11/30/23    Page 8 of 26 PageID #: 2419

NORTHERN DYNASTY MINERALS LTD. Important Information

From:  CHARLES SCHWAB & CO., INC. (id@proxyvote.com)

To:    ███████████████████

Date:  Saturday, October 21, 2023 at 01:25 AM CDT

# CHARLES SCHWAB & CO., INC.

██████████████████████████████████████

# Stay Informed!

## With The Latest Investment Information



# NORTHERN DYNASTY MINERALS LTD.

You may have previously received a notification to educate you on important information related to one or more of your holdings.

You have been identified as a potentially impacted shareholder in a class action event pertaining to NORTHERN DYNASTY MINERALS LTD.. You may be impacted if you transacted on or held this security between 2017-12-21 and 2020-11-24.

Please carefully review the materials offered at the link(s) below to understand your rights and options with regard to this litigation.

If you have any questions, please contact EPIQ, via one of the contact methods below:

Email at: info@NorthernDynastySecuritiesSettlement.com

Call at: 1-888-270-9130 (Toll-Free)
Call Center Hours: 6 a.m. - 6 p.m. PST
Monday - Friday except Holidays

Write to:
*Northern Dynasty Securities Settlement*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 4990
Portland, OR 97208-4990

## Important Materials

**Notice**

---

**Job#:** N92733

© 2023 Broadridge Financial Solutions Inc.
P.O. Box 1310, Brentwood, NY 11717
Broadridge is a trademark of Broadridge Financial Solutions Inc.
All other registered marks belong to their respective owners.

Email Settings | Terms and Conditions | Privacy Statement



Jason Adams

NORTH TEXAS TX P&DC
DALLAS TX 750
23 OCT 2023 PM 6  L

FOREVER USA

NORTHERN DYNASTY SEC. SETTLEMENT
c/o EPIQ CLASS ACTION etc.
PO BOX 4990
PORTLAND, OR 97208- 4990

97208-499090

28 Oct 2023

Northern Dynasty Securities Settlement
c/o Epiq Class Action & Claims Solutions, Inc
PO Box 4990
Portland, OR 97208-4990

To whom it may concern,

I, Max Waddoups III, beneficial owner of NAK securities within your dates Dec 21, 2017 to Nov 24, 2020, request to be excluded from the Settlement Class in *In re Northern Dynasty Minerals Ltd. Securities Litigation*, Case No. 1:20-cv-05917-ENV-TAM (E.D.N.Y.).

I, Max Waddoups III, purchased security identifier NAK (Northern Dynasty Minerals Ltd.), NORTHERN DYNASTY MINS COM NPV ISIN #CA66510M2040 SEDOL #2637848, on 12/27/2018, unit cost $0.59, 2000 units, totaled $1188.95.

I, Max Waddoups III, have not sold any of the 2000 shares purchased on 12/27/2018.

I, Max Waddoups III, prior to settlement period held 3000 shares/units, for a total of 5000 shares after the 12/27/2018 purchase.

Contact information:

Max Waddoups III

Signed,

Name: MAX E. WADDOUPS

Date: 28 OCT 2023

**Statement for the Period January 1, 2018 to December 31, 2018**

MAX E WADDOURS III - Individual
Account Number ████████



**USAA®**

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/18 | 12/31/18 Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| | F *continued* | | | | | | |
| █████ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| NORTHERN DYNASTY MINS COM NPV ISIN #CA66510M2040 SEDOL #2637848 Dividend Option Reinvest Capital Gain Option Reinvest Average Unit Cost $1.19 | NAK CASH | 5,000 | $0.5692 | $2,846.00 | | $5,956.85 | ($3,110.85) |
| ████ | ██ | ██ | ██ | ███ | | ████ | ████ |
| **Total Equity** | | | | ████ | $86.41 | ████ | ████ |
| **Total Equities** | | | | ████ | $86.41 | ████ | ████ |
| **Total Securities** | | | | ████ | $86.41 | ████ | ████ |
| **TOTAL PORTFOLIO VALUE** | | | | ████ | $86.41 | ████ | ████ |

