

**Emma Gilmore**
Partner

December 12, 2023

**VIA ECF**

The Honorable Taryn A. Merkl
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *In re Northern Dynasty Minerals Ltd. Securities Litigation*
       Case No. 1:20-cv-05917-ENV-TAM

Dear Judge Merkl:

We represent Lead Plaintiff Lawrence Kelemen and Named Plaintiff Charles Hymowitz ("Plaintiffs") in the above-referenced action. At the December 7, 2023 final approval hearing and as subsequently reflected in the Minute Entry and Order entered the same day, the Court directed the Plaintiffs to file a supplemental submission with contemporaneous billing records and documentation supporting the claimed expenses. The Minute Entry and Order granted Plaintiffs leave to file these submissions *ex parte* under seal.

At the Court's request, the Plaintiffs' contemporaneous billing records and documentation supporting the claimed expenses are attached *ex parte* under seal with this letter as Exhibits A and B.

As the Court also requested during the final approval hearing and in the Minute Entry and Order, Plaintiffs will provide a supplemental submission showing the total claim forms submitted as well as an estimate of the total value of the recognized losses of valid claim forms submitted after the December 14, 2023 claims filing deadline.

We stand ready to address any additional questions the Court may have.

Respectfully submitted,

*/s/ Emma Gilmore*
Emma Gilmore

egilmore@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9942
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com