**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE NORTHERN DYNASTY MINERALS LTD. SECURITIES LITIGATION | Case No. 1:20-cv-05917-ENV-TAM |

**NOTICE OF PLAINTIFFS' MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**

Lead Plaintiff Lawrence Kelemen and Named Plaintiff Charles Hymowitz ("Plaintiffs"), on behalf of themselves and all members of the Settlement Class, hereby respectfully move this Court for an Order granting this Motion for Distribution of Class Action Settlement Funds to the Settlement Class.

Plaintiffs respectfully contemporaneously submit a memorandum of points and authorities and the accompanying Declaration of Morgan Kimball Regarding Distribution Plan (the "Kimball Declaration"), together with its attached exhibits, which are incorporated herein by reference, in support of this Motion. Plaintiffs further rely upon all proceedings and papers herein.

Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the [Proposed] Order Granting Plaintiffs' Motion for Distribution of Class Action Settlement Funds, also submitted contemporaneously.

Dated: June 20, 2024

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Emma Gilmore*
Jeremy A. Lieberman
Emma Gilmore
Villi Shteyn

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
jalieberman@pomlaw.com
egilmore@pomlaw.com
vshteyn@pomlaw.com

*Lead Counsel for Plaintiffs and for the Class*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Named Plaintiff and
for the Class*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.

By: */s/ Emma Gilmore*
Emma Gilmore

3