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|

**Securities Purchased**

**Statement for the Period January 1, 2018 to December 31, 2018**

MAX E WADDOUPS III - Individual
Account Number ████████████


USAA®

## PURCHASES, SALES, AND REDEMPTIONS   *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 03/01/18 | CASH | REINVESTMENT | ████████ | ██ | ██ | ██ | |
| 03/01/18 | CASH | REINVESTMENT | ████████ | ██ | ██ | ██ | |
| 03/06/18 | CASH | REINVESTMENT | ████████ | ██ | ██ | ██ | |
| 06/01/18 | CASH | REINVESTMENT | ████████ | ██ | ██ | ██ | |
| 06/04/18 | CASH | REINVESTMENT | ████████ | ██ | ██ | ██ | |
| 09/04/18 | CASH | REINVESTMENT | ████████ | ██ | ██ | ██ | |
| 09/04/18 | CASH | REINVESTMENT | ████████ | ██ | ██ | ██ | |
| 12/03/18 | CASH | REINVESTMENT | ████████ | ██ | ██ | ██ | |
| 12/05/18 | CASH | REINVESTMENT | ████████ | ██ | ██ | ██ | |
| 12/31/18 | CASH | YOU BOUGHT | NORTHERN DYNASTY MINS COM NPV ISIN #CA66510M2040 SEDOL #2637848 @ .58 | 2,000 | ($1,188.95) | $1,188.95 | |

**Total  Securities Purchased**                                                       ████████

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Statement for the Period January 1, 2017 to December 31, 2017**

MAX E WADDOUPS III - Individual
Account Number: █████████████



USAA®

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 12/31/17 | 12/31/17 Market Value | Estimated Annual Income | Original/Adjusted Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| ████████████ | ████████ | ████ | ████ | ████ | ██ | ████ | ████ |
| NORTHERN DYNASTY MINS COM NPV ISIN #CA66510M2040 SEDOL #2637848 Dividend Option Reinvest Capital Gain Option Reinvest Average Unit Cost $1.59 | NAK CASH | 3,000 | $1.77 | $5,310.00 | | $4,767.90 | $542.10 |
| Total Equity | ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| **Total Equities** | | | | ████ | ████ | ████ | ████ |
| **Total Securities** | | | | ████ | ████ | ████ | ████ |

**TOTAL PORTFOLIO VALUE**    ████    ████    ████    ████

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## PURCHASES, SALES, AND REDEMPTIONS

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|

**Securities Purchased**

Account carried with National Financial Services LLC, Member NYSE, SIPC

YN _CEBFCHDFBBCNFGX_BBBBB 20180120

M. WADDOUPS II

CERTIFIED MAIL

Retail

UNITED STATES POSTAL SERVICE®

97208

RDC 99

US POSTAGE PAID
FCM LETTER
PALMER, AK 99645
OCT 30, 2023

$8.56

R2304H109492-07

NORTHERN DYNASTY SECURITIES SETTLEMENT
c/o Epiq CLASS ACTION + CLAIMS SOLUTIONS, INC
P.O. BOX 4990
PORTLAND, OR 97208-4990

*Northern Dynasty Securities Settlement*
c/o Epiq Class Action & Claims Solutions, Inc.
P.O. Box 4990
Portland, OR 97208-4990

## Attention Claim Administrator:

**I, Ruby Honan, owner of shares in Northern Dynasty Minerals, Ltd., wish to exclude myself from the Settlement Class--*re Northern Dynasty Minerals Ltd. Securities Litigation*, Case No. 1:20-cv-05917-ENV-TAM.**



| Asset accounts | $64.42 |
|---|---|

**Investment Accounts-Retirement**

IRRA-Edge█████████   $64.42
+$0.48  +0.75%

**+   LINK AN ASSET ACCOUNT**

Nov 2022    Jan 2023    Mar    May

**MORE ACCOUNT PERFORMANCE**

**Top holdings for your Merrill accounts**
As of 11/02/2023 11:05 AM ET

**NAK**
**NORTHERN DYNASTY ...**

| | |
|---|---|
| Quantity | 200 |
| Price | $0.32 |
| Value | $64.42 |
| | 100% of Portfolio |

**NAK'S STORY**

**Sincerely,**

█████████████████

**Ruby Honan**

█████████████████████

R. Honan

PORTLAND OR 972

4 NOV 2023  PM 5  L

FOREVER / USA

Northern Dynasty Securities Settlement
c/o Epiq Class Action & Claims Solutions, Inc
P.O. Box 4990
Portland, OR  97208-4990

97208-499090

November 2nd, 2023

Claims Administrator

Northern Dynasty Securities

c/o Epiq Class Action & Claims Solutions, Inc.

PO Box 4990

Portland, OR 97208


Case #: 1:20-cv-05917-ENV-TAM


To Whom It May Concern;


I, Edward J Harrigan do hereby request for exclusion from the Settlement Class in the case number 1:20-cv-05917-ENV-TAM. Thank you.


Sincerely;

Edward J Harrigan

Case 1:20-cv-05917-TAM   Document 75-1   Filed 11/30/23   Page 19 of 26 PageID #: 2430

## SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT

**O: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED NORTHERN DYNASTY MINERALS LTD. SECURITIES FROM DECEMBER 21, 2017 THROUGH NOVEMBER 24, 2020, BOTH DATES INCLUSIVE, (I) ON ANY STOCK EXCHANGES LOCATED IN THE UNITED STATES, (II) ON ANY ALTERNATIVE TRADING SYSTEMS LOCATED IN THE UNITED STATES, OR (III) PURSUANT TO OTHER DOMESTIC TRANSACTIONS, AND WHO WERE ALLEGEDLY DAMAGED THEREBY.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United tates District Court for the Eastern District of New York, that a hearing ill be held on December 7, 2023, at 10:30 a.m., before the Honorable aryn A. Merkl, at the United States District Court, Eastern District of lew York, Courtroom 324 North, 225 Cadman Plaza East, Brooklyn, New ork 11201, for the purpose of determining: (1) whether the proposed ettlement of the claims in the above-captioned Action for the sum of 6,375,000 in cash should be approved by the Court as fair, reasonable, nd adequate; (2) whether the proposed Plan of Allocation to distribute le Settlement proceeds is fair, reasonable, and adequate; (3) whether the pplication of Lead Counsel for an award of attorneys' fees of no more 1an one third plus interest of the Settlement Amount, reimbursement of tigation expenses of not more than $80,000, and awards of no more than 25,000, in aggregate, or $20,000 for Lead Plaintiff Lawrence Kelemen nd $5,000 for Named Plaintiff Charles Hymowitz, should be approved; nd (4) whether this Action should be dismissed with prejudice as set )rth in the Stipulation of Settlement dated June 7, 2023 ("Stipulation"). ead Counsel has also applied for up to $500,000 to pay for .dministrative Costs.

The Court reserves the right to hold the Settlement Hearing :lephonically or by other virtual means. The Court appointed Pomerantz .LP as Lead Counsel to represent you and the other Settlement Class lembers. However, you have the right to retain your own counsel and the ght to appear at the Settlement Hearing through counsel of your choosing.

If you purchased or otherwise acquired Northern Dynasty linerals Ltd. ("Northern Dynasty") securities during the period from )ecember 21, 2017 through November 24, 2020, both dates inclusive 'Settlement Class Period"), (i) on any stock exchanges located in the Inited States, (ii) on any alternative trading systems located in the Inited States, or (iii) pursuant to other domestic transactions, and: ) have not asserted claims against any or all of the Defendants in any ross-border litigation initiated outside of the United States, including 1, but not limited to, the cases captioned *Haddad v. Northern Dynasty linerals Ltd. et al.*, Case No. VLC-S-S-2012849 and *Woo v. Northern 'ynasty Minerals Ltd. et al.*, Case No. VLC-S-S-211530 in Canada; i) have been deemed by a court to be a member of a class in such tigation, for settlement purposes or otherwise; and (iii) are entitled to settlement or other distribution payment – regardless of whether such ayment is cashed – in connection with the resolution of the cross-border tigation, your rights may be affected by this Settlement, including the :lease and extinguishment of claims you may possess relating to your wnership interest in Northern Dynasty securities. If you have not :ceived a detailed Notice of Pendency and Proposed Settlement of Class .ction ("Notice") and a copy of the Proof of Claim and Release Form, ou may obtain copies by writing to, calling, or contacting the Claims .dministrator: *Northern Dynasty Securities Settlement*, c/o Epiq Class .ction & Claims Solutions, Inc., PO Box 4990, Portland, OR 97208-990; 888-270-9130; Info@NorthernDynastySecuritiesSettlement.com. :opies of the Notice, Proof of Claim and Release Form can also be ownloaded from the website maintained by the Claims Administrator. ·ww.NorthernDynastySecuritiesSettlement.com. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than December 14, 2023, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than November 16, 2023, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and awards to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than November 16, 2023, to each of the following:

**CLERK OF THE COURT:**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**LEAD COUNSEL:**
Jeremy A. Lieberman, Esq.
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016

**DEFENDANTS' COUNSEL:**
Ashwin J. Ram, Esq.
STEPTOE & JOHNSON LLP
633 W. 5th Street, Ste. 1900
Los Angeles, CA 90071

If you have any questions about the Settlement, you may call or write to Lead Counsel for Plaintiffs:

Emma Gilmore
Dolgora Dorzhieva
Villi Shteyn
POMERANTZ LLP
600 Third Avenue, 20th Floor,
New York, NY 10606
(212) 661-1100
egilmore@pomlaw.com
ddorzhieva@pomlaw.com
vshteyn@pomlaw.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: August 24, 2023     BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Case 1:20-cv-05917-TAM    Document 75-1    Filed 11/30/23    Page 20 of 26 PageID #: 2431



Edward J. Harrigan

LAS VEGAS NV  890

3 NOV 2023  PM 5  L

FOREVER / USA

Claims Administrator
Northern Dynasty Securities
c/o Epiq Class Action + Claims Solutions, Inc
PO Box 4990
Portland, OR 97208

97208-499090

Case 1:20-cv-05917-TAM    Document 75-1    Filed 11/30/23    Page 21 of 26 PageID #: 2432

E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No: ████
Account Name: EDWARD HARRIGAN
Recipient's TIN: ████

Account Executive No:

ORIGINAL:    12/31/2020

## 2020 FORM 1099-B: PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS, CONTINUED    OMB NO. 1545-0715

### Covered Short-Term Gains or Losses on Gross Proceeds
Report on **Form 8949, Part I** with **Box A** checked

**Box 6:** Gross Proceeds    **Box 5:** Box Not Checked (Covered Security)    **Box 12:** Basis Reported to the IRS    **Box 2:** Type of Gain or Loss – **Short-Term**

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS, but may be helpful to complete your return.

| Description of property CUSIP (Box 1a) | Quantity Sold | Date Acquired (Box 1b) | Date Sold or Disposed (Box 1c) | Proceeds (Box 1d) | Cost or Other Basis (Box 1e) | Accrued Market Discount (Box 1f) | Wash Sale Loss Disallowed (Box 1g) | Gain/Loss Amount | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| INFINERA CORP CUSIP: 45667G103 | 5.00000 | 06/08/2020 | 09/01/2020 | $36.57 | $27.18 | $0.00 | $0.00 | $9.39 | |
| | 5.00000 | 07/08/2020 | 09/01/2020 | $36.57 | $30.69 | $0.00 | $0.00 | $5.88 | |
| **Subtotals** | 10.00000 | | | $73.14 | $57.87 | $0.00 | $0.00 | $15.27 | |
| LIBERTY TRIPADVISOR HOLDINGS INC SERIES A CUSIP: 531465102 | 9.00000 | 05/21/2020 | 09/01/2020 | $25.13 | $21.11 | $0.00 | $0.00 | $4.02 | |
| | 2.00000 | 05/26/2020 | 09/01/2020 | $5.58 | $5.47 | $0.00 | $0.00 | $0.11 | |
| | 3.00000 | 07/08/2020 | 09/01/2020 | $8.38 | $6.44 | $0.00 | $0.00 | $1.94 | |
| **Subtotals** | 14.00000 | | | $39.09 | $33.02 | $0.00 | $0.00 | $6.07 | |
| ***LIDA RESOURCES INC COM CUSIP: 531706109 | 100.00000 | 10/07/2020 | 10/13/2020 | $1.86 | $12.95 | $0.00 | $0.00 | ($11.09) | |
| MATINAS BIOPHARMA HOLDINGS I COMMON STOCK CUSIP: 576810105 | 100.00000 | 09/16/2020 | 09/22/2020 | $78.99 | $78.74 | $0.00 | $0.00 | $0.25 | |
| MIRAGEN THERAPEUTICS INC COMMON STOCK CUSIP: 60463E103 | 100.00000 | 09/16/2020 | 09/22/2020 | $83.68 | $82.89 | $0.00 | $0.00 | $0.79 | |
| MOXIAN INC COMMON STOCK CUSIP: 624697306 | 50.00000 | 09/14/2020 | 09/15/2020 | $117.41 | $124.25 | $0.00 | $0.00 | ($6.84) | |
| ***NOKIA CORPORATION SPONSORED ADR REPSTG 1 SER A CUSIP: 654902204 | 15.00000 | 09/14/2020 | 09/15/2020 | $62.34 | $61.76 | $0.00 | $0.00 | $0.58 | |
| ***NORTHERN DYNASTY MINERALS LTD CUSIP: 66510M204 | 100.00000 | 09/08/2020 | 09/10/2020 | $107.21 | $98.00 | $0.00 | $0.00 | $9.21 | |
| NORTHERN OIL & GAS INC CUSIP: 665531109 | 50.00000 | 09/11/2020 | 09/15/2020 | $27.37 | $28.00 | $0.00 | $0.00 | ($0.63) | |

THIS IS YOUR FORM 1099 (COPY B FOR RECIPIENT). KEEP FOR YOUR RECORDS.
This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction
may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

E*TRADE SECURITIES LLC
PO BOX 484
JERSEY CITY, NJ 07303-0484

Account No:
Account Name: EDWARD HARRIGAN
Recipient's TIN:

Account Executive No:

ORIGINAL: 12/31/2020

## DETAILS OF 2020 INVESTMENT ACTIVITY, CONTINUED

| Date | Security Description | CUSIP | Transaction Description | Quantity | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| 09/01/20 | LIBERTY TRIPADVISOR HOLDINGS INC SERIES | 531465102 | SELL | 14.000 | $2.79 | $39.09 | |
| 10/07/20 | ***LIDA RESOURCES INC COM | 531706109 | PURCHASE | 100.000 | $0.08 | $12.95 | |
| 10/13/20 | ***LIDA RESOURCES INC COM | 531706109 | SELL | 100.000 | $0.07 | $1.86 | |
| 09/16/20 | MATINAS BIOPHARMA HOLDINGS INC COMMON S | 576810105 | PURCHASE | 100.000 | $0.79 | $78.74 | |
| 09/22/20 | MATINAS BIOPHARMA HOLDINGS INC COMMON S | 576810105 | SELL | 100.000 | $0.79 | $78.99 | |
| 09/16/20 | MIRAGEN THERAPEUTICS INC COMMON STOCK | 60463E103 | PURCHASE | 100.000 | $0.83 | $82.89 | |
| 09/22/20 | MIRAGEN THERAPEUTICS INC COMMON STOCK | 60463E103 | SELL | 100.000 | $0.84 | $83.68 | |
| 09/14/20 | MOXIAN INC COMMON STOCK | 624697306 | PURCHASE | 50.000 | $2.49 | $124.25 | |
| 09/15/20 | MOXIAN INC COMMON STOCK | 624697306 | SELL | 50.000 | $2.35 | $117.41 | |
| 09/14/20 | ***NOKIA CORPORATION SPONSORED ADR REPS | 654902204 | PURCHASE | 15.000 | $4.12 | $61.76 | |
| 09/15/20 | ***NOKIA CORPORATION SPONSORED ADR REPS | 654902204 | SELL | 15.000 | $4.16 | $62.34 | |
| 09/08/20 | ***NORTHERN DYNASTY MINERALS LTD | 66510M204 | PURCHASE | 100.000 | $0.98 | $98.00 | |
| 09/10/20 | ***NORTHERN DYNASTY MINERALS LTD | 66510M204 | SELL | 100.000 | $1.07 | $107.21 | |
| 09/11/20 | NORTHERN OIL & GAS INC | 665531109 | PURCHASE | 50.000 | $0.56 | $28.00 | |
| 09/15/20 | NORTHERN OIL & GAS INC | 665531109 | SELL | 50.000 | $0.55 | $27.37 | |
| 09/11/20 | NOVAN INC COM | 66988N106 | PURCHASE | 25.000 | $0.49 | $12.30 | |
| 09/14/20 | NOVAN INC COM | 66988N106 | SELL | 25.000 | $0.55 | $13.62 | |
| 09/15/20 | NOVUS THERAPEUTICS INC COMMON STOCK | 67011N105 | PURCHASE | 2.000 | $1.26 | $2.52 | |
| 09/15/20 | NOVUS THERAPEUTICS INC COMMON STOCK | 67011N105 | PURCHASE | 23.000 | $1.27 | $29.21 | |
| 09/15/20 | NOVUS THERAPEUTICS INC COMMON STOCK | 67011N105 | SELL | 25.000 | $1.09 | $27.30 | |
| 10/07/20 | OCEAN POWER TECHNOLOGIES INC COMMON STO | 674870506 | PURCHASE | 15.000 | $2.89 | $43.28 | |
| 10/13/20 | OCEAN POWER TECHNOLOGIES INC COMMON STO | 674870506 | SELL | 15.000 | $2.32 | $34.79 | |
| 06/08/20 | OPKO HEALTH INC | 68375N103 | PURCHASE | 10.000 | $2.54 | $25.38 | |
| 09/01/20 | OPKO HEALTH INC | 68375N103 | SELL | 10.000 | $3.14 | $31.42 | |
| 11/06/20 | PALANTIR TECHNOLOGIES INC CLASS A COMMO | 69608A108 | PURCHASE | 3.000 | $13.98 | $41.93 | |
| 11/12/20 | PALANTIR TECHNOLOGIES INC CLASS A COMMO | 69608A108 | SELL | 3.000 | $15.69 | $47.07 | |
| 05/26/20 | PARK HOTELS & RESORTS INC COMMON STOCK | 700517105 | PURCHASE | 4.000 | $10.10 | $40.38 | |
| 09/04/20 | PARK HOTELS & RESORTS INC COMMON STOCK | 700517105 | SELL | 4.000 | $10.57 | $42.25 | |
| 06/08/20 | RAMBUS INC | 750917106 | PURCHASE | 3.000 | $15.95 | $47.84 | |
| 09/14/20 | RAMBUS INC | 750917106 | SELL | 3.000 | $13.60 | $40.79 | |
| 05/19/20 | REVLON INC CL A | 761525609 | PURCHASE | 1.000 | $10.24 | $10.24 | |
| 05/28/20 | REVLON INC CL A | 761525609 | PURCHASE | 3.000 | $11.11 | $33.33 | |
| 09/14/20 | REVLON INC CL A | 761525609 | SELL | 4.000 | $7.36 | $29.41 | |
| 08/12/20 | SORRENTO THERAPEUTICS INC | 83587F202 | PURCHASE | 5.000 | $11.74 | $58.69 | |
| 09/14/20 | SORRENTO THERAPEUTICS INC | 83587F202 | SELL | 5.000 | $7.45 | $37.25 | |
| 05/28/20 | TILRAY INC CLASS 2 COMMON STOCK | 88688T100 | PURCHASE | 2.000 | $11.29 | $22.58 | |

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

email: █████████

phone: █████████

Kevin Fisk,



Sunday, 29th. October, 2023

Dear Sir/Madam,

Re. Northern Dynasty Securities Settlement

I hereby request to be excluded from the Settlement Class in In re Northern Dynasty Minerals Ltd Securities Litigation, Case No. 1:20-cv-05917-ENV-TAM (E.D.NY).

I have enclosed 2 documents which show that I bought 200 shares in the above security on the 9th. of September 2019, and that I sold those same 200 shares on the 25th. of November 2019.

These are the only shares that I bought in the above security between 2017-12-21 and 2020-11-24.

Yours faithfully,

████████████



## Realized Gain or (Loss) (continued)

| Short Term (continued) | | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis | Realized Gain or (Loss) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PUT WELLS FARGO BK N A  $44.5 09/27/19: WFC 09/27/2019 44.50 P | EXP | 3.0000 | 09/04/19 | 09/27/19 | 0.00 | 138.94 | (138.94) |
| Total Short Term | | | | | 95,198.35 | 94,432.30 | 766.05 |
| **Total Realized Gain or (Loss)** | | | | | 95,198.35 | 94,432.30 | 766.05 |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*
*Option Customers: Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*

## Transaction Detail - Purchases & Sales

### Equities Activity

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 09/04/19 | 08/30/19 | Bought | GLU MOBILE INC: GLUU | 25.0000 | 4.2765 | (111.86) |
| 09/04/19 | 08/30/19 | Bought | LIQUIDMETAL TECHS: LQMT | 2,000.0000 | 0.0980 | (201.03) |
| 09/04/19 | 08/30/19 | Bought | MEET GROUP INC: MEET | 45.0000 | 3.4450 | (159.98) |
| 09/04/19 | 08/30/19 | Bought | ROYAL NICKEL CORP   F: RNKLF | 500.0000 | 0.3050 | (157.45) |
| 09/04/19 | 08/30/19 | Bought | ZAGG INC: ZAGG | 20.0000 | 6.7766 | (140.48) |
| 09/06/19 | 09/04/19 | Bought | ACASTI PHARMA INC   F CLASS        A: ACST | 100.0000 | 1.9478 | (199.73) |
| 09/09/19 | 09/05/19 | Bought | COEUR MINING INC: CDE | 20.0000 | 5.1800 | (108.55) |
| 09/09/19 | 09/05/19 | Bought | NORTHERN DYN MINERL  F: NAK | 200.0000 | 0.6700 | (138.95) |
| 09/09/19 | 09/05/19 | Bought | VERITONE INC: VERI | 25.0000 | 4.3771 | (114.38) |
| 09/10/19 | 09/06/19 | Bought | GEVO INC: GEVO | 50.0000 | 2.9300 | (151.45) |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 29 of 62



**charles SCHWAB**

**Schwab One® International Account of**
**KEVIN FISK**

Account Number

**Statement Period**
**November 1-30, 2019**

# Transaction Detail - Purchases & Sales (continued)

## Equities Activity (continued)

| Settle Date | Trade Date | Transaction | Description | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 11/25/19 | 11/21/19 | Sold | NABRIVA THERAPEUTICS   F: NBRV | (50.0000) | 1.8750 | 93.75 |
| 11/25/19 | 11/21/19 | Sold | NORTHERN DYN MINERL   F: NAK | (200.0000) | 0.5320 | 106.42 |
| 11/25/19 | 11/21/19 | Sold | ROYAL NICKEL CORP   F: RNKLF | (500.0000) | 0.3060 | 153.00 |
| 11/25/19 | 11/21/19 | Sold | VERITONE INC: VERI | (25.0000) | 3.0600 | 76.50 |
| 11/25/19 | 11/21/19 | Sold | VIPSHOP HLDGS LTD   F ADR: VIPS | (40.0000) | 11.7844 | 471.37 |
| 11/25/19 | 11/21/19 | Sold | ZAGG INC: ZAGG | (20.0000) | 7.9485 | 158.97 |
| 11/27/19 | 11/25/19 | Bought | ARISTA NETWORKS INC: ANET | 2.0000 | 195.1950 | (390.39) |
| 11/27/19 | 11/25/19 | Bought | AUTODESK INC: ADSK | 2.0000 | 168.5450 | (337.09) |
| 11/27/19 | 11/25/19 | Bought | CISCO SYSTEMS INC: CSCO | 7.0000 | 45.1670 | (316.17) |
| 11/27/19 | 11/25/19 | Bought | COGNIZANT TECH SOLU CLASS         A: CTSH | 6.0000 | 63.3779 | (380.27) |
| 11/27/19 | 11/25/19 | Bought | CORNING INC: GLW | 12.0000 | 29.2860 | (351.43) |
| 11/27/19 | 11/25/19 | Bought | D X C TECHNOLOGY CO: DXC | 10.0000 | 35.8140 | (358.14) |
| 11/27/19 | 11/25/19 | Bought | ENGLOBAL CORP: ENG | 300.0000 | 1.1350 | (340.50) |
| 11/27/19 | 11/25/19 | Bought | F5 NETWORKS INC: FFIV | 3.0000 | 143.6050 | (430.82) |
| 11/27/19 | 11/25/19 | Bought | GARTNER INC: IT | 2.0000 | 157.6600 | (315.32) |
| 11/27/19 | 11/25/19 | Bought | IBM CORP: IBM | 2.0000 | 134.5548 | (269.11) |
| 11/27/19 | 11/25/19 | Bought | IPG PHOTONICS CORP: IPGP | 3.0000 | 140.9038 | (422.71) |
| 11/27/19 | 11/25/19 | Bought | JUNIPER NETWORKS INC: JNPR | 17.0000 | 25.6450 | (435.97) |
| 11/27/19 | 11/25/19 | Bought | NETAPP INC: NTAP | 7.0000 | 61.4698 | (430.29) |
| 11/27/19 | 11/25/19 | Bought | ORACLE CORP: ORCL | 7.0000 | 56.5500 | (395.85) |
| 11/27/19 | 11/25/19 | Bought | PAYCHEX INC: PAYX | 5.0000 | 85.1810 | (425.91) |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Royal Mail.r
POSTAGE PAID UK9
30/10/23 £7.20    BB10
185407          1-8577377

SINGLE USE ONLY

THE CLAIMS ADMINISTRATOR,
NORTHERN DYNASTIES SECURITIES SETTEMENT,
c/o EPIQ CLASS ACTION, & CLAIMS SOLUTIONS Inc.
    PO BOX 4990,
        PORTLAND,
            OR 97208-4990;
                USA.



Royal Mail **International Tracked** Expres

| LE 3682 6649 0GB | LE 3682 6649 0GB |
| LE 3682 6649 0GB | No sig req |
| LE 3682 6649 0GB | No sig req |
| LE 3682 6649 0GB | No sig req |

PRIORITY MAIL  Scan  No Signature  **Tracked service with online confirmation of delivery**



IT